UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration between </br></br>TEMBEC INC., TEMBEC INVESTMENTS INC., TEMBEC INDUSTRIES INC. </br></br>    Petitioners, </br></br>and </br></br>THE UNITED STATES OF AMERICA, </br></br>    Respondent. | Case No. 05-2345 (RMC) |

## AMENDED CERTIFICATE OF SERVICE

This certificate of service amends the certificate of service accompanying the Petition to Vacate Arbitration Award and Notice of Motion to Vacate Arbitration Award filed by Petitioners Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc. ("Petitioners") with this Court on December 7, 2005.

I hereby certify that a true copy of Petitioners' Petition to Vacate Arbitration Award and Notice of Motion to Vacate Arbitration Award was served via hand-delivery on December 7, 2005 upon:

> Kenneth L. Wainstein
> U.S. Attorney for the District of Columbia
> Judiciary Center Building,
> 555 4th Street, N.W.
> Washington, D.C. 20530

**RECEIVED**

DEC 8 – 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I further certify that a true copy of Petitioners' Petition to Vacate Arbitration Award and Notice of Motion to Vacate Arbitration Award was served by first class mail, postage prepaid, on December 7, 2005 upon the following parties:

Alberto R. Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Mark A. Clodfelter
Andrea J. Menaker
U.S. Department of State
Office of the Legal Adviser
2201 C Street, N.W.
Suite 5519
Washington, D.C. 20520

Respectfully submitted,

Elliot J. Feldman (D.C. Bar No. 418501)
BAKER & HOSTETLER LLP
1050 Connecticut Ave. N.W., Suite 1100
Washington D.C. 20036-5304
Tel: (202) 861-1679
Fax: (202) 861-1783
Counsel for Petitioners, Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc.

Dated: December 8, 2005





December 8, 2005

To Whomever it may Concern:

Apple Courier order number 476751 was placed by Debra Stewart on Wednesday, December 7th at 4:49pm. Courier #122 (Mauricio Jovel) arrived at the Department of State at 4:54pm. Mr. Jovel called Ms. Gwendolyn Carter @ 202-776-8334. There was no response, only a general voice mail. After several attempts it was determined that Ms Carter had left for the day.

Apple Courier order number 476752 was placed by Debra Stewart on Wednesday December 7th at 4:49pm. Courier #122 (Mauricio Jovel) arrived at the Department of Justice at 5:12pm. Mr. Jovel tried calling the addressee several times with no response.

These are the true and certain facts surrounding the above-referenced orders. Please do not hesitate to contact our office if there are any further questions.

Jo Ann Egypt
Customer Service

Apple Courier, Inc.
3401 K Street, N.W. • Washington, D.C. 20007
(202) 338-0930 • toll free (888) 620-3300 • fax (202) 338-7600
www.applecourierinc.com