UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>TEMBEC INC., TEMBEC INVESTMENTS INC., and TEMBEC INDUSTRIES INC.<br><br>                  Petitioners,<br>and<br><br>THE UNITED STATES OF AMERICA,<br><br>                  Respondent. | Case No._____ |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Tembec Inc., certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Tembec Inc., which have any outstanding securities in the hands of the public: Tembec Inc. (publicly owned); Aditya Birla Group (JV Partners) (publicly owned affiliate).

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__418501__
Bar Identification Number

Elliot J. Feldman
Print Name
Baker & Hostetler LLP
1050 Connecticut Ave., NW, Suite 1100
Address

Washington, DC, 20036
City               State           Zip

202-861-1679
Telephone Number

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration between )<br>)<br>TEMBEC INC., TEMBEC INVESTMENTS )<br>INC., and TEMBEC INDUSTRIES INC. )<br>)<br>              Petitioners, )<br>        and )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>              Respondent. ) | Case No._____ |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Tembec Investments Inc., certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Tembec Investments Inc., which have any outstanding securities in the hands of the public: Tembec Inc. (publicly owned parent company).

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__418501_____
Bar Identification Number

Elliot J. Feldman
Print Name

Baker & Hostetler LLP
1050 Connecticut Ave., NW, Suite 1100
Address

Washington, DC, 20036
City        State        Zip

202-861-1679
Telephone Number

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration between  )<br>)<br>TEMBEC INC., TEMBEC INVESTMENTS  )<br>INC., and TEMBEC INDUSTRIES INC.  )<br>)<br>                Petitioners,  )<br>    and                                 )<br>)<br>THE UNITED STATES OF AMERICA,  )<br>)<br>                Respondent.  )| Case No._____ |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Tembec Industries Inc., certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Tembec Industries Inc., which have any outstanding securities in the hands of the public: Tembec Inc. (publicly owned parent company).

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/_
Signature

__418501__
Bar Identification Number

Elliot J. Feldman
Print Name

Baker & Hostetler LLP
1050 Connecticut Ave., NW, Suite 1100
Address

Washington, DC, 20036
City        State        Zip

202-861-1679
Telephone Number