# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

In the Matter of the Arbitration between

TEMBEC INC., TEMBEC INVESTMENTS INC., and TEMBEC INDUSTRIES INC.,

    Petitioners,

and

THE UNITED STATES OF AMERICA,

    Respondent.

Case No. 05-2345 (RMC)

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Tembec Inc., certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Tembec Inc., which have any outstanding securities in the hands of the public: Tembec Inc. (publicly owned); Aditya Birla Group (JV Partners) (publicly owned affiliate).

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

418501
Bar Identification Number

Elliot J. Feldman
Print Name

Baker & Hostetler LLP
1050 Connecticut Ave., NW, Suite 1100
Address

Washington, DC, 20036
City     State     Zip

202-861-1679
Telephone Number

**RECEIVED**

DEC 8 – 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>TEMBEC INC., TEMBEC INVESTMENTS INC., and TEMBEC INDUSTRIES INC.<br><br>                Petitioners,<br>and<br><br>THE UNITED STATES OF AMERICA,<br><br>                Respondent. | Case No. 05-2345 (RMC) |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Tembec Investments Inc., certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Tembec Investments Inc., which have any outstanding securities in the hands of the public: Tembec Inc. (publicly owned parent company).

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

418501
Bar Identification Number

Elliot J. Feldman
Print Name
Baker & Hostetler LLP
1050 Connecticut Ave., NW, Suite 1100
Address

Washington, DC, 20036
City      State      Zip

202-861-1679
Telephone Number

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>TEMBEC INC., TEMBEC INVESTMENTS INC., and TEMBEC INDUSTRIES INC.<br><br>　　　　　　　　　　　Petitioners,<br>　　　and<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Respondent. | Case No. 05-2345 (RMC) |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Tembec Industries Inc., certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Tembec Industries Inc., which have any outstanding securities in the hands of the public: Tembec Inc. (publicly owned parent company).

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

418501
Bar Identification Number

Elliot J. Feldman
Print Name
Baker & Hostetler LLP
1050 Connecticut Ave., NW, Suite 1100
Address

Washington, DC, 20036
City　　　　　　State　　　Zip

202-861-1679
Telephone Number

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing instruments have been served by U.S. mail on:

Alberto R. Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Mark A. Clodfelter
Andrea J. Menaker
U.S. Department of State
Office of the Legal Adviser
2201 C Street, N.W.
Suite 5519
Washington, D.C. 20520

Kenneth L. Wainstein
U.S. Attorney-District of Columbia
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

on this 8th day of December, 2005.

_____