UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>TEMBEC INC., TEMBEC INVESTMENTS INC., TEMBEC INDUSTRIES INC.,<br><br>           Petitioners,<br><br>    and<br><br>THE UNITED STATES OF AMERICA,<br><br>           Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 05-2345 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

The Appendix to Petitioners' Motion to Vacate and Memorandum in Support exceeds 500 pages; therefore, a paper copy of the Appendix has been filed with the Clerk's office, pursuant to LCvR 5.4(e)(1), which is available for public viewing between 9:00a.m. and 4:00p.m. Paper copies also have been served by mail to Respondent.

                              Respectfully submitted,

                              _____/s/_____
                              Elliot J. Feldman (D.C. Bar No. 418501)
                              Mark A. Cymrot (D.C. Bar No. 164673)
                              Michael S. Snarr (D.C. Bar No. 474719)
                              BAKER & HOSTETLER LLP
                              1050 Connecticut Ave. N.W.
                              Suite 1100
                              Washington, D.C. 20036-5304
                              Tel: (202) 861-1679
                              Fax: (202) 861-1783
Dated: February 17, 2006          Counsel for Petitioners Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc.