## **CERTIFICATE OF SERVICE**

I certify that true and correct copies of the foregoing Motion to Vacate Arbitration Award, Memorandum in Support, Draft Order, Notice of Filing, and Appendix are being served by hand-delivery upon:

Alberto R. Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington D.C.  20530

Mark A. Clodfelter
Andrea J. Menaker
U.S. Department of State
Oficce of the Legal Adviser
2201 C Street, N.W.
Suite 5519
Washington, D.C.  20520

Kenneth L. Wainstein
U.S. Attorney-District of Columbia
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

on this 17th day of February, 2006.

_____/s/_____
Michael S. Snarr