UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEMBEC INC., TEMBEC INVESTMENTS INC., TEMBEC INDUSTRIES INC., )<br><br>Petitioners, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Respondent. ) | No. 05-CV-2345 (RMC) |

**RESPONDENT'S NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alexander K. Haas will appear in this action on behalf of the Respondent as lead counsel.

All future correspondence and other communications regarding this case should be directed to Mr. Haas at the following addresses:

**FOR U.S. MAIL**         Alexander K. Haas
                         U.S. Department of Justice
                         Civil Division, Federal Programs Branch
                         Post Office Box 883
                         Washington, D.C.  20044

**FOR COURIER**           Alexander K. Haas
**AND HAND**              U.S. Department of Justice
**DELIVERIES**            Civil Division, Federal Programs Branch
                         20 Massachusetts Ave., N.W., Room 7328
                         Washington, D.C. 20001

U.S. Mail sent to the second address (the Courier and Hand-Delivery Address) may take up to three weeks to reach defense counsel.

Mr. Haas may be reached by phone at (202) 307-3937 or by electronic mail at

alexander.haas@usdoj.gov.  Faxes for Mr. Haas should be sent to (202) 616-8470.

Dated: February 22, 2006				Respectfully submitted,

						PETER D. KEISLER
						Assistant Attorney General

						KENNETH WAINSTEIN
						United States Attorney

						VINCENT M. GARVEY
						Deputy Branch Director

						    /s/ Alexander K. Haas
						ALEXANDER K. HAAS (CA 220932)
						Trial Attorney
						U.S. Department of Justice, Civil Division
						Federal Programs Branch
						Post Office Box 883, Room 1030
						Washington, D.C.  20044
						Tel: (202) 307-3937  Fax:  (202) 616-8460
						*Attorney for the United States*