# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

TEMBEC INC., TEMBEC INVESTMENTS  )
INC., TEMBEC INDUSTRIES INC.,  )
                             )
       Petitioners,  )
                             )
     v.  )            No. 05-CV-2345 (RMC)
                             )
UNITED STATES OF AMERICA,  )
                             )
       Respondent.  )

_____)

## RESPONDENT'S OPPOSED MOTION TO EXTEND ITS TIME TO OPPOSE PETITIONERS' MOTION TO VACATE

Pursuant to Rules 6(b) and 7(b) of the Federal Rules of Civil Procedure, Respondent United States of America respectfully moves this Court to extend its time to oppose Petitioners' Motion to Vacate. The grounds in support of this motion are set out in the attached memorandum. After an inquiry, pursuant to Local Rule 7(m), counsel for Petitioners advised undersigned counsel that Petitioners do not consent to this motion. A proposed order is attached.

Dated: February 22, 2006            Respectfully submitted,

                                 PETER D. KEISLER
                                 Assistant Attorney General

                                 KENNETH WAINSTEIN
                                 United States Attorney

                                 VINCENT M. GARVEY
                                 Deputy Branch Director

                                 */s/ Alexander K. Haas*
                                 ALEXANDER K. HAAS (CA 220932)
                                 Trial Attorney
                                 U.S. Department of Justice, Civil Division
                                 Federal Programs Branch
                                 Post Office Box 883, Room 1030

Washington, D.C.  20044
Tel: (202) 307-3937  Fax:  (202) 616-8460
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| TEMBEC INC., TEMBEC INVESTMENTS INC., TEMBEC INDUSTRIES INC., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | No. 05-CV-2345 (RMC) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

## MEMORANDUM IN SUPPORT OF RESPONDENT'S OPPOSED MOTION FOR AN EXTENSION OF TIME

Respondent, the United States of America, submits this memorandum in support of its Motion to Extend Its Time to Oppose Petitioners' Motion to Vacate. Petitioners Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc. (collectively "Tembec" or "Petitioners") filed their Motion to Vacate and Memorandum in support thereof on February 17, 2006. Both this Court's inherent authority over its docket and Federal Rule of Civil Procedure 6(b) permit this Court, in its discretion, to enlarge the period to respond to a deadline. In support of the Motion, Respondent states as follows:

1.    In this action under the Federal Arbitration Act, 9 U.S.C. § 1 et seq., Petitioners challenge a September 7, 2005 order by an arbitral tribunal constituted pursuant to Article 1126 of the North American Free Trade Agreement (NAFTA) to consolidate the claims of Petitioners with the claims of other parties (the "Consolidation Order").

2.    Tembec waited exactly three months to file a Petition and Notice of Motion, notifying the United States of its intent to file a motion seeking to vacate the Consolidation Order.

3.      On February 17, 2006, nearly two and one-half months after filing these documents, Tembec served its Motion to Vacate and an accompany appendix of documents exceeding 500 pages, on the United States Attorney General, the U.S. Attorney for the District of Columbia and the U.S. Department of State.  The undersigned counsel received the Motion (but not the appendix) on Monday, February 20, 2006, by accessing it through the Court's electronic filing system.

4.      Under this Court's Local Rules, Respondent has eleven calendar days to oppose this Motion.  L. Cv. R. 7(b).  Because Tembec's certificate of service indicates that the Motion was served by hand delivery, Respondent's opposition would be due February 28, 2006, unless the relief herein is granted.  See Fed. R. Civ. P. 5, 6(a), (e).  As Tembec served its Motion on the Friday before President's Day weekend, Respondent has six business days to respond to the lengthy Motion.

5.      The undersigned counsel had and will have numerous obligations that were set before Tembec filed its motion and that impair Respondent's ability to oppose Tembec's Motion by February 28, 2006, including:

(i)      preparing and filing a Reply Brief on February 21, 2006, in District of Columbia v. Beretta, 2000 CV 00428 B (D.C. Sup. Ct.);

(ii)     defending the United States' interest, as a third-party, in a trial witness in United States ex rel. DRC, Inc. v. Custer Battles, 04-cv-199 (E.D. Va.), beginning Thursday, February 23, 2006;

(iii)    preparing and filing a memorandum supporting the constitutionality of a federal statute in Charlot v. Bushmaster, 03-cv-2501 (D.D.C.), on February 24, 2006;

(iv)     preparing and filing memoranda supporting the constitutionality of a federal

statute in <u>Arnold v. American Security Enterprises, et al.</u>, No. 003118 (Pa. Comm.

Pl.) & <u>Oliver v. Lou's of Upper Darby, et al.</u>, No. 001836 (Pa. Comm. Pl), which

are before the same Judge, on February 27, 2006;

(v)    preparing for oral arguments in the <u>Arnold</u> and <u>Oliver</u> cases as well as in <u>Ileto v.</u>

<u>Glock</u>, 01-cv-9762 (C.D. Cal.), and in <u>Beretta</u>, on March 1, 6, and 10, 2006,

respectively; and

(vi)    preparing a response to a complaint in <u>Kegler v. ATF</u>, 06-009 (D. Wy.), on or

about March 13, 2006.

6.      In addition, the U.S. Department of State, which was responsible for defending

the underlying NAFTA arbitration, is serving as of counsel in this case.  The two relevant

attorneys in that office likewise have several conflicting obligations, including filing several

submissions and preparing for a hearing (and attending jury duty on February 28, 2006, in the

case of one of the two attorneys), that were set before Tembec filed its Motion and that will

hinder Respondent's ability to oppose Tembec's Motion by February 28, 2006.

7.      Respondent has not previously sought any extension of time with respect to any

deadline in this action.

8.      On February 21, 2006, the undersigned counsel requested Tembec's

consent, pursuant to Local Rule 7(m), for a four-week extension to oppose their Motion to

Vacate and advised that Respondent would agree to an equal extension of time for Tembec to

reply.  Although Tembec had over five months to prepare its Motion to Vacate since the

Consolidation Order was issued, and Respondent has six business days to respond to the Motion,

Tembec did not consent to the requested extension.

In light of the above, Respondent respectfully requests that the period in which

Respondent may oppose the Motion to Vacate be enlarged by four weeks, so that Respondent may file its opposition by no later than March 28, 2006.

### CONCLUSION

For the foregoing reasons, the United States respectfully requests the Respondent's time to oppose Petitioners' Motion to Vacate be extended up to and including March 28, 2006.

Dated: February 22, 2006                    Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            KENNETH WAINSTEIN
Of Counsel:                                 United States Attorney

Mark A. Clodfelter                          VINCENT M. GARVEY
*Assistant Legal Adviser*                   Deputy Branch Director

Andrea J. Menaker                               */s/ Alexander K. Haas*
*Chief, NAFTA Arbitration Division*         ALEXANDER K. HAAS (CA 220932)
Mark S. McNeill                             Trial Attorney
*Attorney-Adviser*                          U.S. Department of Justice, Civil Division
*Office of International Claims and*        Federal Programs Branch
  *Investment Disputes*                     Post Office Box 883, Room 1030
                                            Washington, D.C.  20044
United States Department of State           Tel: (202) 307-3937  Fax:  (202) 616-8460
Washington, D.C. 20520                      *Attorneys for the United States*
Office of the Legal Adviser
2201 C. Street, N.W.
Suite 5519