UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TEMBEC INC., TEMBEC INVESTMENTS )
INC., TEMBEC INDUSTRIES INC., )
               Petitioners, )
       v. )   No. 05-CV-2345 (RMC)
UNITED STATES OF AMERICA, )
               Respondent. )

## PROPOSED ORDER

For good cause shown, the Court hereby GRANTS the Motion for an Extension of Time filed on behalf of Respondent the United States of America; and it is further

**ORDERED** that the Respondent shall have up to and including March 28, 2006 to file its opposition to Petitioners' Motion to Vacate.

DATED: _____

                                                       HON. ROSEMARY M. COLLYER
                                                       UNITED STATES DISTRICT JUDGE