## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

In the Matter of the Arbitration between )
)
TEMBEC INC., TEMBEC INVESTMENTS )
INC., TEMBEC INDUSTRIES INC., )
)
                    Petitioners, )
) Case No. 05-CV-2345 (RMC)
      and )
)
THE UNITED STATES OF AMERICA, )
)
                    Respondent. )
_____

### PROPOSED ORDER

Upon consideration of the Motion for an Extension of Time filed on behalf of Respondent the United States of America, and all other pertinent papers, the Court hereby DENIES Respondent's Motion for an Extension of Time; and it is further

**ORDERED** that the Respondent shall file its opposition to Petitioners' Motion to Vacate on February 28, 2006;

or in the alternative,

the Court hereby GRANTS Respondent's Motion for an Extension of Time; and it is further

**ORDERED** that the Respondent shall have up to and including March _____, 2006 to file its opposition to Petitioners' Motion to Vacate; and it is further

2

**ORDERED** that the Petitioner shall have up to and including April 18, 2006 to file its reply to Respondent's opposition.

DATED: _____

_____
HON. ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE