# Exhibit F

# BAKER & HOSTETLER LLP
## COUNSELLORS AT LAW

WASHINGTON SQUARE, SUITE 1100 • 1050 CONNECTICUT AVENUE, N.W. • WASHINGTON, D.C. 20036-5304 • (202) 861-1500
FAX (202) 861-1783
ELLIOT J. FELDMAN
WRITER'S DIRECT DIAL NUMBER (202)
E-MAIL: EFELDMAN@BAKERLAW

April 1, 2005

**VIA FACSIMILE**

Mr. Jose Antonio Rivas
Secretary of the Tribunal
International Centre for Settlement
 of Investment Disputes
1818 H Street, N.W.
Washington, D.C. 20433

Re:   *Tembec Inc. v. United States of America*

Dear Mr. Rivas:

We are responding to the letter of March 18, 2005 concerning the proposed appointment of Professor Christopher J. Greenwood, CMG, QC, as presiding arbitrator; and Mr. J. William Rowley, QC and Mr. O. Thomas Johnson, Jr. as co-arbitrators of the Consolidation Tribunal that the United States is seeking to have established pursuant to NAFTA Article 1126. This letter serves as notice of our objection to the appointment of all three of the proposed arbitrators.

Professor Greenwood provided expert testimony for the United States in the Chapter 11 arbitration *Loewen v. United States* on legal issues that are relevant to Tembec's case against the United States. We understand the *Loewen* case is still pending. Professor Greenwood's service on behalf of the United States creates a conflict with his ability to rule impartially on those same issues were they to fall within the jurisdiction of the Consolidation Tribunal.

Mr. Jose Antonio Rivas
April 1, 2005
Page 2

      Messrs. Rowley and Johnson are both partners at law firms that represent parties to the U.S. trade proceedings entitled *Certain Softwood Lumber Products from Canada*. The United States' conduct in connection with these proceedings forms the basis for Tembec's claims. Those parties are competitors of Tembec, and thus Messrs. Rowley and Johnson have conflicts of interest that disqualify them from serving on the Consolidation Tribunal.

                              Respectfully,

                              Elliot J. Feldman
                              BAKER & HOSTETLER LLP
                              1050 Connecticut Avenue, N.W.
                              Suite 1100
                              Washington, DC 20036

                              Counsel to Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc.

cc:    Gonzalo Flores, Esq.
       Mark A. Clodfelter, Esq.
       P. John Landry, Esq.
       Keith Mitchell, Esq.