# Exhibit G

14th floor Bentall 5    Vancouver BC    Tel 604. 684 6633
550 Burrard            Canada V6C 2B5  Fax 604. 684 6632
www.harrisco.com                       info@harrisco.com



# HARRIS & COMPANY
*labour and employment lawyers*

April 1, 2005

By Fax

Keith E.W. Mitchell
Direct No. 604. 891 2217
kmitchell@harrisco.com
Our File 002918.001

International Centre for Settlement of Investment Disputes
1818 H Street
Washington, DC, 20433

Attention:   Mr. Gonzalo Flores
             Senior Counsel

Dear Sirs and Mesdames:

Re: **Canfor Corporation v. United States of America; Terminal Forest Products v. United States of America; Tembec et al. v. United States of America; Request for the establishment of a Consolidation Tribunal pursuant to NAFTA Article 1126**

Thank you for your letter of March 18, 2005 requesting our comments on the possible appointment of Professor Christopher J. Greenwood, CMG, QC, Mr. J William Rowley, QC, and Mr. O. Thomas Johnson Jr. as panel members on the tribunal to be constituted pursuant to NAFTA Article 1126 to consider whether these three claims ought to be consolidated.

We preface our comments with the observation that, in light of the significance of the softwood lumber dispute to relations between Canada and the United States, and in light of the extensive history of litigation between Canada and the United States and between Canadian softwood lumber producers and the United States arising out of this dispute, it is absolutely critical that no litigant before the panel have any question or concern as to the independence and impartiality of any panel member.

While independence and impartiality are required of every arbitrator, the history of the softwood lumber dispute makes it even more critical here. You will be aware, for instance, of the prior history of challenges to tribunal members in this context. In the Canfor claim, the

Case 1:05-cv-02345-RMC    Document 12-8    Filed 03/28/2006    Page 3 of 4
04/01/2005 15:38 FAX 604 684 6632    HARRIS & COMPANY    ☒004/005

2

United States challenged Mr. McKenna's appointment on the basis of a passing comment made by Mr. McKenna in a speech given to a Canadian farmers' association, which challenge Mr. Parra indicated would be upheld had Mr. McKenna not withdrawn. In that same claim, Mr. Harper resigned in the face of a late disclosed conflict of interest. And, the United States has filed two extraordinary challenges under NAFTA Chapter 19 or its predecessor chapter of the Canada United States Free Trade Agreement, in softwood lumber proceedings, each time alleging a conflict of interest or lack of appearance of independence or impartiality of a panel member. It is within that context that we offer the following comments.

First, we are not in a position at the present time to provide definitive submissions, as the information we have received in connection with the proposed individuals does not provide the detail necessary to disclose whether there are facts upon which any party may have justifiable doubts as to the independence or impartiality of a proposed panel member.

That said, from publicly available information, we understand that the Washington office of Mr. Johnson's law firm is actively involved in the softwood lumber dispute and the NAFTA Chapter 19 CVD proceedings on behalf of members of the Canadian industry. Similarly, the Toronto office of Mr. Rowley's firm appears as counsel in connection with the ongoing Chapter 19 proceedings on behalf of a Canadian trade organization, and at least one other member of his firm is a registered lobbyist in connection with this dispute. While we are not aware of the full extent of those retainers, they are obviously a relevant factor in considering either Mr. Johnson's or Mr. Rowley's appointment.

In our view, Professor Greenwood stands on a somewhat different footing, as he personally has been retained by one of the parties to these proceedings on a related matter. In that respect, we understand that Professor Greenwood was hired by the United States and has made submissions on its behalf in respect of some of the very provisions of NAFTA in issue in Canfor's claim in another Chapter 11 proceeding (*The Loewen Group v. United States of America*). We also understand that proceedings have been commenced in the United States District Court for the District of Columbia to vacate the *Loewen* Tribunal's Award and that those proceedings have not yet been determined. In light of those facts, and with no disrespect intended to the obviously very distinguished Professor Greenwood, it is our view that another individual must be selected from the ICSID roster to chair the panel considering consolidation.

We would be pleased to provide any further observations you might require.

3

Yours very truly,
Harris & Company

Per: _____

Keith E.W. Mitchell

*KEWM/msoffice*

cc    Mr. Mark Clodfelter/Andrea Menaker
      Mr. Elliott Feldman/Mark Cymrot

General/002915.001/87915.1