# Exhibit H



United States Department of State

*Washington, D.C. 20520*

April 1, 2005

*By Facsimile*

Mr. Gonzalo Flores
International Centre for
  Settlement of Investment Disputes
1818 H Street, N.W.
Washington, D.C. 20433

Re:   *Canfor Corp. v. United States of America;*
      *Terminal Forest Products Ltd. v. United States of America;* and
      *Tembec Inc. et al v. United States of America*

Dear Mr. Flores:

On behalf of respondent United States of America, we write in response to your letter of March 18, 2005. After a great deal of reflection, and regrettably, the United States feels compelled to conclude that the appointment of Mr. J. William Rowley, QC in the consolidated proceedings would not be appropriate. Mr. Rowley, an arbitrator of unimpeachable integrity, also serves as Chairman of the law firm McMillan Binch, which represents a party in the NAFTA Chapter Nineteen countervailing duty proceedings. In those proceedings, complainants pursue claims with respect to the same countervailing duty determinations at issue in these consolidated proceedings. Given the participation of his firm in related proceedings, the opportunity for the appearance of a conflict of interest and a resulting undermining of public confidence in the consolidation proceeding, is too great. Therefore, we must state an objection to Mr. Rowley's appointment in this matter.

Respectfully submitted,

Andrea J. Ménaker
Chief, NAFTA Arbitration Division
Office of International Claims and
  Investment Disputes

Copies:
P. John Landry, Esq.
Keith E.W. Mitchell, Esq.
Elliot J. Feldman, Esq.
Mark A. Cymrot, Esq.