# Exhibit J

## International Centre for Settlement of Investment Disputes
1818 H Street, N.W., Washington, D.C. 20433 U.S.A.
Telephone: (202) 458-1534   Faxes: (202) 522-2615 / (202) 522-2027
Website: http://www.worldbank.org/icsd

April 19, 2005

United States of America
c/o Mr. Mark A. Clodfelter
Assistant Legal Adviser
Office of the Legal Adviser
and
Ms. Andrea Menaker
Chief, NAFTA Arbitration Division
Office of International
Claims and Investment Disputes
Department of State
2430 E Street NW
Suite 203, South Building
Washington, DC 20037-2800

Canfor Corporation
Terminal Forests Products, Ltd.
c/o Mr. P. John Landry, Esq
Davis & Company
2800-666 Burrard Street
Vancouver, British Columbia
V6C 2Z7
and
c/o Mr. Keith E. W. Mitchell, Esq
Harris & Company
14th Floor Bentall 5
550 Burrard Street
Vancouver, B.C.
Canada V6C 2B5

Tembec Inc., Tembec Investements
Inc., and Tembec Industries, Inc.
c/o Mr. Elliot J. Feldman, Esq.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304

Re:   Canfor Corporation v. United States of America; Terminal Forest Products Ltd. v. United States of America; Tembec et al. v. United States of America;
      Request for the establishment of a Consolidation Tribunal pursuant to NAFTA Article 1126

Dear Sirs and Madam,

I write in connection with the United States of America' request for consolidation under Article 1126 of the NAFTA, dated March 7, 2004.

In accordance with NAFTA Article 1126(5), we are appointing to the Consolidation Tribunal Dr. Albert Jan van den Berg of The Netherlands, as presiding arbitrator, and Mr. Davis R. Robinson, a U.S. national and Mr. L. Yves Fortier, a national of Canada, as co-arbitrators. Attached please find the curricula vitae of Dr. van den Berg, Mr. Robinson and Mr. Fortier on file with the Centre.

We shall notify you as soon as the appointees have accepted their appointment.

Sincerely yours,

Gonzalo Flores
Senior Counsel

Attachments

## Curriculum Vitae

## ALBERT JAN VAN DEN BERG

14 June 1949, Amsterdam, The Netherlands
Office: IT Tower, 9th Floor, Avenue Louise 480 B.9, 1050 Brussels, Belgium
T +32 (2) 290 3913; F +32 (2) 290 3939; M +32 476 960 591; E ajvandenberg@hvdb.com

### EXPERIENCE

| | |
|---|---|
| 2001 – | Attorney-at-Law, Hanotiau & van den Berg, Brussels (partner) |
| 1999 – 2001 | Attorney-at-Law, Freshfields Bruckhaus Deringer, Amsterdam (partner) |
| 1988 – 1999 | Attorney-at-Law, Stibbe Simont Monahan Duhot, Amsterdam (partner) |
| 1982 | Attorney-at-Law, Law Firm of Salah Hejailan, Riyadh (in association with Clifford-Turner/Van Doorne & Sjollema) |
| 1980 – 1988 | Attorney-at-Law, Van Doorne & Sjollema Advocaten, Rotterdam (partner) |
| 1980 – 1988 | Secretary-General, Netherlands Arbitration Institute |
| 1978 – 1980 | TMC Asser Institute for International and European Law, The Hague, department international commercial arbitration |
| 1975 – 1978 | Private assistant to Professor Pieter Sanders, Schiedam, the Netherlands. |

### EDUCATION

| | |
|---|---|
| 18.09.1981 | Erasmus University, Rotterdam. Degree: Doctor of Laws. Thesis: *The New York Arbitration Convention of 1958 - Towards a Uniform Judicial Interpretation* (mention: *cum laude*). Thesis-director: Professor Pieter Sanders |
| 26.11.1977 | University of Aix-en-Provence. Degree: Docteur en droit. Thesis: *Etude comparative du droit de l'arbitrage commercial dans les pays de Common Law* (mention: *très bien*). Thesis-director: Professor René David |
| 1974 – 1975 | New York University, Institute of Foreign Law. Degree: Master of Comparative Jurisprudence (composite grade: A) |
| 1973 – 1974 | University of Aix-en-Provence, Faculty of Law. Post-doctorate course in Comparative, European and International Law |
| 1968 – 1973 | University of Amsterdam, Faculty of Law. Degree: Master of Laws. |

### LANGUAGES

Dutch, English, French
Reading: German, Italian and Spanish.

### PROFESSIONAL ACTIVITIES

- Professor at Law (arbitration chair), Erasmus University, Rotterdam
- General Editor, *Yearbook Commercial Arbitration*
- Vice-President, Netherlands Arbitration Institute (NAI), Rotterdam; former Vice-President, London Court of International Arbitration (LCIA)
- FCIArb (Fellow of the Chartered Institute of Arbitrators), London
- Member, Editorial Board, *Global Counsel*, London; *Tijdschrift voor Arbitrage*, Rotterdam
- Member, International Council for Commercial Arbitration (ICCA); Commission on International Arbitration of the International Chamber of Commerce (ICC), Paris; Court of Appointment of the Hong Kong International Arbitration Centre; International Advisory Board of the Stockholm Chamber of Commerce (SCC); Arbitration Consultative Commission of the World Intellectual Property Organization (WIPO), Geneva
- Arbitrator on the Arbitral Tribunal concerning the Bank for International Settlements (Hague Treaty of 20 January 1930)
- Various panels of arbitrators, including: American Arbitration Association (AAA), New York; Arbitral Centre of the Federal Economic Chamber, Vienna; Arbitral Tribunal for Football, World Cup Division for the 2002 FIFA World Cup, Geneva; China International Economic and Trade Arbitration Commission (CIETAC), Beijing; International Centre for the Settlement of Investment Disputes (ICSID), Washington; Kuala Lumpur Regional Centre for Arbitration; Singapore International Arbitration Centre (SIAC)
- Presiding and party-appointed arbitrator in numerous international arbitrations (*ad hoc*, ICC, ICSID, LCIA, NAI and UNCITRAL, relating to, *inter alia*, banking, broadcasting, construction, defense projects, distributorship, energy, futures and options, information technology, investments, joint ventures, post M&A, professional associations, sales, sports, telecom, turnkey projects)
- Extensive publications and lectures on international commercial arbitration (see list of publications).

May 2002

Prof. Dr. Albert Jan van den Berg
LIST OF PUBLICATIONS
February 1991

- Erasmusprijs voor Prof. René David, in NRC-Handelsblad, 14 May 1976.

- Bibliography of Recent Publications on Arbitration, Yearbook Comm. Arb., Vol. I (1976) pp. 237-252; Vol. II (1977) pp. 277-280; Vol. III (1978) pp. 307-311.

- Étude comparative du droit de l'arbitrage commercial dans les pays de Common Law, Thesis, Université d'Aix-Marseille III (1977), abbreviated version in XIX Rassegna dell' Arbitrato (1979) pp. 11-74.

- Arbitration and the Third World, Financial Times, 6 December 1978.

- Arbitration and the New York Convention, European Law Letter - Financial Times, February 1979, pp. 2-3.

- L'arbitrage commercial en Amérique latine, Revue de l'arbitrage (1979) pp. 123-203.

- Internationale geschillen eisen een nieuwe aanpak [International disputes require a new approach], De Financieële Telegraaf, 3 February 1979.

- Nationalisatie is nu efficient te pareren [Nationalization can now be parried efficiently], De Financieële Telegraaf, 4 August 1979.

- Bookreview : Anuario de Arbitraje Comercial Vols. I-III, (1976-1978), Derecho Comparado : Revista de la Asociacion Argentina de Derecho Comparado (1979) pp. 167-171.

- English Arbitration Act 1979, Tijdschrift voor Arbitrage, 1980/1, pp. 29-31.

- L'arbitrage au Canada (Note supplémentaire), XX Rassegna dell'Arbitrato (1980) pp. 43-45.

- Bookreview : Julian D.M. Lew, Applicable Law in International Commercial Arbitration (1978), 23 Netherlands International Law Review (1980) pp. 254-257.

A.J. van den Berg
page 2

- Arbitration in The Netherlands, Netherlands Arbitration Institute (27 March 1981), paper submitted to the ESC Ltd. Conference on Arbitration under International Commercial Contracts - Current Issues and Practical Problems, London 7/8 May 1981.

- Warsaw Meeting Considers Multiparty Business Disputes, European Law Letter-Financial Times, July 1981, p. 4.

- Tenuitvoerlegging en aantasting van arbitrale vonnissen in Nederland [Enforcement of and means of recourse against arbitral awards in The Netherlands], Tijdschrift voor Arbitrage, 1981/4, pp. 104-110.

- The New York Arbitration Convention of 1958 - Towards a Uniform Judicial Interpretation, Thesis, Erasmus University Rotterdam (Kluwer, Deventer, 1981).

- Alternatieve rechters in de lift [Alternative Judges Become More Popular], Financieel Economisch Magazine, 6 May 1982, pp. 39-43.

- Arbitrage in Nederland [Arbitration in The Netherlands], Kamer van Koophandel, August 1982 (bulletin of the Chamber of Commerce and Industry, Rotterdam).

- Commentaries on Court Decisions on the New York Convention of 1958, Yearbook Comm. Arb., Vol. VII (1982) pp. 290-311; Vol. VIII (1983) pp. 337-359; Vol. IX (1984) pp. 332-399; Vol. X (1985) pp. 338-416; Vol. XI (1986) pp. 402-477; Vol. XII (1987) pp. 409-475; Vol. XIV (1989) pp. 528-613.

- Wetsontwerp Iran-United States Claims Tribunal [Proposed Dutch Law on the Iran-US Claims Tribunal], Nederlands Juristenblad (1984) pp. 170-172; Proposed Dutch Law on the Iran-US Claims Settlement Declaration, International Business Lawyer, September 1984, pp. 341-344.

- Second Bermuda International Arbitration Conference 19-22 April 1983, Tijdschrift voor Arbitrage, 1983/4, pp. 117-123.

- Arbitrage opnieuw in de belangstelling [New Interest in Arbitration], Kamer van Koophandel, September 1983, p. 3 (bulletin of the Chamber of Commerce and Industry, Rotterdam).

List of Publications
A.J. van den Berg
page 3

- <u>National Report : Saudi Arabia</u>, Yearbook Comm. Arb., Vol. IX (1984) pp. 7-36; International Handbook on Commercial Arbitration, 31 p. + annex : Arbitration Regulation of Saudi Arabia.

- <u>The Art of Arbitration</u>, Liber Amicorum Prof. Pieter Sanders (1984) in co-editorship with J.C. Schultsz (Kluwer, Deventer, 1984).

- <u>Should an International Arbitrator Apply the New York Arbitration Convention of 1958 ?</u>, in The Art of Arbitration, <u>supra</u>, pp. 39-49.

- <u>Wetsontwerp nieuwe arbitragewet [Draft New Dutch Arbitration Act]</u>, Special issue "<u>Aan de balie van het scheidsgerecht [Arbitration at the Bar]</u>" Tijdschrift voor Arbitrage/Advocatenblad, 1984/6, pp. 171-226.

- <u>International and Regional Conventions</u>, Seminar International Commercial Arbitration, Paris, 17-18 December 1984.

- <u>Arbitrage [Arbitration]</u>, 12 Status Quo, Juridische Faculteit VU, no. 6 (January 1985) pp. 10-14.

- <u>The Enforcement of Arbitral Awards against a State - The Problem of Immunity from Execution</u>, with Prof. G. Bernini, Inaugural Conference of the School of International Arbitration, London, 25-27 March 1985, Queen Mary College - University of London.

- <u>Arbitrating International Construction Claims</u>, CCIC Seminar "International Construction Claims", London, 22-23 April 1985.

- <u>Does the New York Arbitration Convention of 1958 Apply Retroactively ? Government of Kuwait v. Sir Frederic Snow c.s.</u>, Case comment, 1 Arbitration International (1985) pp. 103-107.

- <u>Dient er een aparte Nederlandse wet voor internationale arbitrages te komen ? [Should There be a Separate Dutch Act on International Arbitration ?]</u>, Ars Aequi (1985) pp. 389-393.

- <u>The New York Arbitration Convention of 1958 and the Arab Countries</u>, Conference on Arbitration in Euro-Arab Relations, Sousse, Tunisia, 24-27 September 1985, reprinted in Euro-Arab Chambers of Commerce, <u>Euro-Arab Arbitration</u> (London, 1987) pp. 54-65.

- <u>When is an Arbitral Award Non-Domestic under the New York Convention of 1958 ?</u> Pace Law Review (1985) pp. 25-65.

- <u>Non-domestic Arbitral Awards under the 1958 New York Convention</u>, 2 Arbitration International (1986) pp. 191-219.

- <u>Yearbook Commercial Arbitration</u> (General Editor as of Vol. XI (1986)).

- <u>Internationale bouwarbitrage [International Construction Arbitration]</u>, Bouwrecht (1986) pp. 281-292.

- <u>Consolidated Arbitrations and the 1958 New York Arbitration Convention</u>, 2 Arbitration International (1986) pp. 367-369.

- <u>Nieuwe Arbitragewet door de Tweede Kamer aanvaard [New Arbitration Act Approved by Dutch Parliament]</u>, 66 Advocatenblad (1986) pp. 267-271.

- <u>De Gewijzigde Statuten (1987) van de Raad van Arbitrage voor de Bouwbedrijven in Nederland [The Amended Statute of the Board of Arbitration for the Building Industry in the Netherlands]</u>, 24 Bouwrecht (1987) pp. 709-730.

- <u>National Report : The Netherlands</u>, Yearbook Comm. Arb., Vol. XII (1987) pp. 3-38; International Handbook on Commercial Arbitration, 37 p. + annex : Arbitration Act.

- <u>Internationale Arbitrage in Nederland en Arbitrage buiten Nederland [International Arbitration in the Netherlands and Arbitration Outside the Netherlands]</u>, Tijdschrift voor Arbitrage, 1987/5, pp. 121-128.

- <u>Consolidated Arbitrations, The New York Arbitration Convention and the Dutch Arbitration Act 1986 - A replique to Mr. Jarvin</u>, 3 Arbitration International (1987) pp. 257-262.

- <u>The Netherlands Arbitration Act 1986</u>, International Business Lawyer (1987) pp. 356-359.

- _The Netherlands Arbitration Act 1986_, with P. Sanders, Text and Notes, English, French and German (Kluwer, Deventer, 1987).

- _Some Recent Problems in the Practice of Enforcement under the New York and ICSID Conventions_, 3 ICSID Review - Foreign Investment Law Journal (1988) pp. 439-456.

- _L'arbitrage et les tiers : le droit néerlandais_, Comité français de l'arbitrage, Colloque, Paris, 5 May 1988, 11 p., Revue de l'arbitrage (1988) pp. 536-541.

- _Arbitragerecht [Law on arbitration]_, with R. van Delden and H.J. Snijders (Tjeenk Willink, Zwolle, 1988).

- _Procedures in arbitrage [Proceedings in Arbitration]_, in Checkboek voor Advocaten, (Kluwer, Deventer, 1989).

- _Improvement of civil litigation by lessons of arbitration procedure_, with J. Rozemond, in Justice and Efficiency, The Eighth World Conference on Procedural Law, Dutch National Reports (Kluwer, Deventer, 1989) pp. 71-74.

- _Le droit néerlandais de l'arbitrage_, in L'Arbitrage - Travaux offerts au professeur Albert Fettweis (Bruxelles, 1989)

## DAVIS R. ROBINSON

**RETIRED PARTNER**
WASHINGTON, D.C., OFFICE
(202) 986-8049
EMAIL: DRROBINS@LLGM.COM

### AREAS OF PRACTICE

International Trade and Investment
Public/International Law
Transnational Litigation and International Arbitration
Government Relations

Davis Robinson has spent two thirds of his career in private law practice in Washington, D.C., and on Wall Street and the other one third in federal government service in international affairs. In 1981, Mr. Robinson was appointed the Legal Adviser to the U.S. Department of State, the senior attorney in the U.S. Government in international law matters. As general counsel to Secretaries of State Haig and Shultz for four years, Mr. Robinson had extensive dealings in Europe, the former Soviet Union, the Middle East, China and Japan and played an important role in various trade policy and treaty law matters. He was in charge of the U.S.-Iran Claims Tribunal on behalf of the United States and led the U.S. team in two major cases before the World Court in the Hague. In private practice, Mr. Robinson concentrates in international boundary disputes, in international trade and investment law (including United States economic sanctions and export controls) and in international arbitration. He has a working knowledge of French and basic Arabic.

### EDUCATION

B.A.  Yale College, *magna cum laude*, Phi Beta Kappa, 1961
LL.B.  Harvard University, *cum laude*, 1967
       President, *Harvard Legal Aid Bureau*

### ADMITTED TO PRACTICE

New York, 1968
District of Columbia, 1972
Court Admittances: Supreme Court of the United States, 1972

LEBOEUF, LAMB, GREENE & MACRAE, L.L.P.

DAVIS R. ROBINSON

**SELECTED ACTIVITIES**

**MEMBER**

- Council on Foreign Relations
- United States Panel, International Centre for Settlement of Investment Disputes (ICSID)
- American Arbitration Association's approved list of International Arbitrators
- London Court of International Arbitration

**PANELIST**

- U.S. Canada Free Trade Agreement, Chapter 18 Dispute Resolution Panel
- ICC Court of Arbitration Panel
- President of ICSID Arbitral Tribunal

**FORMER CHAIRMAN**

- Foreign Investment in the United States Committee, American Bar Association

**ADVISOR**

- American Law Institute's Restatement Third on the Foreign Relations Law of the United States

**DIRECTOR**

- Middle East Policy Council

LEBOEUF, LAMB, GREENE & MACRAE, L.L.P.

# OGILVY RENAULT

L. Yves Fortier, C.C., Q.C.

**Senior Partner**
Lawyer

Montréal
(514) 847-4740
yfortier@ogilvyrenault.com



Quebec Bar 1961

**Practice Area(s)**
Arbitration and Alternative Dispute Resolution
Litigation

| BIOGRAPHY | PUBLICATIONS |

Mr. Fortier is a trial lawyer who has pleaded important cases before all court jurisdictions in Canada and before domestic as well as international arbitral tribunals. He has also served as an arbitrator and chairman on many ad hoc international arbitration tribunals as well as tribunals constituted by different arbitral institutions, including the International Arbitration Court of the International Chamber of Commerce (Paris), the London Court of International Arbitration (LCIA), the American Arbitration Association (New York), the Court of Arbitration for Sport (Lausanne), the Zurich Chamber of Commerce and the International Centre for Settlement of Investment Disputes (ICSID). In 1984, he represented Canada before the International Court of Justice in The Hague in the Canada-U.S. Gulf of Maine case.

Since being called to the Bar, he has served as Counsel to many Royal Commissions and Commissions of Inquiry in Canada. He served from 1987 to 1989 as Canada's Chief Negotiator in the Canada-France fishing dispute. In 1991, he was Counsel for Canada before the "ad hoc" International Tribunal of Arbitrators which was constituted to determine the maritime boundary between Canada and France in the North Atlantic. He served from 1993 to 1998 as Canada's Chief Negotiator for the Canada-U.S. Pacific Salmon Treaty negotiations. In 1993, Mr. Fortier served as Special Negotiator for the Government of Quebec with the Cree Nation.

In April 1993, Mr. Fortier was appointed by the Security Council of the United Nations as Chairman of Panel "C" of the United Nations Compensation Commission in Geneva (Iraq-Kuwait). In September 1995, Mr. Fortier was appointed Counsel for Canada in the mediation of the Canada-U.S. Pacific Salmon dispute. In August 1997, Mr. Fortier was appointed by the Secretary General of the United Nations as his Special Envoy to Malaysia. In November 1997, Mr. Fortier was appointed judge ad hoc of the International Court of Justice in the land and maritime boundary dispute between Bahrain and Qatar. In 2002, he was appointed judge ad hoc of the International Court of Justice in the boundary dispute between Colombia and Nicaragua. In August 2003, he was appointed by the Secretary General of the United Nations as his personal representative and mediator in the Equatorial Guinea and Gabon boundary dispute.

In January 1998, he was appointed as an Arbitrator and Senior Claims Judge on the Claims Resolution Tribunal for Dormant Accounts in Switzerland. In 1998, he was lead counsel for the Government of Canada in the Supreme Court of Canada Reference concerning Quebec. In January 1999, he was appointed by the Security Council of the United Nations as Chairman of Panel F3 of the United Nations Compensation Commission in Geneva (Iraq-Kuwait). In May 2000, he was appointed one of the Trustees of the International Accounting Standards Committee (IASC). In December 2000, he was appointed by the President of the World Bank to the ICSID Panel of Conciliators and Arbitrators.

In 2001, Mr. Fortier was lead counsel for the Government of Nova Scotia before the international tribunal which was constituted to determine the offshore boundary between the province of Nova Scotia

and the province of Newfoundland and Labrador.

In July 1988, Mr. Fortier was appointed Canada's Ambassador and Permanent Representative to the United Nations in New York. On leave from his law practice, Mr. Fortier served as Canada's Ambassador until January 1992. During his term at the United Nations, Mr. Fortier was Canada's Chief Delegate to the 43rd, 44th, 45th and 46th Sessions of the U.N. General Assembly. In September 1990, he was elected Vice-President of the 45th General Assembly. From January 1989 to December 1990, Mr. Fortier served as Canada's Representative to the Security Council of the United Nations.

In 1989, he served as President of the Council. While in New York, Mr. Fortier was a Director of the International Peace Academy and the United Nations International School. He is a member of the Executive Board of the International Association of Permanent Representatives to the United Nations.

Mr. Fortier has been the Chairman (now Co-Chair) of the firm since January 1992, when he resumed his law practice.

In recent years, Mr. Fortier has concentrated his practice in the field of international arbitration.

On January 1, 1998, he was elected President of the London Court of International Arbitration (LCIA). He served as President until June 30, 2001, at which time he became Honorary Vice-President of the Court. Since August 2003, he has been Chair of the Hong Kong International Arbitration Court (HKIAC). He is a member of numerous international arbitral institutions including the CPR International Panel of Distinguished Neutrals (New York), the Quebec National and International Commercial Arbitration Centre (Chairman, Committee of Experts), the British Columbia International Commercial Arbitration Centre (member - Panel of Arbitrators), the ADR Chambers International Panel (President), the International Council for Commercial Arbitration (ICCA), the College of Commercial Arbitrators (CCA), the Court of Arbitration for Sport (CAS) (Lausanne), the Legal Service and Research Centre (LSRC) and the International Arbitration Club (London).

From 1984 to 1989, Mr. Fortier was a member of the Permanent Court of Arbitration at The Hague. From 1992 to 1995, Mr. Fortier was Legal Advisor to the Commission on Global Governance in Geneva. Mr. Fortier has been a Member of the Trilateral Commission (member of the North American Executive Committee) since 1993.

### Professional Involvement

Mr. Fortier is a member of numerous professional organizations, including the Canadian Bar Association, which he headed as National President in 1982-83, the American Bar Association (honorary), the International Commission of Jurists (Canadian Section), the International Bar Association, the Union Internationale des Avocats, the ICC Institute of International Business Law and Practice, the International Law Association (Canadian Branch), the American College of Trial Lawyers (member of the Board of Regents 1992-96) and The American Society of International Law.

Mr. Fortier is Governor and a director of Hudson's Bay Company, a director and Chairman of the Board of Alcan Inc. and a director of the Royal Bank of Canada, Nortel Networks Corporation, Nortel Networks Limited, Nova Chemicals Corporation and other Canadian companies. In 2001, Mr. Fortier was elected a Fellow of the Institute of Corporate Directors of Canada. Mr. Fortier is a former Governor of McGill University, a former director of the Montreal Neurological Institute and the Clinical Research Institute of Montreal. Mr. Fortier serves as a director, governor or patron of several non-profit organizations, including the Historica Foundation of Canada, the Canadian Unity Council, the C.D. Howe Institute, the Canadian Foundation for AIDS Research (CANFAR) and the Canadian Institute for Advanced Legal Studies. He is a member of the Advisory Council of the Quebec Chapter of the Institute of Corporate Directors. He is one of the Founding Directors of the Canadian Bar Association Law for the Future Fund and patron of the International Centre for Human Rights and Democratic Development.

In December 1991, Mr. Fortier was appointed an Officer of the Order of Canada. In April 1994, Mr. Fortier was made a Companion of the Order of Canada, the highest level of the Order.

In June 1992, Mr. Fortier was awarded the Médaille d'Or du Barreau du Québec, the highest distinction of the Quebec Bar. In August 1993, he was awarded the President's Award, the highest distinction of the Canadian Bar Association. In March 1989, Mr. Fortier received the degree of Doctor of Laws *honoris causa* from the Law Society of Upper Canada, in May 1992, from Acadia University, in May 1993, from the University of British Columbia and, in October 1999, from the Université de Montréal. In

2004, Mr. Fortier received the degree of Doctor of Commerce honoris causa from Ryerson University.

**Education**
B. Litt.- Rhodes Scholar (Oxford University, 1960)
B.C.L. First Class Honours (McGill University, 1958)
B.A.- *summa cum laude* (Université de Montréal, 1955)