# Exhibit K



United States Department of State

*Washington, D.C. 20520*

April 22, 2005

*By Facsimile*

Mr. Gonzalo Flores
International Centre for
  Settlement of Investment Disputes
1818 H Street, N.W.
Washington, D.C. 20433

Re:   *Canfor Corp. v. United States of America;*
      *Terminal Forest Products Ltd. v. United States of America;* and
      *Tembec Inc. et al v. United States of America*

Dear Mr. Flores:

On behalf of respondent United States of America, we write in response to your letter of April 20 announcing the appointment of three arbitrators in this proceeding. The United States has no objection to the appointments of Dr. Albert Jan van den Berg and Mr. Davis R. Robinson. With much regret, however, the United States is compelled to object to the appointment of Mr. L. Yves Fortier, given his law firm's participation in proceedings concerning the very measures at issue in this arbitration.

Mr. Fortier is the Co-Chairman (formerly Chairman) of Ogilvy Renault. According to Ogilvy Renault's website, the firm has represented a Canadian lumber producers association in challenges under the NAFTA and before the WTO to the same antidumping and countervailing duty determinations at issue in this proceeding.[1] It has also represented the Government of Canada in a WTO challenge to those same measures.[2] And the firm has represented several Canadian companies in a WTO challenge to the *Continued Dumping and Subsidy Offset Act of 2000* (the "Byrd Amendment"), which is also at issue in this arbitration.[3]

The United States understands from ICSID that certain individuals involved in those representations may have left Ogilvy Renault. However, Mssrs. Gregory O. Summers and Benjamin P. Bedard, who represented Canada in the WTO proceeding challenging the antidumping determination at issue here, continue to be attorneys in the firm. These considerations, together with the firm's connection with Canadian softwood lumber interests and its continued promotion of those relationships on its website, put Mr. Fortier too close to the issues in dispute in this matter.

---

[1] *See* <http://www.ogilvyrenault.com/en/PracticeAreas/PracticeAreasTransaction.aspx?id=3>.

[2] *See id.*

[3] *See id.*

-2-

The United States wishes to make clear that, in objecting to Mr. Fortier's appointment as an arbitrator in this matter, we in no way seek to question his integrity. To the contrary, Mr. Fortier's integrity as an arbitrator is unimpeachable. Given his firm's participation in the above-mentioned proceedings, however, his appointment would compromise the appearance of impartiality and independence on the part of the Tribunal. Accordingly, we respectfully request that ICSID proceed to appoint another arbitrator in this matter.

Respectfully submitted,

Andrea J. Menaker
Chief, NAFTA Arbitration Division
Office of International Claims and
   Investment Disputes

Copies:
P. John Landry, Esq.
Keith E.W. Mitchell, Esq.
Elliot J. Feldman, Esq.
Mark A. Cymrot, Esq.


**OGILVY RENAULT**

# INTERNATIONAL TRADE

## MANDATES & TRANSACTIONS

The mandates are regrouped under 4 major areas of expertise:

1) **Trade Remedies**
2) **WTO, NAFTA and Trade Agreements**
3) **Customs and Border Control Issues**
4) **Government Procurement**

### 1) Trade Remedies

Our lawyers have acted in numerous high profile trade remedy matters, including retainers on behalf of:

- European steel producers and exporters such as Arcelor SA (and its predecessors, including Usinor and Sollac), Dillinger, Lusosider, and the European steel trade association Eurofer
- Canadian steel producers including Algoma Seamless Tubulars Inc., Algoma Steel Inc., Central Wire, Ispat Sidbec Inc., Maverick Tube/Prudential Steel, Slater Steel Inc./Atlas Specialty Steels, and Sorevco Inc.
- Canadian steel importers such as Arcelor International Canada (and its predecessors Usinor Canada and Francosteel Canada), Novosteel North America and Barzelex
- Canadian and U.S. building materials producers including BPB Canada Inc. (formerly Westroc), Firestone and Owens-Corning
- Companies and organizations in the agriculture and food industries, such as the Garlic Growers Association of Ontario and US producers and exporters Gerber Products Company, Borden's and Wholesale Produce Supply Company
- Companies and organizations in the forestry and pulp and paper sectors, such as the Conseil de l'industrie forestière du Québec (formerly the Quebec Lumber Producers Association) and Kvaerner Pulping
- Canadian producer of office supply products, Anthes Universal Limited
- US producer and exporter of domestic appliances, Whirlpool Corporation
- US producers and exporters of carpets
- Canadian importer of chemical products, Fisher Scientific Limited
- → The Conseil de l'industrie forestière du Québec (formerly the Quebec Lumber Producers Association) in connection with Canada's WTO and NAFTA challenges of the United States dumping and countervailing duty measures against Canadian exports of softwood lumber to the United States
- → The Government of Canada in its WTO challenge of the United States dumping measures against Canadian exports of softwood lumber to the United States
- Companies and organizations in the consumer products industries such as The Shoe Manufacturer's Association of Canada and Winners Products Engineering Ltd.

### 2) WTO, NAFTA and Trade Agreements

Our lawyers have acted in numerous high profile trade matters, including retainers on behalf of:

- Several European steel producers in connection with a possible WTO challenge of Canada's safeguard measures on imports of certain steel products
- → The Government of Canada in its WTO challenge of the United States dumping duty measures against Canadian exports of softwood lumber to the United States
- Mobile Satellite Ventures in connection with the preparation of an opinion, filed with the U.S. Federal Communications Commission, in respect of the GATS-consistency of an FCC order
- → Several Canadian companies in the Byrd amendment challenge before the WTO where Canada and Mexico were co-complainants

h       g      e    c    e     c ce    e      c ce    e         c

- Crompton Inc. in regard to a NAFTA Chapter 11 challenge of certain Canadian regulations
- The Dairy Farmers of Canada in connection with the WTO challenge by the United States and New Zealand of Canadian measures with respect to dairy exports and imports
- Canadian National Railway in connection with the NAFTA and WTO implications of changes in the Canadian freight rate system
- Covad Canada Communications in connection with submissions to the Canadian Radio-television and Telecommunications Commission, in respect of the GATS-consistency of certain CRTC practices
- The Canadian Mining Association in connection with Canada's WTO challenge of the European Community measures affecting asbestos and asbestos containing products
- General Motors in connection with the WTO challenge by the European Community and Japan of the Canada-US Auto Pact
- The Quebec Lumber Producers Association regarding Canada's WTO complaint against Europe's ban on imports of untreated Canadian lumber
- Various pharmaceutical companies regarding WTO complaints in connection with patent protection
- A Latin American government in their negotiations with Canada for a free trade agreement for goods and services
- Bombardier Inc. in connection with certain issues relating to the WTO disputes with respect to aircraft subsidies
- The Quebec Government on the NAFTA and WTO implications of dairy products regulation
- The Quebec Government with respect to the WTO Subsidies Agreement implications of its proposed financing for the Tour du Commerce Électronique in Montreal
- Imperial Tobacco and BAT in connection with the Helms-Burton legislation on Cuba and WTO complaint regarding U.S. contents requirements.

### 3) Customs and Border Controls Issues

Our clients have included some of the most prominent businesses in Canada in customs and import-export matters. Recent retainers have included:

- The Canadian Brush Manufacturers Association in connection with tariff relief on production inputs
- Tribal Sportswear Inc. in regard to tariff relief for imported fabrics
- Peerless Clothing Inc. in regard to applications for tariff relief
- C.S. Brooks Canada Inc. in connection with various challenges of requests for tariff relief on textile inputs used in the manufacturing of bedding products
- Consoltex Inc. regarding certain duty remission programs applicable to textile products
- Customs advice and representation for apparel labels including Giorgio Armani, Liz Claiborne, Polo Ralph Lauren and Max Mara
- Bic regarding regulations governing imported products
- Peerless Clothing Inc. in connection with various applications for tariff relief on imported textile inputs, including interlinings, micro-suede and rayon linings used in the manufacturing of apparel products
- The Men's Clothing Manufacturers Association with respect to the elimination of certain tariffs applicable to textile inputs used in the manufacturing of men's clothing
- Various Canadian companies in respect of tariff classification and value for duty challenges before the Canadian International Trade Tribunal on specific products, including:
    - Sable Offshore Energy Inc.
    - Tamrock Canada Inc.
    - The Stevens Company Ltd.
    - Jonic International
    - Style-Kraft Sportswear Inc.
    - Viessmann Limited
    - Kravet Fabrics Canada Inc.
    - Spacesaver Corporation
    - Marubeni Canada
    - Exxonmobil Canada Properties
    - Phosyn plc
    - Dairy Farmers of Canada
    - Leeds Neckwear Inc. and Leeds International Inc.
- Numerous multinationals regarding the value for duty of exports to Canadian subsidiaries, including making submissions to and negotiating arrangements with the Canada Border Services Agency
- Various companies in relation to customs seizures and other enforcement action by the Canada Border Services Agency
- Various companies in relation to import and export controls and their administration, including prohibited and restricted products, nuclear, military and dual-use goods, licenses, certification and supplier registration

- Companies in the financial services sector regarding funds subject to economic sanctions legislation
- Manufacturing companies in relation to the export of technology and data subject to border controls
- Telecommunications service providers in relation to the impact of Canadian and other jurisdictions economic sanctions
- Various manufacturing and services companies in relation to the establishment of export control compliance programs.

**4) Government Procurement**

Our lawyers have acted in the following recent matters:

- ADGA Group Consultants Inc. concerning a government procurement challenge with respect to a solicitation for engineering and computer support services
- Allsteam in relation to the acquisition of IT services by the Department of Public Works and Government Services Canada
- Ameridata, Informix, Peoplesoft and other software enterprise, as well as prominent hardware manufacturers
- Bombardier Inc. in connection with various contractual negotiations with the federal and provincial governments
- Business Objects and Allstream, in proceedings relating to the acquisition of business intelligence software by Transport Canada
- Century21 on federal realty procurements
- CMC Electronics and L-3 Wescam Inc. in proceedings involving contracts under the Aurora CP-140 modernization program
- Cougar Aviation Ltd. in connection with the government procurement challenge before the CITT with respect to fisheries air surveillance services
- defence contractors including AlliedSignal, Lockheed Martin, TI Group plc on procurement systems and strategies
- Deloitte and Touche Consulting Group in connection with a government procurement challenge before the CITT on an RCMP audit contract
- Department of Public Works and Government Services Canada in the implementation phase of a significant software bid challenge dispute
- General Dynamics across full range of government consultations, bid challenge and implementation
- K-W Leather Products Ltd. concerning a government procurement challenge with respect to a solicitation for tactical vests
- MXI Technologies Inc. in the context of a government procurement challenge before the CITT in connection with jet engine maintenance systems
- Patlon Aircraft & Industries Limited concerning a government procurement challenge with respect to a solicitation for nuclear, biological and chemical protective suits
- Thompson CSF Canada Inc. and BAE Systems Canada in connection with a government procurement challenge before the CITT with respect to a contract for coast guard communications.