# Exhibit L

FROM WB-ICSID                                                    (WED) 5. 4'05 18:29/ST. 18:15/NO. 4864117939 P 2

# International Centre for Settlement of Investment Disputes

1818 H Street, N.W., Washington, D.C. 20433 U.S.A.
Telephone: (202) 458-1534   Faxes: (202) 522-2615 / (202) 522-2027
Website: http://www.worldbank.org/icsd

May 4, 2005

United States of America
c/o Mr. Mark A. Clodfelter
Assistant Legal Adviser
Office of the Legal Adviser
and
Ms. Andrea Menaker
Chief, NAFTA Arbitration Division
Office of International
Claims and Investment Disputes
Department of State
2430 E Street NW
Suite 203, South Building
Washington, DC 20037-2800

Canfor Corporation
Terminal Forests Products, Ltd.
c/o Mr. P. John Landry, Esq
Davis & Company
2800-666 Burrard Street
Vancouver, British Columbia
V6C 2Z7
and
c/o Mr. Keith E. W. Mitchell, Esq
Harris & Company
14th Floor Bentall 5
550 Burrard Street
Vancouver, B.C.
Canada V6C 2B5

Tembec Inc., Tembec Investements Inc., and Tembec Industries, Inc.
c/o Mr. Elliot J. Feldman, Esq.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304

Re:   Canfor Corporation v. United States of America; Terminal Forest Products Ltd. v. United States of America; Tembec et al. v. United States of America;
Request for the establishment of a Consolidation Tribunal pursuant to NAFTA Article 1126

Dear Sirs and Madam,

This will confirm our receipt yesterday of a letter from counsel for Tembec et al, a copy of which we are attaching for the United States of America and counsel for Canfor Corp. and Terminal Forests Products, Ltd. We are also conveying Tembec's observations to Mr. Davis Robinson.

We have been informed by Mr. Yves Fortier that he is not available to serve as an arbitrator in the consolidation proceedings. Accordingly, we are appointing Professor Armand de Mestral, a national of Canada, as a coarbitrator in this case. Attached is a copy of Professor de Mestral's curriculum vitae as on file with the Centre.

Sincerely yours,

Gonzalo Flores
Senior Counsel

Attachments

# BAKER
# & 
# HOSTETLER LLP
## COUNSELLORS AT LAW

WASHINGTON SQUARE, SUITE 1100 • 1050 CONNECTICUT AVENUE, N.W. • WASHINGTON, D.C. 20036-5304 • (202) 861-1500
FAX (202) 861-1783
ELLIOT J. FELDMAN
WRITER'S DIRECT DIAL NUMBER (202) 861-1679
E-MAIL: EFELDMAN@BAKERLAW.CO

May 2, 2005

**VIA FACSIMILE**

Mr. Jose Antonio Rivas
Secretary of the Tribunal
International Centre for Settlement
 of Investment Disputes
1818 H Street, N.W.
Washington, D.C. 20433

Re:   *Tembec Inc. v. United States of America*

Dear Mr. Rivas:

On behalf of Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc. (collectively, "Tembec"), we are writing in regard to the appointment of Mr. Davis R. Robinson to the proposed Article 1126 Consolidation Tribunal as noted in ICSID's letter of April 19, 2005.

We understand that Mr. Robinson may have a familial relationship to the President of the United States, George W. Bush. The existence of such a relationship is a circumstance that could "give rise to justifiable doubts as to the arbitrator's impartiality and independence" in proceedings before the proposed Article 1126 tribunal.[1] Tembec's concerns about the appearance of such a relationship are heightened by Mr Robinson's prior service as a political appointee in two Republican Administrations. Mr. Robinson was Assistant Legal Counsel and Legal Adviser in the U.S. State Department, "the senior attorney in the U.S. Government on international law matters," as noted in Mr. Robinson's resumé. The office that Mr. Robinson once directed now represents the United States in Tembec's case. Absent some clarification about the nature of Mr. Robinson's relationships that would alleviate doubts, Tembec would be obliged to object to Mr. Robinson's appointment.

---

[1] UNCITRAL Rules Article 10(1); see also Standard 2(b), (*Conflicts of Interest*), IBA Guidelines on Conflicts (suggesting disqualification where "facts or circumstances exist ... that, from a reasonable third person's point of view having knowledge of the relevant facts, give rise to justifiable doubts as to the arbitrator's impartiality or independence....").

Mr. Jose Antonio Rivas
May 2, 2005
Page 2

Justifiable doubts about an arbitrator's impartiality arise when "[t]he arbitrator has a close family relationship with one of the parties or with a manager, director or member of the supervisory board or any person having a similar controlling influence in one of the parties or with a counsel representing the parties."[2] Publicly available information regarding President Bush's family relations suggests that Mr. Robinson may be related, either by blood or by law, to the President. The President has a controlling influence over the United States. President Bush is the Chief Executive of the U.S. Government and the final decision-maker in the Executive Branch for U.S. policy on international trade matters. He controls the U.S. Department of Commerce and nominates the six members of the U.S. International Trade Commission. President Bush also controls the U.S. State Department that has appeared on behalf of the United States in Tembec's case. President Bush has dealt personally with the softwood lumber dispute, the subject matter of Tembec's arbitration, in meetings with the Canadian Prime Minister and perhaps on other occasions. He has also discussed publicly, and privately with the Canadian Prime Minister and the President of México, problems with NAFTA's trade dispute institutions.

The unavoidable policy implications of Tembec's dispute with the United States increase apprehension about any tribunal member who could be seen as having strong ties to the current U.S. Administration or to the agencies engaged in the case. Tembec's claims concern measures undertaken by the Department of Commerce and the International Trade Commission during President Bush's Administration and allege improper political interference from different parts of the U.S. Government. The outcome of Tembec's dispute could have implications adverse to the President and his policy aims.

Were Mr. Robinson to serve as an arbitrator, his ability to be impartial and independent, in fact or in appearance, could be compromised by a close familial relationship to the President of the United States. Furthermore, Mr. Robinson would be asked to judge impartially between arguments made by the claimants and arguments made by the Office of the Legal Adviser of the U.S. State Department, which he once directed. Mr. Robinson's political appointment to that office under a Republican Administration amplifies Tembec's concerns.

Tembec does not question Mr. Robinson's integrity, nor does it seek to impugn the highly distinguished government service he has rendered for many years on behalf of the United States. Mr. Robinson already may have disclosed to ICSID the nature of any personal or familial relationship he may have to the President and any concerns about ties to the Office of the Legal Adviser. However, Tembec is not yet aware of any disclosures and is concerned about the appearance of impartiality and independence among the members of the proposed tribunal. Therefore, unless Mr.

---

[2] *IBA Guidelines on Conflicts*, example 2.3.8.

FROM WB-ICSID                                   (WED) 5. 4' 05 18:29/ST. 18:15/NO. 4864117939 P 5

Mr. Jose Antonio Rivas
May 2, 2005
Page 3

Robinson's relationships can be clarified to allay these concerns, Tembec would request that ICSID appoint an alternative candidate.

                                      Respectfully,

                                      Elliot J. Feldman
                                      BAKER & HOSTETLER LLP
                                      1050 Connecticut Avenue, N.W.
                                      Suite 1100
                                      Washington, DC 20036

                                      Counsel to Tembec Inc., Tembec Investments
                                      Inc., and Tembec Industries Inc.

cc:   Gonzalo Flores, Esq.
       Mark A. Clodfelter, Esq.
       Andrea Menaker, Esq.
       Mark McNeill, Esq.
       P. John Landry, Esq.
       Keith Mitchell, Esq.

# CURRICULUM VITAE

### Armand de Mestral

| | | |
|---|---|---|
| Date of Birth: | - | 17.11.41, Montreal, Canada |
| Citizenship: | - | Canadian, Swiss |
| Family: | - | Married to Rosalind Pepall, 17 September 1979; Philippe born 12 June 1981; Charles born July 26, 1984. |

**Profession:**

- Member of the Bar of the Province of Quebec, as of June 1967.

- Professor of Law, McGill University (July 1976-).

- Legal Officer of Department of Justice (1970-1976).

- Member of United Nations Secretariat (1969-70).

**Studies:**
- Harvard College, 1959-63; A.B. Magna cum laude.
- Université de Paris, 1961-62.
- McGill University: Faculty of Law
  B.C.L. Hons. 1963-66.
- Harvard Law School, 1967-68, LL.M.
- Institut universitaire de hautes études internationales, 1968-69

**Honours:**
- Doctorat *honoris causa*, December 6, 1995, Université Jean Moulin (Lyon 3)
- LL.D *honoris causa*, December 20, 2001, Kwansei Gakuin University, Nishinomyia, Kobe, Japan
- Appointed Jean Monnet Professor of the Law of International Economic Integration 2003

**Scholarships:**
- Harvard College Scholarship (1959-63).
- McGill National Scholarship (1963-64).
- Harvard Law School Fellowship (1967-68).
- Government of Québec Fellowship (1967-68).

**Languages:**
English, French, (read Spanish and German)

1

**Employment:**

- Royal Commission on bilingualism and biculturalism, research on administrative, constitutional law, summer 1964 to 1965. (Prepared report on Language and Education Laws in Canada, 1867-1964; prepared chapters on bilingualism in federal laws, regulations, federal-provincial agreements, treaties in C.A. Sheppard, Language and the Law in Canada, B & B Study no. 10).

- Office de révision du Code civil de la Province de Québec. Research into private international law, summers 1966, 1967. (Prepared report: La preuve de la loi étrangère, pp. 1-136 (1968)).

- Advisory Committee on Confederation, Government of the Province of Ontario. Research project on "Human rights under the law of the Province of Quebec," August - October 1967. (See publications).

- Department of External Affairs. Research into the law governing the exploration and exploitation of the resources of the seabed and subsoil of the oceans, summer 1968. (Prepared draft conventions and legal opinions).

- United Nations secretariat, United Nations Conference on trade and development, Geneva. Officer in international shipping legislation unit, September 1969 - May 1970. (Prepared secretariat reports of Working Group on International Shipping Legislation, Background Document: UNCTAD Doc. TD/B/ISL.2 and research reports).

- Department of Justice, Ottawa, 1970 - 1976. (Worked principally in fields of Public and Private International Law, Constitutional and Administrative Law. Responsible for federal-provincial arrangements to implement Hague Conventions on P.I.L. Prepared numerous opinions on matters of constitutional law, particularly relating to implementation of international treaties. Considerable work on Official Languages Act, advisor to Bilingual Districts Advisory Board. Principal officer of Department responsible for law of the sea issues. Participation in drafting several statutes. Participated in preparatory work of Victoria Conference 1971, etc.).

- Université d'Ottawa, 1973, 1974 (Part-time lecturer, masters program, section le droit civil course: "Le droit commercial international").

- 1976- , Associate Professor of Law, Faculty of Law, McGill University.

- 1976- , Associate Professor of Law, Faculty of Law, McGill University.

- 1976- , Consultant to public and private parties on questions of constitutional law and international trade law.

- 1979, Full Professor of Law.

- 1977-78, Consultant to U.N. Environment Program. (See publications).

- 1978, Consultant to Task Force on National Unity. (Preparation of Task Force Report, advisor on constitutional matters).

- 1980-81, Special Advisor, Bureau of Legal Affairs, Department of External Affairs, resident in Ottawa.

- 1982-83, Consultant to Department of External Affairs on Gulf of Maine litigation with the U.S.A. before International Court of Justice.

- 1981-89, Counsel, McDougall, Caron, Montréal.

- 1984-89 Director, Institute of Comparative Law, Faculty of Law.

- 1984-85, Consultant "Macdonald Commission" on the Canadian Economy.

- 1986, Department of Justice, Quebec Consultant on Constitutional Negotiations before Meech Lake Accord.

- 1988-92, Member, National Marine Council, by Minister of Fisheries and Oceans.

- 1989-, Counsel, Gottlieb & Associates, Montréal, Toronto, Brussels. (Advising on questions of constitutional law, international trade law.

- 1989, Appointed Member, Binational Dispute Settlement Panel under Chapter 18 of the Canada-U.S.A. Free Trade Agreement, by Minister of International Trade.

- 1991-2, Consultant to Québec Ministère de la Justice and Commission sur l'accès du Québec à la souveraineté

- 1992-3 Appointed by the Canadian and US Governments to Chair the Panel on UHT MILK IN PUERTO RICO under Chapter 18 of the Canada - USA Free Trade Agreement

- 1994-, Appointed to the Task Force on Trade and the Environment, Department of Foreign Affairs and International Trade.

- 1995-98 Advisory Committee on International Trade of the Minister of Foreign Affairs and International Trade (I.T.A.C.).

- 1995-, Appointed to the Canadian list of experts available for selection as members of dispute settlement panels of the World Trade Organization.

- 1996-, Appointed advisor to the Minister of Justice on constitutional issues. This appointment is of a confidential and contractual nature.

- 1997 - Nominated to the Roster of Dispute Settlement Experts, NAFTA Chapter 20 by the Minister of FAIT

- June 1998- Acting Director, Institute of Air and Space Law

- 1999 - Appointed to the Advisory Group in International Trade Disputes, Department of Foreign Affairs and International Trade

- 1999- Appointed to the Deputy Minister=s Academic Advisory Committee on Canada=s Trade Policy, Department of Foreign Affairs and International Trade

- 1999- Appointed to the Sectoral Advisory Group on International Trade - Department of Foreign Affairs and International Trade

- 2000- Appointed to the NAFTA Chapter 11 Arbitral Panel under ICSID Additional Facility Rules ADF Ltée v USA

- 2000- Appointed to WTO Panel on United States – s 211 Omnibus Appropriations Act

- 2002- Appointed to the Canadian Roster of Arbitrators of the Canadian Council on International Business (ICC Court of Arbitration)

**Pro bono:** Canadian Red Cross Society, Board Member 1993- ; President, October 1999- 2001; Chair, Humanitarian Law Committee 2003

**International Missions Delegations:**

- Conference 1972; IMCO Marine Pollution from Ships 1973; Third U.N. Conference on the Law of the Sea 1973-81; many preparatory and intersessional meetings on LOS; bilateral negotiations with U.S.A.; 1977 UNEP Experts Meeting on Environmental Responsibility.
Observer on the Canadian Delegation to the 26th International Red Cross Conference, Geneva, 1995. Member of the Canadian Red Cross Delegation to the International Federation Conference in Seville, November 1997; Head of Delegation International Red Cross Conference, Geneva, November 1999;Member Delegation International Red Cross Conference, Geneva, November 2003.

**Publications:** Articles, Contributions to collective books and digests

- de Mestral and Fraiberg, "Language Guarantees and the Power to amend the Canadian Constitution", 12 McGill Law Journal 502-20 (1966-67).

- "The Provinces and the Protection of Civil Rights in Canada: the province of Quebec", Ontario Advisory Committee on Confederation, Background Papers and Reports, (The Queen's Printer of Ontario, 1967), p. 37-73.

- "Le régime juridique de l'exploration et de l'exploitation des ressources de fond des mers", la revue générale de droit international public (1970), vol. 7, pp.640-667.

- Canadian Practice in International Law during 1972 as Reflected in Resolutions and Statements in the House of Commons, XI
C.Y.I.L. 314-346 (1973); Id. (1973), XII
C.Y.I.L. 340-70 (1974); Id., XIII
C.Y.I.L. 374-395 (1975); Id., XIV
C.Y.I.L. 344-370 (1976); Id., XV
C.Y.I.L. 337-372 (1977); Id., XVI
C.Y.I.L. 378-405; Id. XVII
C.Y.I.L. 337 (1979); Id. XIX
C.Y.I.L. 347 (1980); Id XIX
C.Y.I.L. 347 (1981); Id. XX
C.Y.I.L. 302 (1982); Id. XXI

C.Y.I.L. 302-361 (1983); Id. XXII
C.Y.I.L. 335-389 (1984); Id. XXIII
C.Y.I.L. 350-403 (1985); Id. XXIV
C.Y.I.L. 404-457 (1986); Id.XXV (with M. Irish).

- "La convention sur la prévention de la pollution résultant de l'immersion de déchets", XII A.C.D.I. 226-243 (1974).

- "La convention internationale de 1973 sur la prévention de la pollution par des navires", XIII A.C.D.I. 239-254 (1975).

- "Accord entre le Canada et la Norvège sur leurs relations en matière de pêche", XIV A.C.D.I. 270-282 (1976).

- "Deux récents accords bilatéraux en matière de pêche en 1977, XV A.C.C.I. 287-300 (1977).

- Bermuda Conference on the Law of the Sea, November 1976, Proceedings. Paper presented on "Enforcement of anti-pollution standards - questions of jurisdiction in the international zone", Bermuda Seminar on Law of the Sea, in Implications to Western North Atlantic Countries of the new Law of the Sea, eds. Seaton, Burnett-Herkes, April 1977.

- "Resolution of Disputes between Canada and the U.S.A. concerning pollution of the environment", Paper presented to Canadian Council on International Law, Proceedings of Sixth Annual Conference, Ottawa, Oct. 21-22, 1977, 1 Cda. U.S. Law Journal, 78-97, (1978).

- Study of Offshore Mining and Drilling Carried Out Within the Limits of National Jurisdiction, by A.L.C. de Mestral, Consultant, U.N. Environment Program, W.G. of Exports on Environmental Law, U.N. Doc./UNEP/W.G.14/2, 23/2/78. pp. 1-50.

- The Prevention of Pollution of the Marine Environment arising from Offshore Mining and Drilling", 20 Harvard International Law Journal, 469-518 (1979).

- With L.H.J. Legault, Multilateral Negotiation. Canada and the Law of the Sea Conference in International Journal. (Autumn 1979).

- "The GATT and Government Procurement in Canada" in Non-Tariff Barriers After the Tokyo Round ed. Quinn & Slayton (I.R.P.P. 1982).

- "The Law Applicable to the Canadian East Coast Off-Shore" 21 Alta L. Rev. 63-81 (1983).

- Editor, Communications and Information: International Legal Aspects, Proceedings of the 1982 Annual Conference of the Canadian Council in Int'l Law (1983), p. 1-241.

- Note: "Treaty Power and More on Rules and Obiter Dicta" 61 Can. Bar Rev. 856-865 (1983).

- "Le rôle de la pratique dans la formation du droit int'l public", 14 R.D.U.S., 441-453 (1983-84); Travaux de l'Association Henri Capitant, Tome XXXIV (1983) pp. 559-568.

- "Compulsory Dispute Settlement in the 3rd U.N. Convention on the Law of the Sea" in Contemporary Issues in International Law, Essays in Honour of L.B. Sohn, 169-188 (N.P. Engel, Kehl, 1984).

- "L'Application aux gouvernements administratifs régionaux et locaux de l'accord général sur les tarifs douaniers et le commerce ...", 1 R.S.Q.D.I. 34-43 (1985).

- [1985] A.I.J.C. pp. 325-338 (chronique canadienne).

- "Constitutional Aspects of Free Trade Negotiations: Canada" in Shoenbaum and Dallmeyer Eds., How to Achieve Free and Fair Trade Between the United States and Canada, Dean Rusk Centre monograph, University of Georgia, Athens, 1986, pp. 17-28.

- "Position of Aliens in Canada" in Frowein & Stein (eds.) The Legal Position in National and International Law/Le régime juridique des étrangers en droit national et international, Max Planck Conference Proceedings, Springer-verlag, Heidelburg/Berlin 1987, pp. 765-838.

- "The Implementation of Canada's International Economic Obligations" in International Law Critical Choices for Canada 1985-2000, Queen's Law Journal, Kingston, 1986, pp. 132-205.

- "Commentaires" in Antaki & Prujiner, L'arbitrage Commercial International, Yvon Blais, Cowansville, 1986, pp. 33-39.

- Access to Markets under the Canada/U.S.A. Free Trade Agreement, de Mestral, Janda (Eds) Institute of Comparative Law, McGill University (1988) pp. 1-79.

- "L'évolution des rapports entre le droit canadien et le droit international ..." (1987) 25 C.Y.I.L. pp. 301-323.

- [1986] A.I.J.C., pp. 115-117 (Rapport canadien); pp. 279-282 (Chronique canadienne 1986).

- "Legal Status of Aliens in Canadian Law" (1988) 22 Kobe J.L.R. 47-61.

- Ibid., translated into Japanese by Prof. H. Nishitoni (1988) Hiroshima Law Journal 71-84.

- "L'application extraterritoriale des lois" 1987 Proceedings of the C.C.I.L. 203-219.

- de Mestral, "The Liberalisation of East-West Trade and GATT" in McWhinney, Ross, Tunkin and Vereshchetin, in From Coexistence to Cooperation, Nijhoff, Dordrecht, Boston, London, 1991, pp. 221-240. ISBN 0-7923-1401-8

- de Mestral & Larouche, "L'évolution du droit constitutionnel canadien en 1988," Annuaire international de justice constitutionnelle, t.5, 1989, pp.385-392. Economica-Presses universitaires d'Aix-Marseille (1991).

- de Mestral & Larouche, "L'évolution du droit constitutionnel canadien en 1989," Annuaire international de justice constitutionnelle, t.5, 1989, pp.393-400. Economica-Presses universitaires d'Aix-Marseille (1991) ISBN 2-7178 2109-0

- deMestral, "Le Québec et les relations internationales," in Patenaude, Québec-Communauté française de Belgique: Autonomie et spécificité dans le cadre d'un régime fédéral, Actes du Colloque du 22 mai 1991, Wilson et Lafleur, Montréal, 1991, pp.209-223. ISBN 2-89127-205-6.

- de Mestral, "Canada" in K.M. Meessen (ed), International Law of Export Control, Graham & Trotman/ Nijhoff, London, Dordrecht, Boston,1992, pp.41 - 56. ISBN 1-85333-483-9.

- de Mestral et C. Verdon, "La conclusion et la mise en oeuvre des traités dans les états unitaires et fédérés" in Contemporary Law: Droit Contemporain, Rapports Canadiens au congrès international de droit comparé, Les Editions Yvon Blais, Cowansville, 1992, pp.442-463.

- de Mestral, "Economic Integration under the GATT, the FTA, the Treaty of Rome and the Canadian Constitution" in Tangled Web. Legal Aspects of Deconfederation, The Canada Round: A Series on the Economic Aspects of the Breakup of Confederation - No. 15, C.D. Howe Institute, Toronto, 1992 ISBN 0-88806-298-2.

- A.L.C. de Mestral & P. Larouche, "L'évolution du droit constitutionnel en 1990" in (1990) VI Annuaire International de Justice Constitutionnelle, pp.519-529; ISBN 2-7178 2337-9.

- A.L.C. de Mestral, "L'union économique canadienne et la place du Québec au sein de cette union: une étude comparative" in Société française pour le droit international/Société québécoise de droit international, Colloque du Québec:Perspectives convergentes et divergentes sur l'intégration économique en Eurpoe et en Amérique, Editions Pédonne, Paris, 1993. pp.141-157. ISBN?

- A.L.C. de Mestral, "Dispute Settlement under the NAFTA" in A.R. Rigs & T. Velk (Eds) Beyond NAFTA, Frazer Institute, Vancouver, 1993. pp.260-265. ISBN 0-88975-162

- A.L.C. de MESTRAL, "La subsidiarité est-elle une menace au grand marché intérieur?" (1993) 3 Revue nationale de droit constitutionnel 391-414.

- A.L.C. de Mestral & Jan Winter, "Dispute Settlement Under the Treaty of European Union and the North American Free Trade Agreement," 17 Journal of European Integration 235 (1994)

- A.L.C. de Mestral, "The Resolution of Disputes between Japan, Canada and the United States: A Modest Proposal," To be published in collective work edited by Michael Young and Y. Iwasawa arising out of the ASIL\JAIL\CCIL Trilateral Conference, Tokyo, August 1994.

- A.L.C. de Mestral, "La structure de l'association économique Québec - Canada" Choix, IRPP, série Québec - Canada, vol. 1, n. 6, 1995. ISSN 0711-0685

- A.L.C de Mestral, AThe Significance of the NAFTA Side Agreements on Environmental and Labour Cooperation, (1998) 15 Ariz. J. of Int=l and Comp. Law 169-185

- A.L.C. de Mestral, Reconciling Human Rights and International Trade Law (1999) 3 Candian International Lawyer 71-79

- Hague Academy of International Law, THE NORTH-AMERICAN FREE TRADE AGREEMENT: A COMPARATIVE ANALYSIS, 275 *Recueil des cours* 223 – 416 (1998) [Published in 2000]

- A.L.C. de Mestral & J.A. Winter, "Mobility Rights in the European Union and Canada" (2001) 46 McGill L.J. 979 – 1009

- A.L.C. de Mestral, "L'obligation constitutionnelle de respecter les conventions de Genève: quelques Réflexions sur la place du droit humanitaire en droit canadien" in Essays in Honour of Gérald Beaudoin (Editions Yvon Blais, Cowansville, 2002, pp 1-521) pp.155-162

- A.L.C. de Mestral, "The consequences of the European Court of Justice "open skies" decisions, Proceedings of the ICAO International Air Transport Conference, Montréal, March 27, 2003

- A.L.C. de Mestral, "The NAFTA Commission on Environmental Cooperation - Voice for the North American Environment?" in A. Kiss, D. Shelton and K. Ishibashi eds., Economic Globalization and Compliance with International Environmental Agreements, (Kluwer Law International, 2003, pp. 302) at pp. 283-301.

- A.L.C. de Mestral, « Guest Editorial : Bisystemic Law-Teaching – The McGill Programme and the Concept of Law in the EU » ( 2003) 40 CMLR 799 – 807

- William A Dymond & Armand de Mestral, "New Destinations in International Air Policy," IRPP, Policy Matters, October, 2003 Vol 4, no2

- A.L.C. de Mestral & Jan Winter "Giving Direct Effect to NAFTA" in IRPP, The Art of the State, Vol II, no 6 pp 35 – 98 (2004)

Publications:   Book Reviews

- LV Can. Bar Rev. 782-3 (1977), Journal of Maritime Law & Commerce Queens Law Journal; 1983 Can. Bar Rev. inter alia.

Student Casebooks: Cases and Materials on International Business Law (1st ed. 1976), with J.G. Castel
- (2nd ed. 1978), (3rd ed. 1980) J.G. Castel with W. Graham (4th Ed. 1982) (5th ed. 1983); de Mestral, Cases and Materials on the Law of International Trade 1990 – revised anually
- With G. Alexandrowicz (Queen's); Cases and Materials on the Law of the Sea (1978).
Digests: Ocean Law: a Canadian Perspective, with G. Alexandrowicz (Queen's University).
Vol. 1 Historical Material, High Seas; Vol. 2 Territorial Sea, Special Bodies of Water
Vol. 3 Part I Continental Shelf
(Preliminary photocopied editions are in McGill Law Library, draft of Vol. 1 revised edition was prepared; Vol. 4 - Fisheries, preliminary edition almost completed; Vol. 5 - Pollution, in preparation).
Droit Constitutionnel - Documents supplémentaires 1979 - 1998
Supplementary Materials on EEC Law. 1992 (with J.A. Winter)

Publications:   Books
- With Kindred et al, International Law Chiefly as Interpreted and Applied in Canada, 5th ed, Emond Montgomery Publications Ltd., Toronto, 1993, p. 1-958.

8

- With S. Williams <u>Introduction to International Public Law, Chiefly as Interpreted and Applied in Canada</u>, (Butterworths 1979), pp. 338. Translation by Professor E. Groffier-Atala, de Mestral & Williams, <u>Introduction au droit international public</u> (Butterworths, 1982) pp. 340.

- Williams & de Mestral, <u>An Introduction to International Law, Chiefly as Interpreted and Applied in Canada</u>, 2nd ed., Butterworths, Toronto, 1987, pp. 1-437.

- Castel, de Mestral and Graham, <u>International Business Transactions</u>, Emond Montgomery Canada Law Book, Toronto, 1986.

- de Mestral, Birks, Cotler, Morel, Klinck, Bothe (Eds), <u>The Limitation of Human Rights in Comparative Constitutional Law</u>, Les Editions Yvon Blais, Cowansville, 1986, pp. 1-593.

- de Mestral & T. Gruchalla-Wesierski, <u>Extraterritorial Application of Export Control Legislation: Canada and the U.S.A.</u>, Kluwer, December 1990.

- de MESTRAL, L. REIF (eds) <u>Canada, Japan and International Law</u>, Proceedings of the 1990 Annual Conference of the Canadian Council on International Law, C.C.I.L., Ottawa, 1992, pp.1 - 330. ISBN 0-920157-16-5

- Castel, de Mestral, Graham, <u>The Canadian Law and Practice of International Trade</u>, Emond Montgomery, Toronto, 2nd Ed.,1997, pp.1-766 .ISBN 0-920722-91-1.

- With H.Kindred et al, <u>International Law</u> (6th ed) Emond Montgomery, Toronto, 2000. pp. 1 - 1212. ISBN 1-55239-052-7
  <u>Id</u>. <u>Documentary Supplement</u> pp. 1 - 148. ISBN 1-55239-055-1

- Co-editor responsible for French language contributions since 1983 eg: C.Bourne & A.L.C. de Mestral, (eds), <u>Canadian Yearbook of International Law\Annuaire canadien de droit international</u>, vols 21-40 1983 et seq, UBC Press, Vancouver, 1984 et seq., ISBN 0-7748-0389-4. Published annually, latest volume XL 2002 (issued 2003) ISBN 0-7748-0937-x Co-Editor with D.M. McRae

-

**Teaching and lecturing**

European community law; International trade law; Law of regional economic international integration; Law of the sea; Constitutional law; Comparative constitutional law; International environmental law. International Humanitarian Law

**Current Research and Writing:**
- Research on the law governing regional economic integration and the multilateral system
- Contract for a new and reconceived version of Williams and de Mestral, Public International Law

**Long-term Projects:**

- The law governing regional economic integration at the international, regional and federal levels

**Research Grants:**

- SSHRC $22,000 1990-91, Research on International Contracts and the Law of Quebec.

- Social Sciences & Humanities Research Council of Canada, $8,000 to complete research with G.S. Alexandrowicz and prepare Digest on Canada and the Law of the Sea 1979-80.

- Petroleum Law Foundation, Research Grant $2000, 1980; $1500, 1981.

- C.C.I.L. Dept. of External Affairs, $20,000, (1984-85).

- Department of Justice, Ottawa, Quebec, S.S.H.R.C., McGill University $57,000 to fund conference and publication (1984-85).

- Ministère de l'Education du Québec - Sabbatical leave grant $3,000 (1986-87).

- SSHRC research grant on arbitration under the law of Quebec, 1989 grant of 34,000 with three other researchers

- Challenge 88.

- Challenge 89.

- Concours Rousseau 1988-89, $3,000.

- Conference on Japan, Canada and International Law Grants of 31,000 fron Japan Foundation, Pacific 2000 Fund and Law Firms.

- Fondation du Barreau 1990, 1991, 1882 grants of $10,000

- Ministère de la Justice du Québec 1991 grant of $5000

- Department of the Environment 1992 grant of $10,000 to organise a conference on the depletion of the ozone layer.

- Research project and Conference organized with the Japanese Association of International Law, the American Society of International Law and the Canadian Council on International        Law $(150,000 in Japan, U.S.A. and Canada) - 1992-1994

- Projet de recherche sur le droit civil du Québec et les contrats internationaux - FCAR (min. de l'éducation du Québec) $48,000 pour trois ans (partage avec 5 autres chercheurs). Current grant 1994-1997.

- North American Commission on Environmental Cooperation - research on dispute settlement under the NAAEC grants of $20,000 1995-96, 1996-97

10

- Research project and conference held in Ottawa on October 25-26, 2000 with the CCIL, the Japanese Association of International law and the American Society of International Law. Grant of 15,000 from the ASIL for a conference and publication of a book of the proceedings.

- IRPP Research project – preparation of paper and draft treaty on deepening of NAFTA for major IRPP Conference October 17-19, 2003; total grant of $7000

- SSHRC Research project on the open skies concept and its implications for Canada, $136,000 shared 2004-2005

- SSHRC Research project on regional economic integration agreements, $210,000 shared with three colleagues 2005 – 2008.

Law Review/Editing:

- Canadian Yearbook of International Law/Annuaire Canadien de droit international (Adjoint au rédacteur de Langue française, 1974-83); Rédacteur de langue française (1983-).

- International Business Law Journal Editorial Board (1986-).

- Revue du droit et de la pratique du commerce international (Paris) Editorial Board (1987-).

- Member of Editorial Board, McGill Law Journal, 1964-66.

- Harvard International Law Journal, 1967-68.

- International Law Journal\Revue de droit international, Toronto, Comité de rédaction, 1995-.

- Etudes internationales, Québec, Comité de rédaction, 1995-.

- Croatian Journal of Comparative Law 1996-

**Conferences organized:**

- McGill Conference on Constitutional Change December 1978 organized with Professors McCall, Brierley & Cotler.

- Symposium on the Free Movement of Goods, Capital and Services in Canada and the E.E.C. Joint McGill, Université de Montréal Conference, September 22, 1979, organized with Professor Soldatos of U. de M. and Professor Crépeau.

- 8th Annual Conference of the Canadian Council on International Law on "International Economic Law, Ottawa, October 25-27th, 9th, 10th & 11th Annual Conferences, organized in capacity of Secretary of C.C.I.L.

- Conference on Comparative Constitutional Protection of Human Rights, McGill University, May 23-24, 1985.

- Conference on Access to Markets under the Canada-U.S. Free Trade Agreement, February 12, 1988.

11

- "A Comprehensive Examination of International Trade Issues, December 2, 3, 1988.

- "Ready for Free Trade", conference on the implementation of the Canada-U.S.A. F.T.A., Friday, March 10, 1989.

- 19th Annual Conference of the C.C.I.L., Canada-Japan and International Law, October 1990.

- October 1992 Conference on the Depletion of the Ozone Layer. Organized with Professor Brunée.

- Conference organized with the Japanese Association of International Law, the American Society of International Law and the Canadian Council on International Law -Conference in Tokyo,Kyoto and Hiroshima, July-August 1994.
- Third Trilateral Conference – CCIL/JAIL/ASIL, Ottawa, October 2000

- McGill Institute of Air and Space Law, 50th Anniversary Conference "Air and Space Law before the Challenges of the 21st Century, McGill April 19 – 21, 2002
- 2001- Conferences and round tables for the European Studies Institute, McGill University-Université de Montréal
- Numerous round tables and workshops for the Institute of European Studies 2001-

**Learned Societies:**

- Canadian Council on International Law, Secretary, 1978-82; Member of Board, 1972-84; Vice-President, 1984-87, President, 1987-91.

- Canadian Bar Association, 1967-.

- American Soc. Int'l. Law, 1964-.

- Canadian Human Rights Foundation (Member, National Council, 1978- ).

- F.I.E.D.A. McGill Representative.

- International Law Association - Member of Committees on Extraterritoriality. and International Trade Law

- European Society of International Law

**Editorial Boards**
- Rédacteur associé responsable des contributions en français Annuaire Canadien de droit international / Canadian Yearbook of International Law, 1983-
- Revue du droit et de la pratique du commerce international (Paris) Editorial Board 1987-.
- International Law Journal\Revue de droit international, Toronto, Comité de rédaction, 1995-
- Etudes internationales, Québec, Comité de rédaction, 1995-.
- Croatian Critical Law Review 1996-

**Conference participation:**

- Frequent; e.g. Congrès Henri Capitant, Lausanne, Switzerland, paper presented June 20, 1983. Max-Planck Institute Conference on Aliens, September 1985. Paris, Aix, Montpellier 1986-87 etc. Table ronde de droit constitutionel comparé - Aix en Provence 1987-.etc

**Lectures:**
- Universities of Paris, Aix-Marseille III, Sienna, Frankfurt (1986-87), Kobe, Kwansei Gakuin (1989), Basel (1989). Free University of Amsterdam (1990-2003), Sherbrooke (1991) Tokyo 1989 Fukuoka 2000, Tokyo, Kobe, Takamatsu 2001, Madrid, Barcelona 2002, Amsterdam, Geneva 2003

- Invité: Institut des Hautes Etudes Internationales, (Paris II) Conférences sur l'ALENA, March 1996

- Académie de droit international, (La Haye) Cours de l'Académie on NAFTA, July, 1996.

- Visiting professor, Faculty of Law, Kwansei Gakuin University, Nishinomyia, Kobe, Japan 2001.

**University Activities:**

- Co-Director McGill – Université de Montréal Institute of European Studies 2002-

- Director, Institute of Comparative Law, 1984-89.

- Acting Director, Institute of Air and Space Law 1998-2002

- Responsible for the organization of the Joint McGill – U de Montréal Institute of European Studies with the support of the European Community 1999 -

- Law Faculty: Committees - Curriculum (1976-7); Graduate Studies (Chairman 1978); Admissions (1978-79, Chairman, 1981-83), various promotion and tenure committees; Ad hoc review preparatory committee. Faculty Appointments Committee (1983).

- University: Cttee. on Copyright; Verbal and Written Opinions on Bill 101 for assistant to Principal (1977-8).

- Law/Management: Cttee. on Law/M.B.A. Degree; Cttee. on B.A./Law Degree (1977).

- C.A.L.T. Representative (1977-8).

- Jessup International Law Moot Court Program Judge (frequently 1972-).

- Concours Rousseau, Faculty organizer, Judge, 1985-.

- Institute of Comparative Law - Special Responsibility for courses on Int'l. Business Law at request of Director (1978-   ); Admissions Cttee. (Member 1978, Co-Chairman 1981-83).

- Programme d'études canadiennes françaises (Conférencier invité pour faire trois cours sur "La crise constitutionnelle 1945-1977" (nov. 1977, janvier-février 1978). Oceanography Lectures on LOS; Management, etc.

- University Appeals Committee 1991- (Chair 1992)

- University Policy and Planning Committee

**Thesis and Study Direction:**

- University of Ottawa, section de droit civil, while part-time lecturer 1972-75.
- McGill Currently supervising 2 doctoral theses - and 7 masters theses. I have regularly supervised at least 1-2 doctoral students and at least 4-5 LL.M. graduate students each year.
- External reader Universities of Toronto, Queens, York, Montréal, Laval, UQUAM, Ottawa
- Many independent research papers past and present by B.C.L., LL.B. students.
- Graduate research papers

Address: Office:    Faculty of Law, McGill University
                    3674 Peel St.,
                    Montréal, Québec
                    H3A 1W9
                    Phone: 398-6643
                    FAX: 398-3233
                    E mail: armand.de.mestral@mcgill.ca

         Home:      45 Thornhill Avenue
                    Westmount, Quebec,
                    Canada   H3Y 2E3
                    514-934-1621

14