# Exhibit P



United States Department of State

*Washington, D.C.  20520*

May 9, 2005

*By Facsimile*

Prof. Albert Jan van den Berg
Davis R. Robinson, Esq.
Prof. Armand de Mestral
c/o Mr. Gonzalo Flores
Senior Counsel, ICSID
1818 H Street, N.W.
Washington, D.C. 20433

    Re:   *Tembec Inc. et al v. United States of America;*
            *Canfor Corp. v. United States of America;* and
            *Terminal Forest Products Ltd. v. United States of America*

Dear Members of the Tribunal:

    On behalf of respondent United States of America, we write to request that the Tribunal issue an order staying the NAFTA Chapter Eleven proceedings captioned *Tembec Inc. et al. v. United States of America* and *Canfor Corp. v. United States of America*.[1] Article 1126(9) of the NAFTA empowers a consolidation tribunal such as this Tribunal to stay underlying proceedings pending its decision on whether to assume jurisdiction over consolidated claims.[2]

    The need for such an order – particularly with respect to the *Tembec* arbitration – is immediate.[3] The hearing on the United States' jurisdictional objections in *Tembec* is scheduled for June 2-3, 2005. Because the hearing is fast approaching, the United States (and presumably Tembec) will be compelled to expend resources to prepare for that hearing unless a stay is granted immediately.

    A stay of these claims is the only way to give effect to the United States' right to seek consolidation pursuant to Article 1126. Allowing the *Canfor* or *Tembec* cases to continue where a decision may be issued before this Tribunal has an opportunity to decide whether to consolidate would render moot this Tribunal's function. Furthermore, allowing those arbitrations to proceed further would be wasteful of resources if this

---

[1] A tribunal has not been established in *Terminal Forest Products Ltd. v. United States of America*.

[2] *See* NAFTA art. 1126(9) ("On application of a disputing party, a Tribunal established under this Article, pending its decision under paragraph 2, may order that the proceedings of a Tribunal established under Article 1120 be stayed, unless the latter Tribunal has already adjourned its proceedings.").

[3] The United States has also sought a stay of the *Tembec* proceedings from the *Tembec* tribunal. That request is pending.

-2-

Tribunal ultimately decides to assume jurisdiction, a result inconsistent with the efficiency goals of Article 1126. Accordingly, the United States respectfully requests that the Tribunal stay those proceedings pending its decision on consolidation.

Respectfully submitted,

*Andrea J. Menaker*

Andrea J. Menaker
Chief, NAFTA Arbitration Division
Office of International Claims and
 Investment Disputes

Copies:
Elliott J. Feldman, Esq.
Mark A. Cymrot, Esq.
P. John Landry, Esq.
Keith E.W. Mitchell, Esq.
José Antonio Rivas