# Exhibit T

## International Centre for Settlement of Investment Disputes
1818 H Street, N.W., Washington, D.C. 20433 U.S.A.
Telephone: (202) 458-1534   Faxes: (202) 522-2615 / (202) 522-2027
Website: http://www.worldbank.org/icsd

May 13, 2005

Tembec Inc., Tembec Investements
Inc., and Tembec Industries, Inc.
c/o Mr. Elliot J. Feldman, Esq.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304

Re:   Canfor Corporation v. United States of America; Terminal Forest Products Ltd. v. United States of America; Tembec *et al.* v. United States of America - NAFTA Article 1126 Consolidation Proceedings.

Dear Sirs,

I write in regard to your letters of May 9 and 12, 2005.

In accordance with Article 1126 of the NAFTA, the appointments to the Consolidation Tribunal had to be made by May 6, 2005. It was our understanding that by his letter of May 6, 2005, Mr. Robinson was providing the clarification sought in your letter of May 2, 2005. In any event, I wish to assure you that it is also our understanding that the appointments are entirely without the prejudice to the right of the parties to avail themselves of the challenge provisions of the UNCITRAL Arbitration Rules.

Sincerely yours,

Antonio R. Parra
Deputy Secretary-General

c.c.:

United States of America
c/o Mr. Mark A. Clodfelter
Assistant Legal Adviser
Office of the Legal Adviser
and
Ms. Andrea Menaker
Chief, NAFTA Arbitration Division
Office of International
Claims and Investment Disputes
Department of State
Washington, D.C.

Canfor Corporation
Terminal Forests Products, Ltd.
c/o Mr. P. John Landry, Esq
Davis & Company
and
c/o Mr. Keith E. W. Mitchell, Esq
Harris & Company