# Exhibit U

## International Centre for Settlement of Investment Disputes
1818 H Street, N.W., Washington, D.C. 20433 U.S.A.
Telephone: (202) 458-1534   Faxes: (202) 522-2615 / (202) 522-2027
Website: http://www.worldbank.org/icsid

May 19, 2005

**United States of America**
c/o Mr. Mark A. Clodfelter
Assistant Legal Adviser
Office of the Legal Adviser
and
Ms. Andrea Menaker
Chief, NAFTA Arbitration Division
Office of International
Claims and Investment Disputes
Department of State
2430 E Street NW
Suite 203, South Building
Washington, DC 20037-2800

**Canfor Corporation**
**Terminal Forests Products, Ltd.**
c/o Mr. P. John Landry, Esq
Davis & Company
2800-666 Burrard Street
Vancouver, British Columbia
V6C 2Z7
and
c/o Mr. Keith E. W. Mitchell, Esq
Harris & Company
14th Floor Bentall 5
550 Burrard Street
Vancouver, B.C.
Canada V6C 2B5

**Tembec Inc., Tembec Investements Inc., and Tembec Industries, Inc.**
c/o Mr. Elliot J. Feldman, Esq.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304

Re:  Canfor Corporation v. United States of America; Terminal Forest Products Ltd. v. United States of America; Tembec et al. v. United States of America; NAFTA Article 1126 Consolidation Proceedings

Dear Sirs and Madam,

Further to my letter of May 6, 2005, I write on instruction of the Consolidation Tribunal, in regard to the next steps in the consolidation proceedings:

In connection with the application of the United States of America for a stay of the proceedings of the Tribunals in *Tembec* and *Canfor* pursuant to NAFTA Article 1126(9), the Consolidation Tribunal, having reviewed the request and subsequent correspondence on this matter, and its scope of powers under NAFTA Article 1126, has, after due deliberation, unanimously decided to order that those proceedings be stayed pending its decision under NAFTA 1126(2).

At the same time, the Consolidation Tribunal has also decided to fix an expedited schedule respecting the question of consolidation. The parties are directed to simultaneously file their observations on the question of the consolidation of the above captioned proceedings by

Friday, June 2, 2005. The Tribunal will then hold a hearing on the question of the consolidation of these cases, at the seat of the Centre in Washington, D.C., on Thursday, June 16, 2005.

The parties' written pleadings shall be fully particularized (a) focusing on the factual and legal issues connected with the question of consolidation of these proceedings and (b) elaborating on the legal grounds that should guide the Consolidation Tribunal in its interpretation and application of Article 1126 of the NAFTA.

The Consolidation Tribunal is mindful of the NAFTA Free Trade Commission's Note of Interpretation of July 31, 2001 on the question of confidentiality. The Consolidation Tribunal is also aware of the fact that a number of hearings in other NAFTA proceedings have been open, with limited restrictions, to the public. The Consolidation Tribunal invites the parties to express their view on this matter by Monday, May 23, 2005.

Finally, the parties are invited to express their position on the place of arbitration in the legal sense, also by Monday, May 23, 2005.

Sincerely yours,

Gonzalo Flores
Secretary of the Consolidation Tribunal

c.c.:

Dr. Albert Jan van den Berg
Prof. Armand de Mestral
Mr. Davis R. Robinson