# Exhibit Y

Case 1:05-cv-02345-RMC    Document 12-26    Filed 03/28/2006    Page 1 of 3

# International Centre for Settlement of Investment Disputes

1818 H Street, N.W., Washington, D.C. 20433 U.S.A.
Telephone: (202) 458-1534   Faxes: (202) 522-2615 / (202) 522-2027
Website: http://www.worldbank.org/icsid

June 15, 2005

United States of America
c/o Mr. Mark A. Clodfelter
Assistant Legal Adviser
Office of the Legal Adviser
and
Ms. Andrea Menaker
Chief, NAFTA Arbitration Division
Office of International
Claims and Investment Disputes
Department of State
2430 E Street NW
Suite 203, South Building
Washington, DC 20037-2800

Canfor Corporation
Terminal Forests Products, Ltd.
c/o Mr. P. John Landry
Davis & Company
2800-666 Burrard Street
Vancouver, British Columbia
V6C 2Z7
and
c/o Mr. Keith E. W. Mitchell
Harris & Company
14th Floor Bentall 5
550 Burrard Street
Vancouver, B.C.
Canada V6C 2B5

Tembec Inc., Tembec Investements Inc., and Tembec Industries, Inc.
c/o Mr. Elliot J. Feldman
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304

Re:  Canfor Corporation v. United States of America; Terminal Forest Products Ltd. v. United States of America; Tembec et al. v. United States of America; NAFTA Article 1126 Consolidation Proceedings

Dear Sirs and Madam,

The above consolidation proceedings were initiated by request of the United States of America of March 7, 2005. Under NAFTA Article 1126, which governs these proceedings, the Secretary-General of ICSID is called upon to act as the appointing authority of the arbitrators forming the Consolidation Tribunal.

The appointees to the Consolidation Tribunal in this case have been Dr. Albert Jan van den Berg, a national of The Netherlands, as President of the Consolidation Tribunal, and Professor Armand de Mestral, a Canadian national, and Mr. Davis R. Robinson, a U.S. national, as co-arbitrators. On May 6, 2005, the parties were informed by the Centre that all of the arbitrators had accepted their appointment and that the Tribunal was established.

Article 10 of the UNCITRAL Arbitration Rules provides that an arbitrator may be challenged if circumstances exist that give rise to justifiable doubts as to the arbitrator's impartiality or independence. By letter of May 20, 2005, counsel for Tembec et al notified the ICSID that Tembec et al challenged the appointment of Mr. Davis R. Robinson as an arbitrator. As required by the UNCITRAL Arbitration Rules the notice stated the reasons for the challenge.

2

June 15, 2005

In accordance with Article 11(2) of the UNCITRAL Arbitration Rules, the notice of the challenge was sent to Mr. Robinson, to Dr. Van den Berg and to Professor de Mestral as well as to the representatives of the United States of America, Canfor Corporation and Terminal Forest Products Ltd.

The United States did not agree to the challenge and Mr. Robinson did not withdraw from his office as arbitrator. Accordingly it fell to the Secretary-General of ICSID, as the designated appointing authority, to make the decision on the challenge under Article 12(1) of the UNCITRAL Arbitration Rules.

My decision, made after careful review of all of the communications received by us in this regard, is not to sustain the challenge.

The somewhat distant familial relationship referred to in the challenge does not, in my judgment, raise justifiable doubts as to the impartiality or independence of Mr. Robinson. Nor, in my view, does the service of Mr. Robinson in the Department of State of the United States justify his exclusion from the Consolidation Tribunal. In the context of the NAFTA, with its special provisions allowing the appointment of co-nationals as arbitrators, there is a clear, consistent acceptance in the cases that prior governmental service, even at a higher level, does not in and of itself disqualify a person from service as an arbitrator. This conclusion is reinforced in this case by the fact that the governmental service concerned concluded some 20 years ago. It does not, in my view, especially having regard to the NAFTA context, raise justifiable doubts as to the impartiality or independence of Mr. Robinson.

Sincerely yours,

Roberto Dañino
Secretary-General

c.c.:

Dr. Albert Jan van den Berg
Prof. Armand de Mestral
Mr. Davis R. Robinson