# Exhibit AA

# International Centre for Settlement of Investment Disputes
1818 H Street, N.W., Washington, D.C. 20433 U.S.A.
Telephone: (202) 458-1534   Faxes: (202) 522-2615 / (202) 522-2027
Website: http://www.worldbank.org/icsd

June 1, 2005

**United States of America**
c/o Mr. Mark A. Clodfelter
Assistant Legal Adviser
Office of the Legal Adviser
and
Ms. Andrea Menaker
Chief, NAFTA Arbitration Division
Office of International
Claims and Investment Disputes
Department of State
2430 E Street NW
Suite 203, South Building
Washington, DC 20037-2800

**Canfor Corporation**
**Terminal Forests Products, Ltd.**
c/o Mr. P. John Landry
Davis & Company
2800-666 Burrard Street
Vancouver, British Columbia
V6C 2Z7
and
c/o Mr. Keith E. W. Mitchell
Harris & Company
14th Floor Bentall 5
550 Burrard Street
Vancouver, B.C.
Canada V6C 2B5

**Tembec Inc., Tembec Investements Inc., and Tembec Industries, Inc.**
c/o Mr. Elliot J. Feldman
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304

Re:   Canfor Corporation v. United States of America; Terminal Forest Products Ltd. v. United States of America; Tembec et al. v. United States of America;
      NAFTA Article 1126 Consolidation Proceedings

Dear Sirs and Madam,

I write on instruction of the President of the Consolidation Tribunal, in connection with the correspondence exchanged by the parties on the May 19, 2005 schedule of pleadings and order of stay of the Tribunal.

In this regard, the Consolidation Tribunal has, after reviewing the above correspondence and due deliberation, decided the following:

1.   The order of stay of the *Tembec* and *Canfor* proceedings of May 19, 2005 is hereby confirmed;

2.   On the basis of the Tribunal's discretionary powers under the UNCITRAL Arbitration Rules, the consolidations proceedings are not suspended pending the challenge of Mr. Davis R. Robinson;

                                    2                                June 1, 2005

3.   The United States of America will file its observations on the question of consolidation by Friday, June 3, 2005;

4.   Canfor Corp., Terminal Forest Products Ltd. and Tembec *et al.*, will file their observations on the question of consolidation by Friday, June 10, 2005;

5.   The parties will have the opportunity to make their rebuttal arguments during the hearing on consolidation, which, as stated in our May 19, 2005 letter, will be held on Thursday, June 16, 2005 at the seat of the Centre in Washington, D.C. I shall shortly provide you with further details of the arrangements made for the hearing;

6.   The parties will have the opportunity, if they so wish, to file post-hearing briefs on the question of consolidation.

The President of the Consolidation Tribunal has asked me to remind the parties that the question before this Tribunal at this stage is that of the consolidation requested by the United States of America pursuant to NAFTA Article 1126.

The President of the Consolidation Tribunal has also asked me to reassure the parties that they will have the opportunity to present their cases in full.

                                        Sincerely yours,

                                        Gonzalo Flores
                                        Secretary of the Consolidation Tribunal

c.c.:

Dr. Albert Jan van den Berg
Prof. Armand de Mestral
Mr. Davis R. Robinson