# Exhibit DD

DEC 01 2005 19:25 FR ELLIOT FELDMAN 202-86202861l689 TO 97768481    P.02

# BAKER & HOSTETLER LLP
## COUNSELLORS AT LAW

WASHINGTON SQUARE, SUITE 1100 • 1050 CONNECTICUT AVENUE, N.W. • WASHINGTON, D.C. 20036-5304 • (202) 861-1500
FAX (202) 861-1783

ELLIOT J. FELDMAN
WRITER'S DIRECT DIAL NUMBER (202) 861-1679
E-MAIL: EFELDMAN@BAKERLAW.COM

December 1, 2005

**VIA FACSIMILE**

Professor Albert Jan van den Berg
Mr. Davis R. Robinson
Professor Armand de Mestral
c/o
Mr. Gonzalo Flores
ICSID
1818 H Street, N.W.
Washington D.C. 20433

Re:   Tembec Inc. v. United States; Canfor Corp. v. United States; Terminal Forest Products Ltd. v. United States

Dear Sirs:

On November 22, 2005, we received a letter from the Tribunal regarding procedural issues in these proceedings. In that letter, the Tribunal stated that it "encourages the Parties, to the extent possible, to reach agreement on the conduct and sequence of the proceedings prior to [a] telephone conference" discussing those issues. On the same day, the Secretary of the Tribunal, Mr. Flores, contacted counsel for Tembec by telephone inquiring as to our availability for the conference call mentioned in the Tribunal's letter on the afternoon of Monday, November 28. We expressed doubt about our availability for the date because Mr. Cymrot would be traveling out of the country during the week of the 28th to chair an arbitration proceeding, and Dr. Feldman had a prior conflict on that date. We also questioned the utility of a call so soon given the impending two-day Thanksgiving holiday in the United States. We confirmed our unavailability on the suggested date in an e-mail to Mr. Flores (as he had requested) on the afternoon of November 23.

We received from the Tribunal on November 29, another letter, dated November 23, which requested that the parties to the arbitration consult on procedural matters by December 1, 2005, and report on the outcome of those consultations by

Professor Albert Jan van den Berg
Mr. Davis R. Robinson
Professor Armand de Mestral
December 1, 2005
Page 2

December 2.[1] We were dismayed to learn that the Tribunal apparently sent its letter to some, but not all of the parties on November 23, in violation of Article 15(1) of the UNCITRAL Rules of Arbitration that govern these proceedings.

We also are disturbed that the Tribunal persists in setting nearly instant deadlines without respect for the schedules of the counsel of the Claimants whose claims are at issue. As previously stated in our November 23 e-mail to the Secretary of the Tribunal, Mr. Cymrot is out of the country this week. Due to his absence, as well as other unalterable filing deadlines this week in the *Softwood Lumber* litigation which we have not yet had opportunity to address with the Tribunal (including three very substantial briefs of which we are authors and co-authors being filed today), we have been in no position to consult with the other parties regarding procedural issues.

Respectfully submitted,

Elliot J. Feldman
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington D.C. 20036

Counsel to Tembec Inc.
Tembec Investments Inc. and
Tembec Industries Inc.

cc: Mark A. Clodfelter
Andrea J. Menaker
P. John Landry
Keith E. W. Mitchell

---

[1] See attached copy of the Tribunal's November 23, 2005 letter. The facsimile confirmation line at the top of the page evidences that the Tribunal's letter was sent to counsel for Tembec on Tuesday, November 29, 2005, at 5:22 p.m.

## International Centre for Settlement of Investment Disputes
1818 H Street, N.W., Washington, D.C. 20433 U.S.A.
Telephone: (202) 458-1534   Faxes: (202) 522-2615 / (202) 522-2027
Website: http://www.worldbank.org/icsd

November 23, 2005

**United States of America**
c/o Mr. Mark A. Clodfelter
Assistant Legal Adviser
Office of the Legal Adviser
and
Ms. Andrea Menaker
Chief, NAFTA Arbitration Division
and
Mr. Mark S. McNeill
Attorney-Adviser
Office of International
Claims and Investment Disputes
Department of State
2430 E Street NW
Suite 203, South Building
Washington, DC 20037-2800

**Canfor Corporation**
**Terminal Forests Products, Ltd.**
c/o Mr. P. John Landry
Davis & Company
2800-666 Burrard Street
Vancouver, British Columbia
V6C 2Z7
and
c/o Mr. Keith E. W. Mitchell
Harris & Company
14th Floor Bentall 5
550 Burrard Street
Vancouver, B.C.
Canada V6C 2B5

**Tembec Inc., Tembec Investements Inc., and Tembec Industries, Inc.**
c/o Mr. Elliot J. Feldman
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304

Re:   Canfor Corporation v. United States of America; Tembec *et al.* v. United States of America; Terminal Forest Products Ltd. v. United States of America – Article 1126 NAFTA Arbitration

Dear Sirs and Madam,

As indicated in our letter of yesterday's date, the Tribunal wishes to hold a telephone conference with the parties to discuss the conduct and sequence of these proceedings. To this effect, the President of the Tribunal has asked me to convey to you the following supplementary directions of the Tribunal:

- The parties shall consult with each other, aiming to reach agreements on procedure (using the Tribunal's draft Procedural Order No. 1 as guidance) by Thursday, December 1, 2005;

- The parties shall inform the Tribunal in writing of the results of their consultations by Friday, December 2, 2005;

2                                                       November 23, 2005

- The Tribunal will then hold a telephone conference on either December 5, 6 or 7, at which it expects each party to be represented; the Tribunal Invites the Parties to confer and jointly inform the Tribunal of which of the three dates is most convenient for the parties.

- The Tribunal will then issue a finalized Procedural Order No.1 on December, 9, 2005.

Sincerely yours,

pp: *[signature]*

Gonzalo Flores
Secretary of the Tribunal

c.c.:

Prof. Albert Jan van den Berg
Prof. Armand de Mestral
Mr. Davis R. Robinson