# Exhibit EE

DEC. 7. 2005 11:28PM    WORLD BANK                BAKER AND HOSTETLER    NO. 2479   P. 4/5   02/03

# BAKER & HOSTETLER LLP
### COUNSELLORS AT LAW

WASHINGTON SQUARE, SUITE 1100 • 1050 CONNECTICUT AVENUE, N.W. • WASHINGTON, D.C. 20036-5304 • (202) 861-1500
FAX (202) 861-1783

ELLIOT J. FELDMAN
WRITER'S DIRECT DIAL NUMBER (202) 861-1679
E-MAIL: EFELDMAN@BAKERLAW.COM

December 7, 2005

**VIA FACSIMILE**

Professor Albert Jan van den Berg
Mr. Davis R. Robinson
Professor Armand de Mestral
c/o
Mr. Gonzalo Flores
ICSID
1818 H Street, N.W.
Washington D.C. 20433

      Re:    Canfor Corp. v. United States; Tembec Inc. v. United States; Terminal Forest Products Ltd. v. United States

Dear Sirs:

      We write on behalf of Claimants Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc. ("Tembec"). Tembec does not recognize that this Tribunal has lawfully assumed jurisdiction over Tembec's Statement of Claim. Tembec removes its Statement of Claim from these Article 1126 arbitration proceedings, and is filing in U.S. District Court for the District of Columbia notice of a motion to vacate the Tribunal's decision and order of September 7, 2005, which terminated Tembec's Article 1120 arbitration proceedings.

      Tembec requests that the Tribunal order its Secretary to terminate the Article 1126 proceedings as to Tembec, and make a final accounting of arbitration fees and costs up until today's date. Tembec agrees with Canfor Corporation, Terminal Forest Products Ltd., and the Tribunal's November 22, 2005 letter that the arbitration fees and costs to date should be divided by the parties with 50% to be paid by the United States, and 50% to be divided evenly among the three Claimants. The Secretary should divide all arbitration fees and costs according to this formula, assessing Tembec's share of those fees and costs against its paid deposit for these

Professor Albert Jan van den Berg
Mr. Davis R. Robinson
Professor Armand de Mestral
December 7, 2005
Page 2

proceedings. The Secretary should then provide a refund to Tembec of any remaining balance on the deposit paid.

Respectfully submitted,

Elliot J. Feldman
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington D.C. 20036

Counsel to Tembec Inc.
Tembec Investments Inc. and
Tembec Industries Inc.

cc: Mark A. Clodfelter
Andrea J. Menaker
P. John Landry
Keith E. W. Mitchell