UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEMBEC INC., TEMBEC INVESTMENTS INC., TEMBEC INDUSTRIES INC., )<br><br>Petitioners, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Respondent. ) | No. 05-CV-2345 (RMC) |

**[Proposed] ORDER**

Upon consideration of the Petitioners' Motion to Vacate and Memorandum in Support, Respondent's Opposition thereto, and Petitioners' Reply, it is hereby ORDERED that the Motion to Vacate the Order of Consolidation is DENIED;

Further ORDERED that the Petition and Notice of Motion are hereby dismissed.

A separate judgment will follow.

DATED: _____

                                                             _____
                                                             HON. ROSEMARY M. COLLYER
                                                             UNITED STATES DISTRICT JUDGE