UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>TEMBEC INC., TEMBEC INVESTMENTS INC., TEMBEC INDUSTRIES INC.<br><br>　　　　　　　　　　Petitioners,<br><br>　　　and<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Respondent. | Case No. 05-CV-2345 (RMC) |

## PETITIONERS' UNOPPOSED MOTION TO EXTEND TIME

Pursuant to Rules 6(b) and 7(b) of the Federal Rules of Civil Procedure, Petitioners Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc., respectfully move this Court for a one-week extension of time from April 18, 2006 to and including April 25, 2006, to file Petitioners' Reply In Support Of Motion To Vacate Arbitration Award. Petitioners' counsel have been attending court proceedings out of state and the court extended the duration of those proceedings longer than had been expected. Pursuant to Local Rule 7(m), counsel for Petitioners has spoken to Mr. Haas, counsel for the Respondent, who advised that the United States did not oppose this motion.

                Respectfully submitted,


                /s/   Elliot J. Feldman
        Elliot J. Feldman (D.C. Bar No. 418501)
        Mark A. Cymrot (D.C. Bar No. 164673)
        Michael S. Snarr (D.C. Bar No. 474719)
        BAKER & HOSTETLER LLP
        1050 Connecticut Ave. N.W., Suite 1100
        Washington D.C.  20036-5304
        Tel: (202) 861-1679
        Fax: (202) 861-1783

Dated:  April 14, 2006        Counsel for Petitioners Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc.