UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>TEMBEC INC., TEMBEC INVESTMENTS INC., TEMBEC INDUSTRIES INC.,<br><br>            Petitioners,<br><br>and<br><br>THE UNITED STATES OF AMERICA,<br><br>            Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 05-CV-2345 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

Upon consideration of the Unopposed Motion To Extend Time filed by Petitioners, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that Petitioners shall file a reply in support of the Motion to Vacate no later than April 25, 2006.

 

                                                    HON. ROSEMARY M. COLLYER
                                                    United States District Judge

Dated: April __, 2006