# EXHIBIT B

# United States Senate
WASHINGTON, DC 20510

November 23, 2004

The Honorable Donald Evans
United States Secretary of Commerce
14th Street and Pennsylvania Avenue
Washington, DC 20230

Dear Secretary Evans:

We want to take this opportunity to salute your leadership on behalf of American industry these past four years as Secretary of Commerce and applaud the hard work of you and your staff in the effort to find a solution to the enormous problem of unfair Canadian lumber imports.

We write to strongly encourage the Commerce Department to take two important steps to ensure appropriate implementation of the trade laws, while providing the President with needed negotiating leverage.

First, it is critical that Commerce account for the full value of subsidies and dumping when it issues new unfair trade determinations in December 2004. Commerce found 18.8% subsidies in 2002. There have been no relevant factual developments since then; the subsidies are as high or higher than they were in 2002.

As you know, the main subsidy is the provinces' sale of timber to Canadian lumber companies for a fraction of its value. Commerce should, as in 2002, measure the value of the Canadian timber against prices for comparable wood fiber in the open and competitive timber or log markets immediately on the U.S. side of the border.

It is crucial that Commerce not measure the value of the Canadian timber against any prices from transactions wholly within Canada, including prices for timber in the eastern-Canada Maritimes provinces. Those prices are depressed by government timber sales and are for timber that is vastly different from, and inferior in quality to, subsidized timber in the other provinces.

We understand that this is the outcome that the trade laws and the facts require. In addition, it is plain that Canada simply will not pursue meaningful negotiations if subsidy measurement is based on internal Canadian timber or log prices. The Canadian producers are able to absorb an inadequate duty offset and come out well ahead due to the enormous cost advantage from the under-priced Canadian timber.

Second, we strongly urge the Commerce Department to convey to Canada -- categorically and in writing -- that U.S. law would forbid return of duty deposits should a dispute panel force the U.S. government to revoke the Canadian lumber countervailing duty or antidumping duty order. Commerce should stress that the only legal basis for return of any deposits would be a negotiated settlement.

The Honorable Donald Evans
November 23, 2004
Page 2

    Mr. Secretary, your steadfast support has been and remains pivotal to ensuring that U.S. jobs and businesses in the forest products sector are not sacrificed to Canadian subsidy and dumping practices. The U.S. industry, workers and family tree farm owners are behind you 100%.

                Sincerely,

[Signatures of:]

Larry Craig      Norm Coleman

Max Baucus      Mike Crapo

Blanche L. Lincoln      Thad Cochran

Patty Murray      Mark Pryor

Conrad Burns      Larry Graham

Ron Wyden      Saxby Chambliss

George Allen      Craig Thomas