**EXHIBIT D**

01-000748-1)

**THE SECRETARY OF COMMERCE**
Washington, D.C. 20230

AUG -9 2001

MEMORANDUM FOR THE PRESIDENT

FROM: Donald L. Evans

SUBJECT: *Preliminary Determination in the Countervailing Duty Investigation on Softwood Lumber from Canada*

On Friday, August 10, the Department of Commerce will release its preliminary findings in the countervailing duty (subsidy) investigation involving softwood lumber from Canada. We will preliminarily find that Canada has been subsidizing its lumber exports to the United States. As a result of our finding, Canadian softwood lumber imports will become subject to import duties. We also will find that imports have surged since the case was first initiated in April, which potentially allows us to impose duties retroactively. This is significant because lumber is the largest category of Canadian exports to the United States, with annual trade valued over $7 billion.

This is a matter of tremendous sensitivity with the Canadians, and they have actively defended their position at the Department of Commerce and elsewhere, through legal and diplomatic channels. Some U.S. consumer interest groups, such as the National Association of Home Builders, strongly oppose this action. However, there is substantial support on the Hill for the U.S. lumber industry, particularly among Members in the Southeast, Northwest and Maine.

This dispute has a long history, dating back to the early 1980s. With the exception of a few years, there has been either a trade agreement in place or additional duties imposed on Canadian imports since 1986. The most recent agreement restricting lumber imports expired on March 31, 2001. Although the Canadians were initially resistant to negotiating another agreement, Canada has recently expressed some interest in finding an "alternative solution" to this dispute.

I have been in regular contact with my counterpart, Minister Pettigrew, to ensure that the Canadians have been fully informed during the course of the investigation.

01-002092-1

**THE SECRETARY OF COMMERCE**
Washington, D.C. 20230

OCT 30 2001

MEMORANDUM FOR THE PRESIDENT

FROM: Donald L. Evans

SUBJECT: *Preliminary Determination in the Antidumping Investigation on Softwood Lumber from Canada*

On Wednesday, October 31, the Department of Commerce will release its preliminary determination in the antidumping investigation on softwood lumber from Canada. As a result of our finding, Canadian softwood lumber imports will become subject to antidumping duties ranging from 6 to 20 percent. These duties will be imposed *in addition* to the current anti-subsidy duty of 19.31 percent that was imposed in August. The final determination is expected in March 2002.

This case continues to generate significant interest and attention on both sides of the border, including among many Members of Congress. Ambassador Zoellick and I have been actively working to enter into a negotiated settlement of this long-standing dispute. To that end, as you know, we recently asked former Montana Governor Marc Racicot to serve as a Special Representative in our negotiations with Canada. The discussions thus far have been productive, but no settlement is immediately at hand.