# EXHIBIT E

## United States' Arbitrators In NAFTA Chapter 11 Cases
## Where The United States Is The Defendant/Respondent

| NAFTA Chapter 11 Case | U.S. Appointee | Former Government Service |
|---|---|---|
| *Canfor v. United States* | Conrad Harper | Legal Adviser, U.S. State Department |
| *Tembec v. United States* | Professor Kenneth Dam | Deputy Secretary of U.S. Department of Treasury and Deputy Secretary of U.S. State Department |
| *Softwood Lumber Consolidation Tribunal* | Davis Robinson | Legal Adviser, U.S. State Department |
| *Glamis Gold v. United States* | Michael Young | Deputy Legal Adviser, U.S. State Department; Deputy Under Secretary for Economic and Agricultural Affairs; Ambassador for Trade and Environmental Affairs |
| | David Caron | Member of State Department Advisory Committee on Public International Law |
| *Grand River Enterprises v. United States* | John R. Crook | Assistant Legal Advisor for U.N. Affairs with U.S. State Department; Counselor for Legal Affairs, U.S. Mission in Geneva |
| *ADF v. United States* | Carolyn Lamm | U.S. Department of Justice Assistant Director, Commercial Litigation Branch |
| *Loewen & Loewen Corp. v. United States* | Abner Mikva | U.S. Congressman, Chief Justice of the D.C. Circuit, and White House Counsel |
| *Methanex Corp v. United States* | Warren Christopher | Secretary of State |
| | W. Michael Reisman | none |
| *Mondev International Ltd. v. United States* | Stephen M. Schwebel | Deputy Legal Adviser and Assistant Legal Adviser, U.S. State Department; |