# EXHIBIT F

## United States' Appointees To The ICSID Panel of Arbitrators

| Name | Former Government Position |
|---|---|
| Mr. Fred Fisher Fielding | Former Counsel to the President of the United States |
| Mr. O. Thomas Johnson, Jr. | Former Special Assistant to the Legal Adviser, United States Department of State |
| Mr. Daniel M. Price | Former Principal Deputy General Counsel, Office of the United States Trade Representative |
| Mr. Davis R. Robinson | Former Legal Adviser, United States Department of State[1] |

---

[1] See ICSID Members of the Panels of Conciliator and of Arbitrators at http://www.worldbank.org/icsid/pubs/icsid-10/icsid-10ii-%.htm last visited April 19, 2006.