# EXHIBIT G



United States Department of State

Washington, D.C. 20520

April 1, 2005

By Facsimile

Mr. Gonzalo Flores
International Centre for
   Settlement of Investment Disputes
1818 H Street, N.W.
Washington, D.C. 20433

Re:  *Canfor Corp. v. United States of America;*
     *Terminal Forest Products Ltd. v. United States of America;* and
     *Tembec Inc. et al v. United States of America*

Dear Mr. Flores:

On behalf of respondent United States of America, we write in response to your letter of March 18, 2005. After a great deal of reflection, and regrettably, the United States feels compelled to conclude that the appointment of Mr. J. William Rowley, QC in the consolidated proceedings would not be appropriate. Mr. Rowley, an arbitrator of unimpeachable integrity, also serves as Chairman of the law firm McMillan Binch, which represents a party in the NAFTA Chapter Nineteen countervailing duty proceedings. In those proceedings, complainants pursue claims with respect to the same countervailing duty determinations at issue in these consolidated proceedings. Given the participation of his firm in related proceedings, the opportunity for the appearance of a conflict of interest and a resulting undermining of public confidence in the consolidation proceeding, is too great. Therefore, we must state an objection to Mr. Rowley's appointment in this matter.

Respectfully submitted,

Andrea J. Menaker
Chief, NAFTA Arbitration Division
Office of International Claims and
   Investment Disputes

Copies:
P. John Landry, Esq.
Keith E.W. Mitchell, Esq.
Elliot J. Feldman, Esq.
Mark A. Cymrot, Esq.

# BAKER & HOSTETLER LLP
## COUNSELLORS AT LAW

WASHINGTON SQUARE, SUITE 1100 • 1050 CONNECTICUT AVENUE, N.W. • WASHINGTON, D.C. 20036-5304 • (202) 861-1500
FAX (202) 861-1783

ELLIOT J. FELDMAN
WRITER'S DIRECT DIAL NUMBER (202) 861-1679
E-MAIL: EFELDMAN@BAKERLAW.COM

April 1, 2005

**VIA FACSIMILE**

Mr. Jose Antonio Rivas
Secretary of the Tribunal
International Centre for Settlement
 of Investment Disputes
1818 H Street, N.W.
Washington, D.C. 20433

Re:   *Tembec Inc. v. United States of America*

Dear Mr. Rivas:

We are responding to the letter of March 18, 2005 concerning the proposed appointment of Professor Christopher J. Greenwood, CMG, QC, as presiding arbitrator, and Mr. J. William Rowley, QC and Mr. O. Thomas Johnson, Jr. as co-arbitrators of the Consolidation Tribunal that the United States is seeking to have established pursuant to NAFTA Article 1126. This letter serves as notice of our objection to the appointment of all three of the proposed arbitrators.

Professor Greenwood provided expert testimony for the United States in the Chapter 11 arbitration *Loewen v. United States* on legal issues that are relevant to Tembec's case against the United States. We understand the *Loewen* case is still pending. Professor Greenwood's service on behalf of the United States creates a conflict with his ability to rule impartially on those same issues were they to fall within the jurisdiction of the Consolidation Tribunal.

      Messrs. Rowley and Johnson are both partners at law firms that represent parties to the U.S. trade proceedings entitled *Certain Softwood Lumber Products from Canada*. The United States' conduct in connection with these proceedings forms the basis for Tembec's claims. Those parties are competitors of Tembec, and thus Messrs. Rowley and Johnson have conflicts of interest that disqualify them from serving on the Consolidation Tribunal.

      Respectfully,

Elliot J. Feldman
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

Counsel to Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc.

cc:    Gonzalo Flores, Esq.
        Mark A. Clodfelter, Esq.
        P. John Landry, Esq.
        Keith Mitchell, Esq.