# EXHIBIT H

## List Of American Arbitrators From ICSID Panel Of Arbitrators
## Not Appointed By The United States Government

| Arbitrator | Appointed to ICSID By: |
| --- | --- |
| Stephen M. Schwebel | Chairman of the Administrative Council at ICSID |
| Judge Thomas Buergenthal | Costa Rica |
| Judge Charles N. Brower | Costa Rica |
| Robert Bennett Lubic | Georgia |
| William D. Rogers | Panama |
| Professor Sherif Omar Hassan | Saudi Arabia |
| Carolyn B. Lamm | Uzbekistan |
| Janis H. Brennan | Guyana |