# EXHIBIT J



**DAVIS** LEGAL ADVISORS *since* 1892
**&company**LLP

*from the office of:* P. John Landry
direct tel:  604.643.2935
direct fax: 604.605.3588
pjl@davis.ca

December 2, 2005

*file number:*  63595-00056

**BY E-MAIL AND FACSIMILE**

Professor Albert Jan van den Berg
Davis R. Robinson, Esq.
Professor Armand de Mestral
    all care of
Mr. Gonzalo Flores
International Centre for Settlement of Investment Disputes
1818 H Street, N.W.
Washington, DC, 20433

Dear Sirs:

Re:   Canfor Corporation v. United States of America; Terminal Forest Products Ltd. v. United States of America; Tembec et al v. United States of America;

We write further to Mr. Flores' letter of November 23, 2005.

As directed by the Tribunal, Canfor and Terminal sought to consult with Tembec and the United States with a view to identifying areas of agreement concerning the conduct of this proceeding prior to the Tribunal's proposed telephone conference next week. To that end, we set out a proposal to the other parties concerning the matters raised in the draft procedural order. A copy of our proposal is appended to this letter.

We understand that counsel for Tembec has been unable to provide their comments on it due to Mr. Cymrot's absence from the country and Dr. Feldman's involvement in the filings due this week in other proceedings in the softwood lumber dispute, and due to the late receipt by Tembec of your letter of November 23 setting out the time limits for response. We have also received no substantive response to it from the United States prior to the time limited by the Tribunal for reporting back to you.

## DAVIS
&company LLP

With respect to the Tribunal's proposed conference call next week, we would ask that we be consulted prior to the setting of the time for that call, in view of the existence of other hearing commitments which we will need to work around.

Yours truly,

DAVIS & COMPANY LLP

Per:

P. John Landry

PJL/sas
Encl.
cc:   Elliott Feldman/Mark Cymrot
      Mark Clodfelter/Andrea Menaker

VANLIT Library:280004.1