# EXHIBIT K

**International Centre for Settlement of Investment Disputes**
1818 H Street, N.W., Washington, D.C. 20433 U.S.A.
Telephone: (202) 458-1534 Faxes: (202) 522-2615 / (202) 522-2027
Website: http://www.worldbank.org/icsd

December 5, 2005

**United States of America**
c/o Mr. Mark A. Clodfelter
Assistant Legal Adviser
Office of the Legal Adviser
and
Ms. Andrea Menaker
Chief, NAFTA Arbitration Division
and
Mr. Mark S. McNeill
Attorney-Adviser
Office of International
Claims and Investment Disputes
Department of State
2430 E Street NW
Suite 203, South Building
Washington, DC 20037-2800

**Canfor Corporation**
**Terminal Forests Products, Ltd.**
c/o Mr. P. John Landry
Davis & Company
2800-666 Burrard Street
Vancouver, British Columbia
V6C 2Z7
and
c/o Mr. Keith E. W. Mitchell
Harris & Company
14th Floor Bentall 5
550 Burrard Street
Vancouver, B.C.
Canada V6C 2B5

**Tembec Inc., Tembec Investements Inc., and Tembec Industries, Inc.**
c/o Mr. Elliot J. Feldman
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304

**Re: Canfor Corporation v. United States of America; Tembec *et al.* v. United States of America; Terminal Forest Products Ltd. v. United States of America**

Dear Sirs and Madam,

On November 22, 2005, on instruction of the President of the Tribunal, the ICSID Secretariat faxed to the parties a letter setting forth directions regarding draft Procedural Order No. 1 (previously circulated on November 9, 2005). A further additional electronic copy of the letter was emailed to the parties and to the members of the Tribunal on that same date. This letter was duly received by the parties and the members of the Tribunal, by fax and email, on that same date.

On November 23, 2005, also on instruction of the President of the Tribunal, the Secretariat sent by fax to the parties a further letter setting forth supplementary directions regarding Procedural Order No. 1. As the Secretary of the Tribunal was traveling on that date, no additional electronic copy of the letter was circulated.

Unfortunately, due to consecutive clerical mistakes, there was a failure in the transmission of the copy of the fax of November 23, 2005, addressed to counsel for Tembec *et al.* The fax was sent to counsel for Tembec *et al.* at 12:29 noon and at 4:27 p.m. on November 23,

2005, but both fax transmissions failed due to an inadvertent operator error in the fax number. Attached please find a copy of the failed transmission receipts. ICSID premises were closed from November 23, 2005 in the evening until Monday, November 28, 2005. Due to another clerical oversight, the Secretariat did not notice that the November 23, 2005 fax transmission to counsel for Tembec *et al.* had failed until the afternoon on Tuesday, November 29, 2005. Upon discovering the failure, the fax was resent by the Secretariat, without informing the Secretary of the Tribunal, to counsel for Tembec *et al.*

The Secretariat apologizes for these clerical mistakes, which were not known to the Tribunal until receipt of the letter of Tembec *et al.* of December 1, 2005.

In light of these events, the President of the Tribunal has asked me to convey to you the following supplementary directions:

- If and to the extent that it has not already done so, Tembec *et al.* shall consult with the other parties, aiming to reach agreement on procedure (using the Tribunal's draft Procedural Order No. 1 as guidance) by Thursday, December 8, 2005;
- The parties shall inform the Tribunal in writing of the results of the consultations by Friday, December 9, 2005;
- The Tribunal will hold a telephone conference on either December 12, 13 or 14, at which it expects each party to be represented; the Tribunal invites the Parties to confer and jointly inform the Tribunal of which of the three dates is most convenient for the parties;
- The Tribunal will then issue a finalized Procedural Order No.1 on December, 16, 2005.

Sincerely yours,

Gonzalo Flores
Secretary of the Tribunal

Attachment

c.c. (with attachment):

Prof. Albert Jan van den Berg
Prof. Armand de Mestral
Mr. Davis R. Robinson

*************************
ACTIVITY REPORT (TX)
*************************

(WED) NOV 23 2005 12:47
WB-IOSID

| DOCUMENT # | TIME SENT | DURATION | RECIPIENT ID | MODE | PAGES | RESULT | DP |
|---|---|---|---|---|---|---|---|
| 4861052-836 | 11. 22 17:30 | 1' 38" | 41071 | ECM | 4 | OK | |
| 4861052-837 | 11. 22 17:32 | 2' 39" | 90115411480477.8 | G3 | 4 | OK | |
| 4861052-838 | 11. 22 17:36 | 25" | 901133153897070 | ECM | 2 | OK | |
| 4861052-553 | 11. 22 17:37 | 2' 20" | 9011493040541488 | G3 | 4 | OK | |
| 4861052-840 | 11. 22 18:03 | 32" | 90115626742901 | ECM | 4 | OK | |
| 4861052-839 | 11. 22 18:10 | | 9011541143461000 | | 0 | BUSY | |
| 4861052-841 | 11. 22 18:15 | 1' 08" | 41258 | ECM | 2 | OK | |
| 4861052-842 | 11. 22 18:16 | 1' 06" | 41258 | ECM | 2 | OK | |
| 4861052-843 | 11. 22 18:52 | 1' 27" | 90115626963859 | G3 | 3 | OK | |
| 4861052-844 | 11. 22 18:54 | 1' 03" | 912027783063 | ECM | 3 | OK | |
| 4861052-845 | 11. 22 19:01 | 1' 19" | 901139064870397 | G3 | 3 | OK | |
| 4861052-846 | 11. 22 19:21 | 1' 09" | 901149222379443 | ECM | 2 | OK | |
| 4861052-847 | 11. 22 19:44 | 1' 13" | 901141227078001 | G3 | 3 | OK | |
| 4861052-848 | 11. 22 19:46 | 56" | 916173533077 | ECM | 3 | OK | |
| 4861052-849 | 11. 22 19:47 | 1' 29" | 9011541140105100 | G3 | 3 | OK | |
| 4861052-850 | 11. 22 19:49 | 1' 58" | 90115113680106 | G3 | 3 | OK | |
| 4861052-851 | 11. 22 19:52 | 45" | 93715950 | ECM | 3 | OK | |
| 4861052-852 | 11. 22 19:53 | 1' 49" | 9011541148047718 | G3 | 3 | OK | |
| 4861052-853 | 11. 22 19:55 | 23" | 93323171 | ECM | 3 | OK | |
| 4861052-854 | 11. 22 19:56 | 1' 41" | 90115624416398 | ECM | 7 | OK | |
| 4861052-855 | 11. 22 19:58 | 3' 48" | 901133145012666 | G3 | 7 | OK | |
| 4861052-856 | 11. 22 20:03 | 59" | 901141227043777 | ECM | 7 | OK | |
| 4861052-857 | 11. 22 20:04 | 2' 08" | 917137513290 | ECM | 7 | OK | |
| 4861052-858 | 11. 22 20:07 | 1' 46" | 9011541143217555 | ECM | 7 | OK | |
| 4861052-859 | 11. 22 20:09 | 1' 25" | 9011541148047718 | G3 | 2 | OK | |
| 4861052-860 | 11. 22 20:11 | 1' 11" | 92966322 | ECM | 4 | OK | |
| 4861052-861 | 11. 22 20:13 | 45" | 90116565570165 | ECM | 4 | OK | |
| 4861052-862 | 11. 22 20:18 | 1' 11" | 901160388889369 | G3 | 2 | OK | |
| 4861052-863 | 11. 22 21:09 | 1' 07" | 41258 | ECM | 2 | OK | |
| 4861052-864 | 11. 22 21:11 | 1' 09" | 41258 | ECM | 2 | OK | |
| 4861052-865 | 11. 22 21:16 | 2' 48" | 901141227078001 | G3 | 5 | OK | |
| 4861052-866 | 11. 22 21:19 | 1' 02" | 90113222903939 | ECM | 5 | OK | |
| 4861052-867 | 11. 22 21:21 | 55" | 901148225577601 | G3 | 3 | OK | |
| 4861052-868 | 11. 23 10:51 | 27" | 93014698867 | ECM | 3 | OK | |
| 4861052-869 | 11. 23 11:02 | | 901159342307537 | | 0 | BUSY | |
| 4861052-871 | 11. 23 11:23 | 1' 12" | 901159342306280 | G3 | 2 | OK | |
| 4861052-870 | 11. 23 11:30 | | 901159342306280 | | 0 | BUSY | |
| 4861052-872 | 11. 23 12:15 | 49" | 92029868102 | ECM | 3 | OK | |
| 4861052-873 | 11. 23 12:17 | 45" | 915143983239 | ECM | 3 | OK | |
| 4861052-874 | 11. 23 12:18 | 54" | 916046053588 | G3 | 3 | OK | |
| 4861052-875 | 11. 23 12:19 | 25" | 916046846632 | ECM | 3 | OK | |
| 4861052-877 | 11. 23 12:22 | 24" | 92027768481 | ECM | 3 | OK | |
| 4861052-878 | 11. 23 12:22 | 46" | 90113222903942 | ECM | 2 | OK | |
| 4861052-876 | 11. 23 12:29 | | 92028611793 | | 0 | BUSY | |
| 4861052-879 | 11. 23 12:31 | 1' 23" | 901133147042041 | ECM | 11 | OK | |
| 4861052-880 | 11. 23 12:33 | 2' 36" | 24040 | ECM | 11 | OK | |
| 4861052-881 | 11. 23 12:36 | 1' 38" | 901133142892378 | ECM | 11 | OK | |
| 4861052-882 | 11. 23 12:38 | 2' 40" | 9011351213817499 | ECM | 11 | OK | |
| 4861052-884 | 11. 23 12:43 | 1' 21" | 915143977600 | ECM | 11 | OK | |
| 4861052-883 | 11. 23 12:46 | 1' 36" | 90113222903939 | ECM | 11 | OK | |
| TOTAL | | 1H 2' 11" | | | 207 | | |

MR. ROBINSON
PROF. DE MESTRAL
CANFOR / TFP
CANFOR / TFP
U.S.A.
DR. VAN DEN BERG
TEMBEC ET AL.

ACTIVITY REPORT (TX)

(TUE) NOV 29 2005 17:24
WB-ICBID

| DOCUMENT # | TIME SENT | DURATION | RECIPIENT ID | MODE | PAGES | RESULT | DP |
|---|---|---|---|---|---|---|---|
| 4861052-885 | 11. 23 14:04 | 47" | 901153153897070 | ECM | 2 | INTERR | |
| 4861052-886 | 11. 23 14:05 | 27" | 901133153897070 | ECM | 2 | OK | |
| 4861052-887 | 11. 23 14:08 | 2' 30" | 9011541148047718 | G3 | 4 | OK | |
| 4861052-888 | 11. 23 14:09 | 1' 20" | 901134915159145 | ECM | 4 | OK | |
| 4861052-890 | 11. 23 14:16 | 1' 20" | 901134915159145 | ECM | 4 | OK | |
| 4861052-889 | 11. 23 14:19 | 37" | 90113222903939 | ECM | 4 | OK | |
| 4861052-891 | 11. 23 15:00 | 2' 39" | 901141227078001 | G3 | 5 | OK | |
| 4861052-892 | 11. 23 15:03 | 53" | 90113222903939 | ECM | 5 | OK | |
| 4861052-893 | 11. 23 15:04 | 52" | 901148225577601 | G3 | 2 | OK | |
| 4861052-894 | 11. 23 15:55 | 39" | 92321297 | ECM | 2 | OK | |
| 4861052-895 | 11. 23 16:01 | 37" | 901133153897070 | ECM | 3 | OK | |
| 4861052-896 | 11. 23 16:12 | 1' 17" | 901149220421812 | G3 | 3 | OK | |
| 4861052-898 | 11. 23 16:15 | 1' 00" | 9011390554685200 | ECM | 3 | OK | |
| 4861052-899 | 11. 23 16:17 | 47" | 9011442078421270 | ECM | 3 | OK | |
| 4861052-901 | 11. 23 16:20 | 48" | 901131204857001 | ECM | 3 | OK | |
| 4861052-902 | 11. 23 16:21 | 51" | 92022825100 | ECM | 5 | OK | |
| 4861052-897 | 11. 23 16:27 | | 9282861783 | | 0 | BUSY | |
| 4861052-900 | 11. 23 16:29 | | 9011582127624212 | | 0 | BUSY | |
| 4861052-903 | 11. 23 17:25 | 1' 25" | 40316 | ECM | 4 | OK | |
| 4861052-904 | 11. 23 17:27 | 1' 29" | 41071 | ECM | 4 | OK | |
| 4861052-905 | 11. 25 14:50 | 1' 04" | 92022966522 | ECM | 4 | OK | |
| 4861052-906 | 11. 25 14:52 | 41" | 90116565570165 | ECM | 4 | OK | |
| 4861052-907 | 11. 25 14:53 | 1' 09" | 901160388889369 | G3 | 2 | OK | |
| 4861052-908 | 11. 26 10:41 | | 901159342307537 | | 0 | BUSY | |
| 4861052-909 | 11. 26 11:00 | 42" | 24040 | ECM | 3 | OK | |
| 4861052-910 | 11. 26 11:10 | | 901159342307537 | | 0 | BUSY | |
| 4861052-911 | 11. 26 11:12 | | 901159342306280 | | 0 | BUSY | |
| 4861052-912 | 11. 28 11:13 | 36" | 9011442075831341 | ECM | 2 | OK | |
| 4861052-913 | 11. 28 12:27 | 37" | 94734346 | ECM | 1 | OK | |
| 4861052-915 | 11. 28 15:32 | 4' 16" | 9011390554685200 | ECM | 11 | OK | |
| 4861052-916 | 11. 28 15:37 | 4' 14" | 901149220421812 | G3 | 11 | OK | |
| 4861052-917 | 11. 28 15:42 | 1' 24" | 901131204857001 | ECM | 6 | OK | |
| 4861052-914 | 11. 28 15:45 | 3' 48" | 9011442078421270 | ECM | 11 | OK | |
| 4861052-919 | 11. 28 15:50 | 2' 17" | 92022825100 | ECM | 7 | OK | |
| 4861052-918 | 11. 28 15:57 | | 9011582127624212 | | 0 | BUSY | |
| 4861052-920 | 11. 28 17:24 | 30" | 90116139286460 | ECM | 2 | OK | |
| 4861052-921 | 11. 28 17:25 | 21" | 901133144564400 | ECM | 2 | OK | |
| 4861052-922 | 11. 28 18:46 | 50" | 9011351213817499 | ECM | 3 | OK | |
| 4861052-923 | 11. 28 18:47 | 31" | 90113222903939 | ECM | 3 | OK | |
| 4861052-924 | 11. 28 18:48 | 27" | 915143977600 | ECM | 3 | OK | |
| 4861052-925 | 11. 28 18:49 | 21" | 901133147042041 | ECM | 2 | OK | |
| 4861052-926 | 11. 28 18:50 | 26" | 901133142892378 | ECM | 2 | OK | |
| 4861052-927 | 11. 28 20:04 | 2' 06" | 9011541148047718 | G3 | 4 | OK | |
| 4861052-928 | 11. 29 17:07 | 46" | 90113222903939 | ECM | 5 | OK | |
| 4861052-929 | 11. 29 17:08 | 38" | 90115627577601 | ECM | 2 | OK | |
| 4861052-930 | 11. 29 17:10 | 1' 04" | 93283712 | ECM | 4 | OK | |
| 4861052-931 | 11. 29 17:11 | 2' 17" | 901159122153829 | G3 | 4 | OK | |
| 4861052-932 | 11. 29 17:21 | 49" | 98611783 | ECM | 3 | OK | |
| 4861052-933 | 11. 29 17:22 | 35" | 92404650799 | ECM | 2 | OK | |
| 4861052-934 | 11. 29 17:23 | 10" | 90112078421270 | | 0 | INTERR | |
| TOTAL | | 52' 47" | | | 163 | | |

TERBEC ET AL