**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| In the Matter of the Arbitration between )<br><br>TEMBEC INC., TEMBEC INVESTMENTS )<br>INC., TEMBEC INDUSTRIES INC. )<br><br>                Petitioners, )<br><br>   and                             )<br><br>THE UNITED STATES OF AMERICA, )<br><br>                Respondent. ) | Case No. 05-CV-2345 (RMC) |

_____

**PETITIONERS' UNOPPOSED MOTION FOR LEAVE**
**TO REQUEST AN ORAL HEARING**

       Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Petitioners Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc., respectfully move this Court for leave to request an oral hearing in the above-referenced action. Petitioners inadvertently neglected to request an oral hearing in accordance with Local Civil Rule 7(f) during briefing. The Parties to this action completed briefing on April 25, 2006 and have not received a response from the Court. Petitioners respectfully request an oral hearing to discuss the merits of this action.

Pursuant to Local Civil Rule 7(m), counsel for Petitioners conferred with Mr. Alex Haas, counsel for the Respondent, who stated that the United States does not oppose this motion.

Respectfully submitted,

_____/s/_ Elliot J. Feldman_____
Elliot J. Feldman (D.C. Bar No. 418501)
Mark A. Cymrot (D.C. Bar No. 164673)
Michael S. Snarr (D.C. Bar No. 474719)
BAKER & HOSTETLER LLP
1050 Connecticut Ave. N.W., Suite 1100
Washington D.C.  20036-5304
Tel: (202) 861-1679
Fax: (202) 861-1783

Dated:  June 6, 2006    Counsel for Petitioners Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc.