UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

In the Matter of the Arbitration between )
)
TEMBEC INC., TEMBEC INVESTMENTS )
INC., TEMBEC INDUSTRIES INC. )
)
               Petitioners, )
) Case No. 05-CV-2345 (RMC)
     and )
)
THE UNITED STATES OF AMERICA, )
)
               Respondent. )
_____

## **PROPOSED ORDER**

Upon consideration of the Motion For Leave To Request An Oral Hearing filed by Petitioners, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that the parties to this action shall appear in Courtroom ___ of the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001, on _____, 2006, at ___ [a.m.] [p.m.] for oral hearing of Petitioners' Motion to Vacate Arbitration Award.

                                                                   _____
                                                                   HON. ROSEMARY M. COLLYER
                                                                   United States District Judge

Dated: June ___, 2006