UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEMBEC INC., TEMBEC INVESTMENTS INC., TEMBEC INDUSTRIES INC.,<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | No. 05-CV-2345 (RMC) |

**RESPONDENT'S NOTICE OF DECISION**

Respondent provides notice of the attached decision issued June 6, 2006. The NAFTA Chapter Eleven tribunal in <u>Canfor Corp. & Terminal Forest Products Ltd. v. United States of America</u> issued a decision on June 6, 2006, dismissing claimants' claims concerning the antidumping and countervailing duty determinations made by the U.S. Department of Commerce and the International Trade Commission with respect to imports of softwood lumber from Canada. The tribunal found that it has jurisdiction to decide the merits of claimants' claims with respect to the Continued Dumping and Subsidy Offset Act of 2000 ("Byrd Amendment"). A copy of the decision is attached hereto for the convenience of the Court and Petitioners.

Dated: June 12, 2006　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　PETER D. KEISLER
OF COUNSEL:　　　　　　　　　　　　　　　　Assistant Attorney General

MARK A. CLODFELTER　　　　　　　　　　　　KENNETH WAINSTEIN
*Assistant Legal Adviser*　　　　　　　　　　　　United States Attorney

| | |
|---|---|
| ANDREA J. MENAKER<br>*Chief, NAFTA Arbitration Division*<br>MARK S. MCNEILL<br>JENNIFER THORNTON<br>*Attorney-Advisers*<br>*Office of International Claims and*<br>  *Investment Disputes*<br><br>United States Department of State<br>Washington, D.C. 20520<br>Office of the Legal Adviser<br>2201 C Street, N.W.<br>Suite 5519 | VINCENT M. GARVEY<br>Deputy Branch Director<br><br>   */s/ Alexander K. Haas*   <br>ALEXANDER K. HAAS (CA 220932)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Federal Programs Branch<br>Post Office Box 883, Room 1030<br>Washington, D.C.  20044<br>Tel: (202) 307-3937  Fax:  (202) 616-8460<br>*Attorneys for the United States* |