UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEMBEC INC., TEMBEC INVESTMENTS INC., TEMBEC INDUSTRIES INC., ) ) ) ) Petitioners, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) | No. 05-CV-2345 (RMC) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Carlton E. Greene, Trial Attorney, U.S. Department of Justice, Civil Division, as additional counsel for the United States in this action.

Dated: August 7, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH WAINSTEIN
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

  /s/ Carlton E. Greene
CARLTON E. GREENE (VSB 41497)
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
Post Office Box 883
Washington, D.C.  20044
Tel: (202) 514-4938
Fax:  (202) 616-8202
E-Mail: carlton.greene@usdoj.gov

Attorneys for the United States