UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEMBEC INC., TEMBEC INVESTMENTS INC., TEMBEC INDUSTRIES INC.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 05-CV-2345 (RMC)<br>)<br>)<br>)<br>)<br>) |

**RESPONDENT'S FACTUAL NOTICE**

Respondent respectfully apprises the Court of the following new facts relevant to this case:

1. On July 1, 2006, after several weeks of negotiation, Canada's International Trade Minister David Emerson and United States Trade Representative ("USTR") Susan Schwab met in Geneva, Switzerland, to initial an agreement between the Government of Canada and the United States Government.  This agreement amplifies and memorializes the basic terms of the settlement announced by the Trade Minister and USTR on April 27, 2006.  See Press Release, Office of the United States Trade Representative, "U.S., Canada Reach Final Agreement on Lumber Dispute," (July 1, 2006) (available on the USTR website at http://www.ustr.gov/ Document_Library/Press_Releases/2006/July/US,_Canada_Reach_Final_Agreement_on_ Lumber_Dispute.html?ht=).

2. The agreement would provide for resolution of antidumping and countervailing duty disputes involving softwood lumber from Canada, the return to importers of much of the estimated antidumping and countervailing duties collected by the United States, and dismissal of

all litigation stemming from prior orders, including specifically the dismissal of this case.

3.  The agreement has not been signed yet and is being reviewed by attorneys for the two governments.  We further understand that consultations are taking place between the Government of Canada and Canadian stakeholders.  The agreement cannot enter into force until specific preconditions are met, including approval of the export charge system by the Canadian Parliament, which returns in September 2006.

4.  Currently, the parties are scheduled to provide oral argument on Petitioner's Motion to Vacate Arbitration Award (Docket No. 7) on August 14, 2006.

5.  Respondent alerts the Court to the above facts in the event that the Court, in the interests of prudence and judicial economy, believes it appropriate to postpone the August 14, 2006, oral argument currently scheduled in this case pending further developments regarding the agreement.  Respondent will keep the Court apprised of further relevant developments as they occur.


Dated: August 7, 2006                                    Respectfully submitted,

                                                         PETER D. KEISLER
OF COUNSEL:                                              Assistant Attorney General

MARK A. CLODFELTER                                       KENNETH WAINSTEIN
Assistant Legal Adviser                                  United States Attorney

| | |
|---|---|
| ANDREA J. MENAKER<br>Chief, NAFTA Arbitration Division<br>MARK S. MCNEILL<br>JENNIFER THORNTON<br>Attorney-Advisers<br>Office of International Claims and<br>  Investment Disputes<br>United States Department of State<br>Washington, D.C. 20520<br>Office of the Legal Adviser<br>2201 C Street, N.W.<br>Suite 5519 | VINCENT M. GARVEY<br>Deputy Branch Director<br><br>  /s/ Carlton E. Greene<br>CARLTON E. GREENE (VSB 41497)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Federal Programs Branch<br>Post Office Box 883<br>Washington, D.C.  20044<br>Tel: (202) 514-4938<br>Fax:  (202) 616-8202<br>E-Mail: carlton.greene@usdoj.gov<br><br>Attorneys for the United States |