UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TEMBEC, INC.**, *et al.*,  ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-2345 (RMC) |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER

In view of the Respondent's Factual Notice [Dkt. #19], filed on August 7, 2006, it is hereby

**ORDERED** that the motions hearing set for August 14, 2006, is **VACATED**; and it is

**FURTHER ORDERED** that, no later than **August 17, 2006**, Petitioners shall **SHOW CAUSE** why the Court should not stay this matter and enter an order directing the parties to submit a joint status report in approximately 60 days concerning the status of the international agreement between the United States and Canadian governments.

**SO ORDERED**.

Date: August 8, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge