Inside US Trade

# CANADA SIGNALS LUMBER DEAL DEAD WITHOUT INDUSTRY SUPPORT

Date: August 4, 2006

Canadian Trade Minister David Emerson this week said a softwood lumber agreement between the U.S. and Canada is dead unless more of the Canadian industry rallies to support the deal. Emerson told reporters on July 31 that the Canadian government would not bring the agreement to its Parliament unless it has sufficient industry support.

"I think it is fair to say that if we do not have sufficient buy-in from industry there really isn't an agreement to bring before Parliament and so the first bridge we have to cross is to get the agreement supported by the appropriate number of players in the industry," Emerson said. "Otherwise, you're dead before arrival."

This is a significant shift for Emerson, who previously had indicated a vote in Parliament was all but inevitable. He had also said the lumber industry did not have the ability to veto the deal that had been agreed to by the two governments.

Several industry sources speculated that Emerson was now indicating a deal would not go to a vote in Parliament unless there is sufficient industry support because the government no longer wants to force an election on this issue. Previously, the minority conservative government was seen as interested in forcing an election over the lumber deal because it was seen as popular in Quebec, and an election was seen as a chance for the conservative government to win a majority.

However, the government's poll numbers have fallen, and industry sources said it does not now appear to be as interested in holding a new election. One of these sources said industry opposition has become a "convenient front" not to present the deal to parliament.

While Canada's Parliament does not have an up or down vote on the U.S.-Canada deal, Canada does need it to approve a new export tax that would be collected on softwood lumber exports to the United States. The tax would replace antidumping and countervailing duties now in place that total 11 percent.

Emerson, a former lumber industry executive, said he would be wrapping up discussions "shortly" with lumber company chief executive officers. But he signalled no interest in renegotiating the deal announced by the U.S. and Canada on July 1, and industry sources said they have received no word from the Canadian government that it would support asking the U.S. to continue talks on the deal.

The alternative to the deal on the table "is not some utopian free trade arrangement that we have not seen in softwood lumber throughout history," Emerson said. He said the alternative to the current deal is the uncertainty of further litigation on lumber. While he said Canada could win its fight in various courts to have the duties removed and the $4.6 billion in deposits collected so far returned to importers of record, he said this would take a long time.

He also said this could lead U.S. producers to petition for new antidumping and countervailing orders on softwood lumber, which he said would result in mill shut-downs and lost jobs. The U.S.-Canada deal would remove the duties and return all but 20 percent, or a maximum of $1 billion, of the deposits to U.S. importers of record, which are generally affiliated with Canadian mills.

The deal also would commit U.S. producers not to petition for new antidumping and countervailing cases. However, a termination clause in the agreement, which is a sticking point for much of the Canadian industry, would allow the U.S. to kill the agreement after it is in effect for two years, and to start a new trade case three years into the agreement.

In addition, Canadian producers complain that the U.S. could bring a new case earlier than three years into the agreement if Canada were to pull out of the agreement. This is too short a "peace," according to much of the Canadian industry, to agree to a deal that could leave as much as $500 million with members of the Coalition for Fair Lumber Imports, which petitioned for the original cases. They fear this money could be used to fund new cases in the future.

The Canadian industry effectively has a veto on the deal since it would require all parties to drop all litigation in the dispute. Another part of the deal calls for importers representing 95 percent of the collected deposits to agree to allow a portion of those deposits to remain in the U.S., with half of the U.S. share going to members of the Coalition.

Emerson previously had suggested Canada might change parts of the deal if it could not get sufficient industry support to meet these two hurdles. This week, however, he said Canada's position was that it needed to get 95 percent of the deposit recipients to support the deal, and that companies would have to agree to drop litigation.

While he said that technically the two countries could agree to mutual changes to the deal, he stopped well short of saying that Canada would pursue changes. He also said the government would not force the deal on companies.

The Coalition for Fair Lumber Imports has called on the Bush Administration not to change the deal, as have some members of the U.S. Senate.

Emerson said if the government brings an agreement to its Parliament, it would probably be a "confidence vote" since Parliament would be voting on a tax measure backed by the government. The government would call an election if it lost a confidence vote.

Separately, another key lumber company this week announced its opposition to the lumber deal. In an announcement to stockholders in its second quarter 2006 report, Quebec's Domtar Inc. said it "remains critical of the proposed framework agreement, considering Canada's many key legal victories." The settlement "would deprive our shareholders of 20 percent of the duties collected so far by the U.S. Government, with no guarantee of a long-standing trade peace," said Raymond Royer, Domtar's president and chief executive officer.

One private-sector source said it was significant that Domtar criticized the deal in the context of a report to stockholders, since Emerson has suggested that stockholders of lumber companies would be support the deal since it would return a large portion of the deposits to the Canadian companies.

The U.S. won a victory on softwood lumber this week at the Court of International Trade. In an Aug. 2 decision, the CIT dismissed a suit brought by Ontario producers that the U.S. and Canada could not suspend a North American Free Trade Agreement extraordinary challenge committee proceeding related to lumber.

INSIDETRADE-24-31-7