**Reuters**
July 31, 2006            Total Pages: 1 of 2

Fate of Canada-US softwood deal uncertain

Canada will be forced to declare a contentious softwood lumber trade deal with the United States "dead before arrival" unless it gets more companies on board in the next few weeks, Trade Minister David Emerson said on Monday.

In a parliamentary hearing, Emerson suggested for the first time that there was room to amend the accord by consent of both governments but denied there were any talks under way to that effect. A spokeswoman from his office later clarified that any amendments could only take place after the July 1 deal had gone into force.

The Conservative government had previously stressed that there was no chance of improving the deal because negotiations had terminated.

The minister will make one last push to sell the deal, wrapping up talks "shortly" with top executives of the softwood industry, which last year exported $7.4 billion worth of lumber to the U.S. market. Softwood, such as spruce and pine, is used in construction markets.

"I think it's fair to say that if we do not have sufficient buy-in from industry, there really isn't an agreement to bring before Parliament," Emerson told reporters after appearing before a parliamentary trade committee.

"So the first bridge we have to cross is to get the agreement supported by the appropriate number of players in the industry, otherwise you're dead before arrival," he said.

The trade deal would return $4 billion to Canada, but give $1 billion to the U.S. lumber producers whose complaint in 2001 sparked the latest five-year trade battle.

Critics of the agreement in Canada have argued that Ottawa has given away too much. The chief executive of Canfor, a key supporter and head of Canada's largest softwood firm, said on Friday he doubted the deal would actually be implemented without some of the changes urged by critics.

As it stands, the deal cannot be implemented unless Ottawa persuades the lumber companies that have paid 95 percent of the duties to sign on to the deal, and all litigation must be dropped.

Emerson declined to say what might happen if that threshold of approval wasn't reached.

"We'll cross that bridge when we get to it," he said when asked about the consequences of just one firm refusing to drop litigation.

"It is technically possible for both parties to agree to changes to the agreement," Emerson said. "Our position is that we have to get 95 percent of the deposit recipients for this to proceed."

The opposition Liberals bashed the government for what it called contradictory messages to industry, given its previous insistence that any change was impossible.

**Reuters**
July 31, 2006          Total Pages: 2 of 2

"Now we learn straight from the Industry Minister Emerson himself that this is not the case, that there is an 18-month timeframe for amendments to be made by agreement by both parties," Liberal trade critic Dominic LeBlanc said.

With an expected slump in the lumber market as U.S. housing construction slows, Emerson said the deal would protect Canada from further protectionist action by embattled U.S. firms.

"Think of a world where the markets are going into the ditch, which is what we're experiencing today," said Emerson. "If you think the U.S. industry is not going to take this opportunity to take trade action, think again."

**Reuters**
July 31, 2006                Total Pages: 1 of 1

Canfor CEO doubts lumber deal will be implemented

By Allan Dowd

VANCOUVER, British Columbia (Reuters) - The head of Canfor Corp., Canada's largest softwood producer, said on Monday he doubts a deal by Canada and the United States to end their lumber trade fight will get implemented without changes, even though he supports the agreement.

Canfor chief executive Jim Shepherd said he thinks the two governments might be open to some modifications, but he also warned that some treaty critics within the Canada are being politically unrealistic about what changes they can achieve.

"I think an awful lot of work will be done to see if we can salvage this thing, but at this point it seems very discouraging that this will happen," Shepherd told reporters and analysts in a conference call.

Critics of the deal within the Canadian lumber industry have argued that Ottawa gave away too much in the deal designed to end latest flare-up in the decades-old fight over U.S. allegations that Canada subsidizes its lumber producers.

Shepherd acknowledged there are changes Canfor would also like to see made, but said a problem in reopening negotiations again is that the Canadian industry cannot agree within itself what it wants.

"I think each company and each region feels quite sincere about their needs... If there was one item, or two or three that could get enough support in this country I am not sure what it is at this point," Shepherd said.

He said Canfor backs the accord because it will end some of the uncertainty about Canada's access to the U.S. lumber market, although he said it does not solve the issues that sparked the trade fight.

Canadian Trade Minister David Emerson repeated his position on Monday that he was doubtful improvements could be made in the deal, and the main U.S. lumber lobbying group says it will not reopen talks.

The deal replaces U.S. duties on Canadian softwood, which is used in housing construction, with Canadian taxes and quotas designed keep prices from dropping too low. It would also refund 80 percent of the $5 billion paid in U.S. duties by Canadian firms since 2002.

The agreement initialed by the countries on July 1 is expected to be voted on by Canada's Parliament in September.

But before it can go into force, Ottawa must get Canadian lumber companies that have paid 95 percent of the duties to sign on to the deal, and drop any litigation they filed during the trade fight.

Canfor has paid $786 million in duties, a large enough share that it could probably block the deal singlehandedly. But the agreement's critics say that even without Canfor they have enough companies refusing to sign on to stop implementation.

"It's just common sense would say if there are no changes to the deal it is highly problematic that this deal will go ahead, and we'll just continue with litigation until its final conclusion," Shepherd said.

## Canadian Press
July 31, 2006        Total Pages: 1 of 2

Softwood deal may not get as far as Commons vote

JENNIFER DITCHBURN

Ottawa — Trade Minister David Emerson says the beleaguered Canada-U.S. softwood deal might never make it to the House of Commons, a departure from earlier warnings that the government was prepared to fight an election on the issue.

"It is fair to say that if we do not have sufficient buy-in from industry there really isn't an agreement to bring before Parliament," Mr. Emerson said Monday.

"So the first bridge we have to cross is to get the agreement supported by the appropriate number of players in the industry, otherwise you're dead before arrival."

A few weeks ago, Prime Minister Stephen Harper declared the treaty the best deal Canada was going to get, and said the legislation to implement it would constitute a confidence motion for the minority Conservative government.

But persistent criticism from provincial governments and the lumber industry have raised the possibility the deal with wither away before the scheduled fall vote. The document signed by the Canadian and U.S. governments requires that 95 per cent of the Canadian industry support the agreement, a threshold that at the moment seems unlikely to be met.

Even Canfor, a major lumber firm that is backing the deal, said Monday the pact is unlikely to survive without changes.

"Unfortunately you know everyone is going to held to the wishes of a few or many depending on just how real these needs are ...," said Canfor CEO Jim Shepherd.

"If there are no changes to the deal, it is highly problematic that this deal will go ahead and we will just continue with the litigation to its final conclusion."

Mr. Emerson told MPs at a special meeting of the Commons trade committee that the "negotiations are over," and there would be no new-and-improved deal.

But when pressed later, Mr. Emerson acknowledged that there is clause in the treaty that allows the countries to make amendments. He said Canadian and U.S. industries could technically propose changes that could be implemented.

"It is technically possible for both parties to agree to changes to the agreement — that is written into the agreement," he said.

That's certainly what Saskatchewan's Forestry Minister Eldon Lautermilch said he was hoping for. He said the deal was unfair and unworkable for the province.

"Canada should now be working to address the inequities in the deal," he told the trade committee.

And yet rather than entertain the concept of more negotiations, Mr. Emerson has been aggressively trying to persuade provincial governments and industry players that the agreement signed July 1 is the best overall solution to the decades-old dispute.

Mr. Emerson's message is that there are only two options: sign-on to the new treaty, or continue with drawn out, costly litigation and escalating tariffs from south of the border.

## Canadian Press
July 31, 2006          Total Pages: 2 of 2

"There is no doubt that if we walked away from the agreement, the industry in the U.S. would start another (trade) action against Canada," Mr. Emerson said.

"Think about a world where (housing) markets are going into the ditch ... consumer confidence is plummeting, and if you think the U.S. industry isn't going to take the opportunity to go after Canada again, think again."

While Mr. Emerson went into detailed predictions about what would happen if the deal isn't supported, he would not address the "hypothetical" scenario of the deal collapsing because a single Canadian company refused to drop its lawsuit against the United States.

"We'll cross that bridge when we come to it," he said of the possibility.

Abandoning litigation is a central requirement of the treaty, and one that rubs many industry players the wrong way since Canada has been successful in nearly all its cases against the United States.

Ten days ago, Canada won a key case at the U.S. Court of International Trade. Washington has not said if it will appeal the ruling.

The agreement would return roughly 80 per cent or $4.3-billion in penalties to the Canadian softwood industry. Businesses would be bound by rules and quotas designed to prevent too much less expensive Canadian lumber from going into the United States in any given month.

The deal would last for seven years, but the U.S. could declare it's withdrawing within two years. Mr. Emerson noted that most major trade agreements, including NAFTA, have six-month termination clauses.

# Prince George Citizen
August 1, 2006                                    Total Pages: 1 of 2

More doubt raised over lumber deal
Byline: Gordon Hoekstra

Canfor Corp. president Jim Shepherd says there's little chance the softwood deal negotiated by Canada and the U.S. last month will go ahead without changes, although his company supports the negotiated deal.

"Positions, principles and stakes in the ground have been planted over the years in this file, and I think either regions of the country, or specific companies, have stated very clearly they need their needs met," Shepherd told analysts and reporters on a conference call Monday to discuss the company's financial results.

"Unfortunately, everyone is going to be held either to the wishes of a few or many depending on how real their needs are," he said. "I think just common sense would say if there's no changes to the deal, it's highly problematic the deal would go ahead."

More doubt on whether the deal will proceed was raised Monday when International Trade Minister David Emerson said the negotiated settlement might not proceed to a vote in Parliament if there is not enough support from provinces and industry.

That's a departure from an earlier position, when the Conservative government said the deal would be put to a confidence vote when Parliament resumes in September.

Shepherd says he's not opposed to refining the deal -- for which the federal government says negotiations are finished -- but also warned that rejecting the deal will simply mean more trade action from the U.S.

Even if Canada was to win a final legal victory -- Canada had another major legal win last week -- the U.S. would immediately launch another trade complaint, said Shepherd.

Another trade action would be the fifth by the U.S. over **softwood lumber** in the past two decades.

"With a disappointed and supportive U.S. government, I just cannot get my mind around liking our chances again," said Shepherd.

"So, I feel the certainty of this deal outweighs the alternatives."

With the Canadian government and the U.S. **Coalition for Fair Lumber Imports** both clearly stating negotiations are over, it's unclear how the deal could be changed to satisfy critics of the deal.

Industry associations in B.C., Alberta, Ontario and Quebec have said the deal needs changes.

Shepherd said he doesn't know exactly what points would need to be changed to gain support for the deal across Canada.

A key concern in Canada has been the inclusion of a clause which would allow the seven-year deal to be terminated by the U.S. after two years.

There is also a one-year waiting period before the U.S. could launch another trade complaint.

But critics, which include the federal NDP and Liberal opposition, say it undermines the long-term peace the deal could bring.

## Prince George Citizen
August 1, 2006                           Total Pages: 2 of 2

B.C. is also seeking a border measure exemption for lumber produced from logs on private land in the province, better provisions for the lumber remanufacturing sector and more workable running rules.

The deal can be blocked because it needs the agreement of companies representing at least 95 per cent of the tariffs on deposit with the U.S.

Shepherd acknowledged a key risk of the negotiated deal is the sliding lumber price trigger points that increase the export tax rate. If the deal was in force now, slumping lumber prices mean companies would be paying a 15-per-cent tax to Canada under an exclusive export tax, expected to be the measure adopted in B.C.'s Interior.

Most Canadian producers are paying tariffs of 10.81 per cent now to the U.S.

The slumping lumber prices -- a result of a slowing housing market in the U.S. -- impacted **Canfor's** results in the three months ending in June.

Although the company posted a $39.2-million profit for the quarter, its results were significantly boosted by a tax adjustment and foreign exchange gain on long-term debt. Without these gains, the company would have lost $22.9 million in the quarter.

Canfor is also being impacted by a rising Canadian dollar. While the company -- which has extensive operations in northern B.C. -- has been running mills flat out during the five-year trade dispute to help reduce per-unit costs, it announced temporary down time this summer at Mackenzie and Fort St. John. It also rolled back its Houston sawmill from three shifts to two.

Shepherd did not rule out more down time if prices remain low and the dollar high.

Canfor paid out another $22.7 US million in tariffs in the second quarter, bringing its total to the end of June to $786 million US.

# Ottawa Citizen
### August 1, 2006

Total Pages: 1 of 1

**National: Wood deal could be 'dead before arrival'**
Section: News

The Conservative government acknowledged yesterday the controversial softwood-lumber agreement could be "dead before arrival" and may not go before Parliament this autumn for a possible election-triggering vote. Trade Minister David Emerson, while warning of dire consequences for Canadians if the tentative accord is scrapped, said the government won't bring forth legislation unless and until it convinces the industry to reverse its current vehement opposition to the deal.

## CBC.CA
July 31, 2006          Total Pages: 1 of 1

**No industry support, no softwood vote: Emerson**

International Trade Minister David Emerson said he won't bother sending the Canada-U.S. **softwood lumber** trade deal to the House of Commons if he doesn't have enough support from provinces and those within the industry.

He said that without their support there really isn't an agreement to bring before Parliament and "you're dead before arrival."

The Conservatives have said they would treat the softwood deal as a confidence motion that would bring down the government if the Opposition votes against it.

Lumber industry representatives in B.C., Alberta, Quebec, and the B.C. government have expressed concern about the final draft of the softwood deal.

Asked about B.C. specifically, Emerson said that he hoped at the end of the day, the government would see the "wisdom" in supporting the deal.

Emerson met with reporters after answering questions about the deal before a Commons committee Monday in Ottawa. He said people need to accept the current deal, because there won't be an opportunity to negotiate another one for several years.

"Don't think for a second that we can walk away from this agreement and...when we feel like it go and negotiate another one. That is not going happen, I can assure you," Emerson said.

"If anyone thinks that the [U.S.] president is going to come back and negotiate sofwood lumber after the prime minister and the president have put so much capital on the table to deal with this issue...I suggest you give your head a shake."

Under the softwood agreement, the U.S. would give back 80 per cent of the tariffs that were imposed on Canadian lumber. That means import duties of $4 billion the U.S. charged Canadian companies since 2002 will be returned. But the U.S. keeps $1 billion.

In return, Canada would limit its softwood exports to the U.S. It would also tax those exports if the price of **softwood lumber** falls.

Emerson stressed that the alternative to a deal would be a continuation of litigation over a long period of time.

**The National Post**
August 1, 2006    Total Pages: 1 of 2

# LUMBER DEAL NEAR COLLAPSE

## SUPPORT LACKING: OTTAWA
### Emerson warns lumber leaders of 'consequences'

BY PAUL VIEIRA

OTTAWA • The proposed Canada-U.S. softwood lumber agreement is on the verge of collapse unless Ottawa and industry can agree to changes, both sides of the controversial deal said yesterday.

The warnings came from industry groups both for and against the deal, and for the first time, from the federal government, which until yesterday had vowed not to reopen the pact negotiated between Canada and the United States.

"I think it is fair to say that if we do not have sufficient buy-in from industry, there really isn't an agreement to bring before Parliament, and so the first bridge we have to cross is to get the agreement supported by the appropriate number of players in the industry," International Trade Minister David Emerson told reporters after appearing before a parliamentary committee studying the deal. "Otherwise, you're dead before arrival."

Mr. Emerson said the government would not bring the agreement to Parliament this fall for a vote unless it has the support from the bulk of industry.

The Conservatives said last month a vote would be held, with or without industry support, when Parliament resumed in September and that it would be deemed a matter of confidence — meaning its defeat would spark an election.

The July 1 settlement needs approval from 95% of the companies that would be in line to receive more than $4-billion in duties collected by Washington, as envisaged under the pact. Also, all legal action against the United States has to be dropped.

Yesterday, one of the agreement's most enthusiastic industry backers said the Conservative government would have to contemplate changes if it wishes to obtain industry support.

"I think an awful lot of work will be done to see if we can salvage this thing, but at this point it seems very discouraging that this will happen." **Canfor Corp.** chief executive Jim Shepherd told analysts during a conference call yesterday.

Mr. Shepherd's comments were echoed by Carl Grenier, head of the Free Trade Lumber Council and one of the agreement's most vocal critics.

"As we speak now, the conditions can never be met," Mr. Grenier said in an interview. "The trend line is against it. The deal is in trouble — there is no doubt about it. And that's why it is all the more hard to understand [why] the government is adamant that the deal is done and there is no room for more negotiations."

On Friday, two B.C. producers with enough clout to kill the deal — **West Fraser Timber Co. Ltd.** and **International Forest Products Ltd.** — indicated their disapproval of the deal.

In testimony yesterday before a special session of the House of Commons trade committee, Mr. Emerson reiterated that negotiations were over and said it was time for the industry to reflect on the consequences should it die.

"Look long and hard at the alternatives we face as an industry and as a country," Mr. Emerson said. "Companies are going to have to think about their shareholders, their employees, the communities that they operate in and make that decision."

Mr. Emerson said killing the deal all but ensures the likelihood of another long legal trade war launched at the behest of the U.S industry and a protectionist Congress. "The choice is not between this negotiated agreement and some Utopian model of free trade," he said.

See LUMBER on Page FP5

**The National Post**
August 1, 2006     Total Pages: 2 of 2

# LUMBER

# 'Don't think we can walk away and negotiate another deal'

*Continued from Page FP1*

"Don't think we can walk away and, when we feel like it, negotiate another trade deal to our liking. Give your head a shake because that is not going to happen."

Mr. Emerson told reporters he is continuing to meet with industry leaders about the deal.

Behind the scenes, however, industry sources say Ottawa appears more receptive in trying to accommodate the concerns of the sector.

"If there is any way of clarifying the concerns of industry without reopening the deal, then I think Ottawa would be open to that idea now," one source said.

Such concerns could be addressed, trade lawyers say, is through so-called letters of intent, which are common in international trade agreements.

But the powerful U.S. Coalition for Fair Lumber Imports has said it considers the wording of the agreement final and not open to changes.

The deal has attracted opposition from industry players for a number of reasons: Its termination clause, which can be exercised after 23 months; the way value-added lumber exports would be taxed at the border; and so-called "running rules" that critics say take away from the trade certainty the agreement is supposed to provide.

Under the deal, domestic lumber producers are set to receive just over $4-billion, or 80%, of the duties collected by Washington over the years.

The trade agreement would replace the U.S. duties with taxes and export quotas imposed by Canada on its own producers in a bid to make sure they do not capture too large a portion of the U.S. market.

Last year, Canada exported $7.4-billion of softwood lumber to the United States, where it is mostly used in housing construction.

*Financial Post, with files from Reuters News Agency*
*pvieira@nationalpost.com*



**EMERSON'S SOFTWOOD SHUFFLE**

**JULY 13**: 'We should be very clear this agreement will go to Parliament. We do not intend to hand out a veto of that kind [to the Canadian lumber industry]. This agreement will have to be decided on by Parliament'

**YESTERDAY**: 'If we do not have sufficient buy-in from industry there really isn't an agreement to bring before Parliament. We have to ... get the agreement supported by the appropriate number of players in the industry. Otherwise, you're dead before arrival'

David Emerson, International Trade Minister, has been handling the now-floundering softwood deal between Canada and the U.S.

The Globe and Mail
August 1, 2006    Total Pages: 1 of 1

## ||| RESOURCES

# Canfor warns on slumping U.S. house market

### Downtime at mills adds to unit costs

BY PETER KENNEDY, VANCOUVER

Canada's largest lumber producer, Canfor Corp., sees trouble ahead in a slowing U.S. housing market that has sent key timber prices tumbling to a below-break-even level for a large part of the forestry industry.

"With rising interest rates and a changing mindset in many of the home builder communities, it is clear that we will have challenging market conditions," Canfor chief executive officer Jim Shepherd said.

Mr. Shepherd issued the warning during a conference call to discuss second-quarter results, which were released on Friday and which analysts have described as disappointing. With operations in Canada, Quebec and the United States, Vancouver-based Canfor has been hit by the impact of reduced production volumes and higher average unit costs as a result of unplanned downtime in its wood panel and lumber mills.

To assist the company in expanding its engineered wood and panel divisions, it recently hired Patrick Bonkemeyer, a former general manager of wood products with U.S. giant Louisiana Pacific Corp.

With U.S. construction activity appearing to be on a downward trend, analysts say conditions aren't expected to get any easier for major lumber producers like Canfor, which has seen its share price tumble from around $14.80 in May. It rose 9 cents to $11.14 on the Toronto Stock Exchange yesterday.

Single family housing starts in the United States slipped to an annualized rate of 1.46 million units in June, down from a peak of 1.81 million in January. "It's an ominous sign for lumber markets," said Patricia Mohr, vice-president of Scotia Economics.

### 'I do think that average lumber prices will remain at a low ebb for the next 12 months.'

The price of spruce-pine-fir two-by-fours has fallen to $277 (U.S.) for 1,000 board feet from $328 a year ago. At current prices, even the most efficient producers are having trouble meeting their costs, which include an average 10.8-per-cent duty to cover softwood lumber shipments into the key U.S. market.

"I do think that average lumber prices will remain at a low ebb for the next 12 months," said Ms. Mohr, adding that in her view, U.S. housing starts will continue to slip in the near future.

Meanwhile, hopes that some of the pressure would be lifted by a deal to end the long running Canada-U.S. softwood lumber dispute appear to be slipping away.

Yesterday, Mr. Shepherd joined the chorus of lumber industry voices, who say the deal is unlikely to be implemented without changes. "Common sense would say that if there are no changes, it is highly problematic that this deal will go ahead," said Mr. Shepherd, while reiterating his previous stance that Canfor is prepared to live with the deal as its stands now.

During the conference call with analysts, Mr. Shepherd was asked about any plans the company may have relating to further expansion in the U.S.

"Our overriding strategy is to be an all-encompassing supplier of wood products to the home builder," he replied.

The Globe and Mail
August 1, 2006    Total Pages: 1 of 1

# Softwood deal could die, Emerson warns industry

**BY STEVEN CHASE, OTTAWA
AND PETER KENNEDY, VANCOUVER**

Scrambling to salvage the controversial Canada-U.S. softwood truce, International Trade Minister David Emerson warned the deal could end up "dead before arrival" unless support grows in Canada's forest industry.

His blunt words came as the head of Canfor Corp., Canada's largest lumber producer, predicted the deal is doomed unless it can be amended to assuage critics.

Industry unrest has continued unabated since July 1, when Ottawa and Washington initialled the deal.

Mr. Emerson, who began a public-relations counteroffensive yesterday to sell the deal, said there's no point in bringing an agreement before Parliament this fall — as the Tories had planned — unless industry support firms up.

See SOFTWOOD on page A5

**SOFTWOOD** *from page A1*

"I think it is fair to say that if we do not have sufficient buy-in from industry there isn't an agreement to bring before Parliament," he said.

Separately, Canfor chief executive officer Jim Shepherd said he doubts the July 1 softwood lumber deal will be implemented unless it is reopened and amended to address industry concerns — even though his company is prepared to live with the current agreement.

"Common sense would say that if there are no changes to the deal, it is highly problematic that this deal will go ahead," Mr. Shepherd said during a conference call to discuss the firm's second-quarter results.

Canadian softwood producers have what amounts to a veto over the deal. It can't proceed unless this country's companies withdraw about 30 lawsuits filed against the U.S. government in connection with the five-year-old dispute.

Mr. Shepherd's comments were the latest in a series of predictions by industry and provincial players who warned the deal could die if it's not sweetened.

But Mr. Emerson rejected calls to amend the deal, repeating the Tory government's month-old position that "negotiations have ended."

Asked whether he believes the balance of opinion in Canada backs the deal, the trade minister said it was "too soon to say." That's different from early July when Mr. Emerson said he believed most producers endorsed the agreement.

Appearing before a House of Commons committee, Mr. Emerson warned that things would turn "ugly" if Canada rejected the softwood deal, because the U.S. timber lobby would launch fresh trade campaigns against this country and drive up timber-duty rates.

"I am here to tell you I think the litigation cycle would be coming our way, and it would be ugly, there would be job losses, there would be company failures, communities would be in very difficult situations," he told MPs.

Mr. Emerson also warned that negotiations would be "gone as an option for a minimum of three years" if industry rejects the deal.

"Don't think for a second that we can walk away from this agreement and, when we feel like it, go and negotiate another one. That is not going to happen, I can assure you," he said, adding the White House has no more appetite for negotiations.

"If anyone thinks that the president is going to come back and negotiate softwood lumber after the prime minister and the president have put so much capital on the table to deal with this issue in his time in office, I suggest you give your head a shake."

Responding to questions from financial analysts, Mr. Shepherd reiterated his well-known position that Canfor is prepared to accept the risks in the July 1 deal — in return for the certainty that it would bring to Canadian industry.



Trade Minister David Emerson testified before the House of Commons standing committee on International trade in Ottawa yesterday.

Times-Colonist
August 1, 2006        Total Pages: 1 of 1

# Lumber deal on thin ice

**Canada will be forced to declare softwood accord 'dead before arrival' unless more companies support it, says trade minister**

By Peter O'Neil
CanWest News Service

OTTAWA — The Conservative government acknowledged Monday the controversial softwood lumber agreement could be "dead before arrival" and may not go before Parliament this autumn — as promised — for a possible election-triggering vote.

International Trade Minister David Emerson, while warning of dire consequences for Canadians if the tentative accord is scrapped, said the government won't table legislation unless and until it convinces the industry to reverse its current vehement opposition to the deal.

"I think it is fair to say that if we do not have sufficient buy-in from industry there really isn't an agreement to bring before Parliament," Emerson told reporters after appearing before a parliamentary committee studying the deal. "And so the first bridge we have to cross is to get the agreement supported by the appropriate number of players in the industry. Otherwise you're dead before arrival."

The July 1 agreement requires companies representing 95 per cent of the more than $5 billion Cdn in duties paid since the dispute began in 2001 must support the agreement, and all companies now suing the U.S. government must drop their legal actions.

He said Monday the government still stands by that provision, though he acknowledged both governments are free to negotiate a change.

Emerson's comments represent a dramatic reversal from his aggressive tone during a July 13 media conference call, when he insisted industry didn't hold a veto on the deal and stressed MPs would vote on the agreement. "I think we should be very clear that this agreement will go to Parliament," Emerson said then. "The 95 per cent (provision) does not represent a hard and fast veto. We do not intend to hand out a veto of that kind, we will be going forward and this agreement will have to be decided on by Parliament."

Prime Minister Stephen Harper has already said he would treat the softwood lumber legislation as a matter of confidence that could topple his minority government.

However, recent polls have indicated Harper's Tories may not have enough support to win a majority government, in part due to the government's policies in Afghanistan and the Middle East.

The B.C. government, representing the province that ships roughly half the $10 billion in annual softwood lumber exports to U.S. markets, opposes the deal. So do industry associations in the four key exporting provinces of B.C., Quebec, Ontario, and Alberta.

"This deal is not commercially viable," said Jamie Linn, speaking Monday to MPs on behalf of the Ontario Forest Industries Association.

Trevor Wakelin, of the Alberta Softwood Lumber Trade Council, told the committee the current deal would have a "dramatic" negative impact on his member companies.

He said a pan-Canadian position is being developed to urge the Harper government to re-open negotiations to extract more American concessions.

Emerson insisted Monday negotiations are over, but at the same time left open the possibility of changes to accommodate industry complaints. "I said it's final — at this time," Emerson told MPs, eliciting chuckles from industry lobbyists attending the gathering.

Emerson spent much of his presentation to MPs warning of the dangers of killing the accord.

While Canada has won a string of legal victories before panels struck under the North American Free Trade Agreement, Emerson said the powerful U.S. lumber lobby will quickly launch a new round of attacks — perhaps with the help of new laws enacted by friendly American legislators to further punish Canadian producers.

"It would be ugly," said the former chief executive of forestry giant Canfor Corp. "There would be job losses, there would be company failures, communities would be in a very, very difficult situation."

He said Canadians who see a "utopian" ending to the current legal battle, resulting in unfettered free trade, underestimate the Americans' ability to cook up "spurious" new trade actions.

Emerson, who said he'll be meeting soon with industry executives to discuss the deal, said it's "too early" to determine if the government has sufficient support.

**The Province**
August 1, 2006    Total Pages: 1 of 1

INTERNATIONAL TRADE DISPUTES

# MPs may not get to vote on softwood-lumber deal

OTTAWA -- Trade Minister David Emerson says the Canada-U.S. softwood-lumber deal might not make it to a vote in the Commons.

Emerson said yesterday that if the provinces and lumber businesses don't agree with the deal, it won't go to MPs for a vote.

The minority Conservative government has warned that the trade deal would represent a confidence motion that, if defeated, would bring down the government.

The minister was defending the controversial deal at a Commons trade committee meeting. The deal to end the long-standing trade dispute has faced widespread criticism from industry and provincial governments.

In Vancouver, Canfor Corp. CEO Jim Shepherd said that he supports the deal negotiated by Ottawa, but that "common sense" suggests it is unlikely to get necessary backing from the Canadian industry without some changes.

"Positions and principles and stakes in the ground have been planted over the years on this file and I think that either regions of the country or specific companies have stated very clearly that they need their needs met," Shepherd told a conference call with financial analysts.

"Unfortunately, you know, everyone is going to hold to the wishes of a few or many depending on just how real this needs are... If there are no changes to the deal, it is highly problematic that this deal will go ahead and we will just continue with the litigation to its final conclusion."

The agreement contains clauses requiring the industry to withdraw from more than two dozen pieces of trade litigation and to give Ottawa control of U.S. duty refunds.

The deposit-refund plan requires Canadian exporters totalling 95 per cent of the deposits to sign waivers giving Ottawa control of the money for distribution.

Well over 50 per cent have said they won't sign unless the agreement is changed.

Critics of the agreement were buoyed by recent decision by the U.S. Court of International Trade, which affirmed that the U.S. government was illegally collecting lumber duties.

The softwood agreement replaces U.S. duties, which have been collected since May 2002, with a Canadian-imposed border tax or export quotas to restrict Canadian lumber shipments to the U.S. market when prices are depressed.

Canadian firms would get back about 80 per cent of the $5 billion US in duties they've paid, but U.S. coalition members would get to keep about $500 million US, with another $500 million going to joint marketing efforts and so-called meritorious projects such as hurricane reconstruction.

*— Canadian Press*

The Vancouver Sun
August 1, 2006    Total Pages: 1 of 1

# Softwood deal could be 'dead before arrival'

**BY PETER O'NEIL**
VANCOUVER SUN

OTTAWA — The Conservative government acknowledged Monday that the controversial softwood lumber agreement could be "dead before arrival" and may not go before Parliament this autumn — as promised — for a possible election-triggering vote.

International Trade Minister David Emerson, while warning of dire consequences for Canadians if the tentative accord is scrapped, said the government won't table legislation unless and until it convinces the industry to reverse its current vehement opposition to the deal.

"I think it is fair to say that if

See **SOFTWOOD** A2

**From A1**

we do not have sufficient buy-in from industry there really isn't an agreement to bring before Parliament," Emerson told reporters after appearing before a parliamentary committee studying the deal.

"And so the first bridge we have to cross is to get the agreement supported by the appropriate number of players in the industry. Otherwise you're dead before arrival."

The July 1 agreement requires that companies representing 95 per cent of the more than $5 billion in duties paid since the dispute began in 2001 must support the agreement, and that all companies now suing the United States government must drop their legal actions.

He said Monday the government still stands by that provision, though he acknowledged that both governments are free to negotiate a change.

Emerson's comments represent a dramatic reversal from his aggressive tone during a July 13 media conference call, when he insisted that industry didn't hold a veto on the deal and stressed that MPs would vote on the deal.

"I think we should be very clear that this agreement will go to Parliament," Emerson said at the time.

"The 95 per cent [provision] does not represent a hard and fast veto. We do not intend to hand out a veto of that kind; we will be going forward and this agreement will have to be decided on by Parliament."

Michael Wilson, Canada's ambassador to the U.S., mused during the same conference call about the possibility of the Conservatives campaigning against those who killed the agreement.

Prime Minister Stephen Harper has already said he would treat the softwood lumber legislation as a matter of confidence that could topple his minority government. However, recent polls have indicated that Harper's Tories may not have enough support to win a majority government, in part due to the government's policies in Afghanistan and the Middle East.

The B.C. government, representing the province that ships roughly half the $10 billion in annual exports to U.S. markets, opposes the deal. So do industry associations in the four key exporting provinces of B.C., Quebec, Ontario and Alberta.

"This deal is not commercially viable," said Jamie Linn, speaking Monday to MPs for of the Ontario Forest Industries Association.

Trevor Wakelin, chairman of the Alberta Softwood Lumber Trade Council, told the committee the deal would have a "dramatic" negative impact. He said a pan-Canadian position is being developed to urge the government to reopen negotiations to extract more concessions.

poneil1@hotmail.com
With files from Gordon Hamilton