UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TEMBEC, INC.,** *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA** ) <br> ) <br> Respondent. ) <br> ) | Civil Action No. 05-2345 (RMC) |

### ORDER

In view of the Petitioners' Response to the Order to Show Cause [Dkt. #21], filed on August 8, 2006, it is hereby

**ORDERED** that the Order to Show Cause [Dkt. #20] is **DISCHARGED**; and it is

**FURTHER ORDERED** that, no later than 4:00 p.m. on **August 10, 2006**, Respondent shall respond to Petitioners' submission and **SHOW CAUSE** why the Court should not reinstate the motions hearing formerly set for August 14, 2006.

**SO ORDERED**.

Date: August 8, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge