UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEMBEC INC., TEMBEC INVESTMENTS INC., TEMBEC INDUSTRIES INC., ) ) ) ) Petitioners, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) | No. 05-CV-2345 (RMC) |

**RESPONDENT'S RESPONSE TO PETITIONERS' AUGUST 8, 2006 SUBMISSION**

In compliance with this Court's order of August 8, 2006 (Docket No. 22), Respondent respectfully provides this response to Petitioners' submission of August 8, 2006 (Docket No. 21):

1. As Respondent previously has informed the Court, the softwood lumber agreement has not been signed, and cannot enter into force until various preconditions are met. See Resp.'s Factual Notice ¶3. In providing this notice to the Court, Respondent did not seek to provide a detailed list or characterization of all preconditions to enactment of the agreement, but instead merely to make the Court aware that an initialed -- but as yet unsigned -- agreement exists, which might impact the Court's decision to hold oral argument on Monday, August 14, 2006. Respondent chose this approach both because of the sensitivity of ongoing discussions in Canada regarding the agreement and because Respondent's pleading was intended as a factual notice rather than argument. However, to make sure that the Court has the information necessary to make its own assessment of the initialed agreement and its impact, Respondent attaches a copy of

the initialed agreement as Exhibit A.[1]  A list of preconditions to enforcement of the agreement appears at Article II.  See Ex. A.

    2.  Although the agreement does provide for dismissal of all pending claims as part of an overall resolution of the softwood lumber dispute, Petitioners are correct that this necessarily requires agreement of the parties to this action and to other specified litigation.  Provisions of the initialed agreement addressing pending litigation appear at Article II(1)(a) and Annex 10bis.  See Ex. A.

    3.  In response to Petitioners' observation that Petitioners and other litigants have not yet agreed to dismissal of their claims, and suggestion that the agreement may fail for lack of such concurrence or other reasons, see Pet.'s Resp. to Factual Notice at 1-2, Respondent can only say that Canada currently is engaged in discussions with industry stakeholders regarding the benefits and terms of the agreement.  Once again, given the importance and delicacy of this matter, Respondent believes it inappropriate to make any further characterization to the Court of how these discussions are proceeding or to predict their final result.

    4.  Nevertheless, because of the impact a finalized agreement would have on this case, Respondent believed it appropriate to make the Court aware of the existence of the initialed agreement and the proceedings surrounding it.  In doing so, Respondent has not affirmatively moved for postponement, but simply advises the Court of factual circumstances that the Court might find relevant in deciding whether to proceed with argument on the currently scheduled date.  Respondent stands ready to provide any further information that would be helpful to the

---

[1] The online document proffered by Petitioners, see Pet.'s Resp. to Factual Notice at 2 n.1, appears to be an earlier draft of the agreement.  Exhibit A contains the actual text of the agreement initialed by Canadian Trade Minister David Emerson and United States Trade Representative Susan Schwab on July 1, 2006, in Geneva, Switzerland.

Court in considering this issue. Furthermore, Respondent is fully prepared to provide oral argument to the Court on August 14, 2006, should the Court desire it.

Dated: August 10, 2006                                      Respectfully submitted,

                                                            PETER D. KEISLER
OF COUNSEL:                                                 Assistant Attorney General

MARK A. CLODFELTER                                          KENNETH WAINSTEIN
Assistant Legal Adviser                                     United States Attorney


ANDREA J. MENAKER                                           VINCENT M. GARVEY
Chief, NAFTA Arbitration Division                           Deputy Branch Director
MARK S. MCNEILL
JENNIFER THORNTON                                              /s/ Carlton E. Greene
Attorney-Advisers                                           CARLTON E. GREENE (VSB 41497)
Office of International Claims and                          Trial Attorney
   Investment Disputes                                      U.S. Department of Justice, Civil Division
United States Department of State                           Federal Programs Branch
Washington, D.C. 20520                                      Post Office Box 883
Office of the Legal Adviser                                 Washington, D.C.  20044
2201 C Street, N.W.                                         Tel: (202) 514-4938
Suite 5519                                                  Fax:  (202) 616-8202
                                                            E-Mail: carlton.greene@usdoj.gov

                                                            Attorneys for the United States