UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TEMBEC, INC.**, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2345 (RMC) |
| **UNITED STATES OF AMERICA** | ) ) ) | |
| Respondent. | ) ) ) | |

**ORDER**

In view of the Respondent's Factual Notice [Dkt. #19], filed on August 7, 2006, and the responses to the Court's orders to show cause entered thereafter [Dkt. ##21, 23], it is hereby

**ORDERED** that this action is **STAYED**; and it is

**FURTHER ORDERED** that, no later than **December 22, 2006**, the parties shall submit a joint status report concerning the status of the international agreement between the United States and Canadian governments.

**SO ORDERED**.

Date: September 24, 2006                                         /s/
                                                         ROSEMARY M. COLLYER
                                                         United States District Judge