UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEMBEC INC., TEMBEC INVESTMENTS INC., TEMBEC INDUSTRIES INC., ) ) ) ) Petitioners, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) | No. 05-CV-2345 (RMC) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties herewith stipulate that this civil action brought by Tembec, Inc. Tembec Investments Inc., and Tembec Industries, Inc. (collectively Petitioners), against Respondent the United States of America is dismissed with prejudice, subject to the terms and conditions of the Softwood Lumber Agreement 2006.  The parties agree that each will bear its own costs and attorneys fees.

Respectfully submitted,

       */s/ Elliot J. Feldman*
Elliot J. Feldman (D.C. Bar No. 418501)
Mark A. Cymrot (D.C. Bar No. 164673)
Michael S. Snarr (D.C. Bar No. 474719)
BAKER & HOSTETLER LLP
1050 Connecticut Ave. N.W.
Suite 1100
Washington D.C. 20036-5304
Tel: (202) 861-1679 — Fax: (202) 861-1783

Dated: October 12, 2006   *Counsel for Petitioners*

       */s/ Alexander K. Haas*
Peter D. Keisler
Assistant Attorney General
Jeffrey A. Taylor

|  |  |
|---|---|
|  | United States Attorney |
|  | Vincent M. Garvey |
|  | Deputy Branch Director |
|  | Alexander K. Haas (CA 220932) |
|  | Trial Attorney |
|  | U.S. Department of Justice, Civil Division |
|  | Federal Programs Branch |
|  | Post Office Box 883, Room 1030 |
|  | Washington, D.C.  20044 |
|  | Tel: (202) 307-3937  Fax:  (202) 616-8460 |
| Dated: October 12, 2006 | *Counsel for Respondent* |