## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TEMBEC INC., TEMBEC INVESTMENTS INC., TEMBEC INDUSTRIES INC., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 05-CV-2345 (RMC) |

## PROPOSED ORDER

Upon consideration of Petitioners' Rule 60(b) Motion for relief from the Court's October 17, 2006 order dismissing this case, and all other papers and proceedings in this action, it is hereby

**ORDERED**, that Petitioners' motion is granted; and it is

**FURTHER ORDERED**, that the parties' joint Stipulation of Dismissal, dated October 12, 2006, and the Court's order of October 17, 2006 dismissing this case with prejudice are hereby set aside; and this case is reinstated.

**SO ORDERED**.

Date:_____      ____/s/_____
                          ROSEMARY M. COLLYER
                          United States District Judge