**ARTICLE II**

**Entry into force**

1.  The SLA 2006 shall enter into force on a date designated by the Parties in an exchange of letters (the "Effective Date"). The exchange of letters shall confirm that:

    (a)  the Termination of Litigation Agreement in Annex 2A has been signed:

        (i)  by counsel on behalf of all represented parties and participants to the actions set out in the Termination Agreement, and

        (ii)  by authorized representatives of any unrepresented parties or participants to the actions set out in the Termination Agreement;

    (b)  pursuant to Article 3.6 of the *Understanding on Rules and Procedures Governing the Settlement of Disputes*, the United States and Canada have signed and filed the Notification of Mutually Agreed Solution in Annex 2B with the WTO Dispute Settlement Body;

    (c)  the CIT has modified the injunctions against liquidation issued in *West Fraser v. United States* (Consol. Ct. No. 05-00079) to permit the United States to fulfill its obligations under Article III or has confirmed that fulfilling those obligations is not inconsistent with those injunctions;

    (d)  Canada has certified to the United States that it can administer the Export Charge and issue Export Permits as of the Effective Date;

    (e)  Canada and the United States have confirmed that Importers of Record that collectively account for not less than 95% of total cash deposits on Covered Entries and accrued interest have complied with all the requirements in paragraph 1 of Annex 2C;

    (f)  U.S. domestic interested parties that are companies and associations accounting for greater than 60% of U.S. production of softwood lumber in 2005 have filed with USDOC the irrevocable letters described in Article V and attached in Annex 5A on the Effective Date, to take effect on the Effective Date, and the United States has certified that the letters collectively account for greater than 60% of U.S. production of softwood lumber in 2005;

    (g)  one or more U.S. domestic interested parties that are unions have filed with USDOC the irrevocable letters described in Article V and attached in Annex 5A on the Effective Date, to take effect on the Effective Date; and

    (h)  USDOC has issued the finding in Annex 5B based on the letters in Annex 5A, effective on the Effective Date.

ANNEX 2A

Termination of Litigation Agreement

1.     This Termination of Litigation Agreement (Termination Agreement) is a full and complete settlement of the issues raised by all of the parties in the following actions (the "Covered Actions"):

*Certain Softwood Lumber Products from Canada (Original AD Investigation)*, Secretariat File No. USA-CDA-2002-1904-02;

*Certain Softwood Lumber Products from Canada (CVD 1st Administrative Review)*, Secretariat File No. USA-CDA-2005-1904-01;

*Certain Softwood Lumber Products from Canada (Section 129 Threat-of-Injury Determination)*, Secretariat File No. USA-CDA-2005-1904-03;

*Certain Softwood Lumber Products from Canada (Section 129 AD Determination)*, Secretariat File No. USA-CDA-2005-1904-04;

*Certain Softwood Lumber Products from Canada (AD 2nd Administrative Review)*, Secretariat File No. USA-CDA-2006-1904-01;

*Certain Softwood Lumber Products from Canada (CVD 2nd Administrative Review)*, Secretariat File No. USA-CDA-2006-1904-02;

*Certain Softwood Lumber Products from Canada (Final Scope Ruling Regarding Entries Made Under HTSUS 4409.10.05)*, Secretariat File No. USA-CDA-2006-1904-05;

*Certain Softwood Lumber Products from Canada*, Secretariat File No. ECC-2006-1904-01USA;

*Tembec v. United States* (Consol. Ct. No. 05-00028 (CIT)) and the cases consolidated therein;

*West Fraser v. United States* (Consol. Ct. No. 05-00079 (CIT)) and the cases consolidated therein;

*Ontario Forest Industries Association et al. v. United States* (Court No. 06-00156 (CIT));

*West Fraser v. United States* (Consol. Court No. 06-00157 (CIT)) and the cases consolidated therein;

*Ontario Forest Industries Association et al. v. Canada* (Court No. 06-168 (CIT));

*Tembec et al. v. United States* (Civil Action No. 05-2345 (U.S. District Ct. for the District of Columbia));

*Coalition for Fair Lumber Imports Executive Committee v. United States* (Civil Action No. 05-1366 (D.C. Cir.));

*CLTA v. United States* (Civil Action No. 05-1369 (D.C. Cir.));

*Ontario Forest Industries Association et al. v. Canada et al.* (Civil Action No. 06-989 (U.S. District Ct. for the District of Columbia));

*Ontario Forest Industries Association et al. v. United States* (Civil Action No. 06-1171 (D.C. Cir.));

NAFTA Chapter 11 claim of *Tembec Inc., Tembec Investments Inc. and Tembec Industries Inc. v. United States of America* (collectively "Tembec"); and

The *Consolidated Arbitration Pursuant to Article 1126 of the North American Free Trade Agreement (NAFTA) and the UNCITRAL Arbitration Rules between Canfor Corporation v. United States of America and Terminal Forest Products Ltd. v. United States of America.*

2. The parties irrevocably consent to the termination of the Covered Actions by the filing of the documents referenced in paragraph 3 on the date the 2006 Softwood Lumber Agreement Between the Government of Canada and the Government of the United States of America ("SLA 2006") enters into force, provided that on that date:

   (a) the Countervailing Duty Order regarding Certain Softwood Lumber from Canada, 67 Fed. Reg. 36,070 (May 22, 2002), as amended, and the Antidumping Duty Order regarding Certain Softwood Lumber from Canada, 67 Fed. Reg. 36,068 (May 22, 2002), as amended (the "Orders"), are retroactively revoked in their entirety as of May 22, 2002 without the possibility that they could be reinstated;

   (b) the U.S. Department of Commerce ("USDOC") terminates all USDOC proceedings related to the Orders; and

   (c) USDOC has prepared the liquidation instructions attached as Annex 3 to the SLA 2006 and has committed to provide them to USCBP within 3 days after the date the SLA 2006 enters into force to ensure that no cash deposits are collected on the basis of the Orders on or after the date the SLA 2006 enters into force.

3. Canada or the United States, as the case may be, shall file consent motions for termination or notices of dismissal of the Covered Actions on the date the SLA 2006 enters into force. This Termination Agreement and a letter from the United States certifying the full satisfaction of the preconditions for termination listed in subparagraphs 2(a) through 2(c) shall constitute proof of unanimous consent to the termination of the Covered Actions.

4. Canada and the United States shall request dismissal of any new lawsuits concerning the same subject matter as the Covered Actions that are filed before the date of entry into force of the SLA 2006.

5. No party to this Termination Agreement shall seek to hold any other party liable to pay its costs and expenses of litigation relating to the Covered Actions.

6. This Termination Agreement is without prejudice to the position of any party on any issue in the Covered Actions.

7. The parties shall not re-file any of the Covered Actions.

8.  For purposes of paragraphs 4, 5, and 7, *Certain Softwood Lumber Products from Canada (Original CVD Investigation)*, Secretariat File No. USA-CDA-2002-1904-03 shall be treated in the same manner as a Covered Action.

9.  This Termination Agreement may not be altered, amended, modified, or otherwise changed other than through the written agreement of all parties hereto.

10. This Termination Agreement shall bind the parties, their officers, directors, employees, predecessors, subsidiaries, heirs, executors, administrators, agents, successors, and assigns.

11. As evidence of their consent to this Termination Agreement, the parties, through their duly-authorized Representatives, have signed below with respect to each of the actions to which they are a party.

12. This Termination Agreement may be executed in counterparts, each one of which shall be deemed an original and all of which together shall constitute one and the same Termination Agreement.

By:

**Signature Pages for Termination of Litigation Agreement**

By: _____    Dated: _____, 2006
**Donald B. Cameron**
Kaye Scholer, LLP
901 15th Street, NW.
Suite 1100
Washington, DC 20005-2327

Counsel for 46501 BC Ltd., A.J. Forest Products Ltd., Allmac Lumber Sales Ltd., Aquila Cedar Products Ltd., Arbutus Manufacturing Ltd., Canfor Corporation, Carrier Forest Products Ltd., Carrier Lumber Ltd., Cheslatta Forest Products Ltd., Stuart Lake Lumber Company Ltd., Stuart Lake Marketing Corporation (aka Stuart Lake Marketing Inc.), West Chilcotin Forest Products, B&L Forest Products Ltd., Bakerview Forest Products Inc., Bridgeside Forest Industries, Ltd. (Bridgeside Higa Forest Industries Ltd.), Canyon Lumber Company Ltd., Cardinal Lumber Manufacturing & Sales Inc., Central Cedar Ltd., Centurion Lumber Manufacturing (1983) Ltd., Chasyn Wood Technologies Inc., City Lumber Sales and Services Ltd., Coast Clear Wood Ltd., Cooper Creek Cedar Ltd., Dakeryn Industries Ltd., Davron Forest Products Ltd., Delta Pacific Lumber Sales Inc., Doubletree Forest Products Ltd., ER Probyn Export Ltd., Errington Cedar Products Ltd., Faulkner Wood Specialties Limited (Faulkener Wood Specialities Limited), Forwest Wood Specialties Inc., Fraser Pacific Lumber Company, Fraser Pulp Chips Ltd., Fraserview Cedar Products Ltd., Goldwood Industries Ltd., Greenwood Forest Products (1983) Ltd., Hilmoe Forest Products Ltd., Howe Sound Forest Products (2005) Ltd., Galloway Lumber Ltd., Hudson Mitchell & Sons Lumber Inc., J.H. Huscroft Ltd., Jones Ties & Poles (1978) Ltd., Kalesnnikoff Lumber Co., Ltd., Pope & Talbot Inc. (and its wholly owned subsidiary Pope & Talbot Ltd.), Sigurdson Bros. Logging Company Ltd. (aka Sigurdson Brothers Logging Company Ltd.), Hyak Specialty Wood Products Ltd., Jasco Forest Products Ltd., Jazz Forest Products Ltd., Kenwood Lumber Ltd., Kootenay Innovative Wood Ltd., Lakeside Timber Ltd., Landmark Truss & Lumber Inc., Leslie Forest Products Ltd., Lindal Cedar Homes Company, Mid Valley Lumber Specialties Ltd., Mountain View Specialty Products Inc., North Shore Timber Ltd., North Star Wholesale Lumber Ltd., Olympic Industries Inc., Oregon-Canadian Holdings Inc., Pacific Lumber Remanufacturing Inc., Pacific Specialty Wood Products Ltd. (formerly Clearwood Industries Ltd.), Pallan Timber Products (2000) Ltd., Paragon Industries Ltd., Paragon Ventures Ltd. (Vernon Kiln and Millwork, Ltd. and 582912 BC, Ltd.), Pat Power Forest Products Corporation, Peak Forest Products Ltd., Porcupine Wood Products Ltd., Port Moody Timber Ltd., Power Wood Corp., 637537 B.C. Ltd., Quadra Wood Products Ltd., Raintree Lumber Specialties Ltd., Rielly Industrial Lumber Inc., Sawarne Lumber Co. Ltd., Seed Timber Co. Ltd., Seymour Creek Cedar Products Ltd., Shawood Lumber Inc., Sylvanex Lumber Products Inc., Top Quality Lumber Ltd., Teal Cedar Products Ltd., Teal-Jones Group and Teal-Jones Sales Ltd., Terminal Forest Products Ltd., TFL Forest Ltd. (aka TimberWest Forest Corp. and TimberWest Forest Company), TPI Timber Products International (1975) Ltd., Twin Rivers Cedar Products Ltd., Uphill Wood Supply Inc., Vancouver Specialty Cedar Products Ltd. (aka Vancouver Specialty Cedar Products), Vandermeet Forest Products (Canada) Ltd., Visscher Lumber Inc., Welco Lumber Corporation, and West Bay Forest Products and Manufacturing Ltd. (aka West Bay Forest Products & Mfg. Ltd. and West Bay Forest Products & Manufacturing Ltd.), Wynndel Box & Lumber Co. Ltd.

By: _____     Dated: _____, 2006
**Michael T. Shor**
Arnold & Porter, LLP
555 Twelfth Street, NW.
Washington, DC 20004-1206

Counsel for Abitibi-Consolidated, Inc., Abitibi-Consolidated Company of Canada, Buchanan Lumber Sales Inc. et al , Dunkley Lumber Ltd., Produits Forestiers La Tuque Inc., Produits Forestiers Petits Paris Inc., Produits Forestiers Saguenay Inc., Societe En Commandite Opitciwan, Abitibi-LP Engineered Wood Inc., Alberta Spruce Industries Ltd., Buchanan Lumber, a division of Gordon Buchanan Enterprises Ltd., Treeline Wood Products Ltd., Gestofor Inc., Northland Forest Products Ltd., La Crete Sawmills Ltd., and Vanderwell Contractors (1971) Ltd.


By: _____     Dated: _____, 2006
**George R. Tuttle**
Law Offices of George R. Tuttle
Three Embarcadero Center
Suite 1160
San Francisco, CA 94111

Counsel for Anderson Wholesale Inc., North Pacific Trading, Western Rail Ltd.


By: _____     Dated: _____, 2006
**Elliot J. Feldman**
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW.
Washington, DC 20036-5304

Counsel for Apex Forest Products Inc., Aspen Planers Ltd., Buchanan Lumber Sales Inc. and the Buchanan affiliated mills (including Atikokan Forest Products Ltd., Buchanan Forest Products Ltd., Buchanan Northern Hardwood Inc., Dubreuil Forest Products Limited, Great West Timber Limited, Long Lake Forest Products Inc., McKenzie Forest Products Inc., Nakina Forest Products Limited, Northern Sawmills Inc., Northern Wood, and Solid Wood Products Inc.), Devlin Timber (1992) Ltd., Domtar Inc., Downie Timber Ltd., Federated Co-operatives Limited, Gorman Bros. Lumber Ltd., Haida Forest Products Ltd., Kenora Forest Products Ltd., Lecours Lumber Co. Limited, Liskeard Lumber Limited, Manitou Forest Products Ltd., Midway Lumber Mills Ltd., Mill & Timber Products Ltd., Nickel Lake Lumber, North Enderby Distribution Ltd., North Enderby Timber Ltd., Olav Haavaldsrud Timber Company Limited, R. Fryer Forest Products Limited, Selkirk Specialty Wood Ltd., Tall Tree Lumber Co., Tembec Inc., and Tyee Timber Products Ltd., Canadian American Business Council, Free Trade Lumber Council, Long Lake Forest Products Inc., Ontario Forest Industries Association and its members, Ontario Lumber Manufacturers Association and its members

By: _____   Dated: _____, 2006
**B. Thomas Peele, III**
Baker & McKenzie, LLP
815 Connecticut Avenue, NW.
Suite 900
Washington, DC 20006-4078

Counsel for Apollo Forest Products Limited,
Buchanan Lumber Sales Inc. et al, Canadian Forest Products Ltd., Canfor Corporation and its affiliates, Canfor Wood Products Marketing Ltd., Lakeland Mills Ltd., Nechako Lumber Co., Ltd.; Slocan Forest Products Ltd., Winton Global Lumber Ltd. The Pas Lumber Co. Ltd. (Winton Global Lumber Ltd.), Bois Daaquam Inc., Sinclair Enterprises, Ltd., T'loh Forest Products Limited Partnership, and Crystal Forest Industries Ltd.


By: _____   Dated: _____, 2006
**Christopher F. Corr**
White & Case, LLP
701 Thirteenth Street, NW.
Washington, DC 20005-3807

Counsel for Buchanan Distribution Inc., Buchanan Forest Products Ltd., Buchanan Lumber Sales Inc., Buchanan Northern Hardwood Inc., Atikokan Forest Products Ltd., Northern Sawmills Inc., Great West Timber Limited, McKenzie Forest Products Inc., Northern Wood, Dubreuil Forest Products, Long Lake Forest Products Inc. . (including the Nakina division (Nakina Forest Products)), Solid Wood Products Inc.


By: _____   Dated: _____, 2006
**Catherine Curtiss**
Hughes Hubbard & Reid
1775 I Street N.W.
Suite 600
Washington, D.C. 20006

Counsel for Bois Daaquam Inc., Bois Omega Limitee, Fontaine Inc., Maibec Industries Inc., Materiaux Blanchet Inc., St. Pamphile and Scierie West Brome Inc.

By: _____  Dated: _____, 2006
**Robert C. Cassidy, Jr.**
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
2445 M Street, NW.
Washington, DC 20037-1420

Counsel for Bowater Incorporated and Its Canadian Subsidiaries et al., Quebec Lumber Manufacturers Association ("QLMA") and certain Quebec lumber producers, including Armand Duhamel & Fils Inc.; Bardeaux et Cedres St-Honore Inc. (also known as Bardeaux et Cedres); Barrette-Chapais Ltée.; Beaubois Coaticook Inc.; Blanchette et Blanchette Inc.; Boisaco Inc.; Bois Cobodex (1995) Inc.; Bois Daaquam Inc. (also known as Daaquam Lumber Inc.) Bois d'oeuvre Cedrico Inc. (also known as Cedrico Lumber Inc.); Bois de l'Est F.B. Inc.; Bois Granval G.D.S. Inc.; Bois Kheops Inc.; Bois Marsoui G.D.S. Inc.; Bois Nor Que Wood Inc.; Boscus Canada Inc.; Byrnexco Inc.; Careau Bois Inc; Carrier & Begin Inc.; Commonwealth Plywood Company Ltd. doing business as Bois Clo-Val (formerly Bois Clo-Val Inc.), W.C. Edwards Lumber (formerly The W.C. Edwards Co., Ltd.) and Enterprises Atlas (formerly Les Enterprises Atlas (1985) Inc.); Domexport, Inc.; Domtar Inc.; E. Tremblay Et Fils Ltée.; Fenclo Ltée.; G.D.S. Valoribois Inc.; Industries G.D.S. Inc.; Industries Maibec Inc. (also known as Maibec Industries Inc.); Industries Perron Inc.; Les Bois S&P Grondin Inc.; Les Chantiers de Chibougamau Ltée.; Les Produits Forestiers D.G. Ltée.; Les Produits Forestiers Dubé Inc.; Les Produits Forestiers F.B.M. Inc.; Les Produits Forestiers Maxibois Inc.; Les Produits Forestiers Miradas Inc. (also known as Miradas Forest Products Inc.); Les Produits Forestiers Portbec Ltée. (also known as Portbec Forest Products Ltd.); Les Scieries Du Lac St.-Jean Inc.; Lulumco Inc.; Marcel Lauzon Inc.; Matériaux Blanchet Inc.; Max Meilleur et Fils Ltée.; Mobilier Rustique (Beauce) Inc.; Optibois Inc.; Paul Vallée Inc.; Précibois Inc.; Produits Forestiers Arbec Inc. (also known as Arbec Forest Products Inc.); Promobois G.D.S. Inc.; Rembos Inc.; Rocam Lumber Inc. (also known as Bois Rocam Inc.); Scierie Gauthier Ltée.; Scierie Leduc, Division of Stadacona Inc.; Scierie Nord-Sud Inc. (also known as North-South Sawmill Inc.). Uniforêt Inc.; and Uniforêt Scierie-Pâte


By: _____  Dated: _____, 2006
**Mark A. Moran**
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW.
Washington, DC 20036-1795

Counsel for British Columbia Lumber Trade Council and its constituent associations, the Coast Forest Products Association (formerly known as the Coast Forest & Lumber Association) and the Council of Forest Industries, and their members, Canadian Lumber Trade Alliance and its constituent associations


By: _____  Dated: _____, 2006
**W. George Grandison**
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW.
Washington, DC 20036-1795

British Columbia Lumber Trade Council and its constituent associations, The Coast Forest Products Association (formerly known as the Coast Forest & Lumber Association) and the Council of Forest Industries, and their members (Abitibi CIT action)

By: _____     Dated: _____, 2006
**Randolph J. Stayin**
Barnes & Thornburg
750 17th Street, NW.
Suite 900
Washington, DC 20006

Counsel for Canadian Lumber Remanufacturers Alliance ("CLRA") Alpa Mills, Inc., American Bayridge Corporation, Bois Neos Inc., Britannia Lumber Company Limited, Falcon Lumber Limited, Finmac Lumber Limited, Great Lakes MSR Lumber Ltd., Hughes Lumber Specialties Inc., Les Bois d'Ouevre Beaudoin & Gauthier Inc., Mid America Lumber, Monterra Lumber Mills Limited, Nicholson and Cates Limited, Palliser Lumber Sales Ltd., Phoenix Forest Products Inc., Weston Forest Corp.


By: _____     Dated: _____, 2006
**Matthew M. Nolan**
Arent Fox Kintner Plotkin & Kahn, PLLC
1050 Connecticut Avenue, NW.
Washington, DC 20036-5339

Counsel for International Forest Products Limited


By: _____     Dated: _____, 2006
**Harry L. Clark**
Dewey Ballantine, LLP
1775 Pennsylvania Avenue, NW.
Washington, DC 20006-4605

Counsel for Coalition for Fair Lumber Imports Executive Committee


By: _____     Dated: _____, 2006
**Keith Richard Marino**
Arent Fox Kintner Plotkin & Kahn, PLLC
1050 Connecticut Avenue, NW.
Washington, DC 20036-5339

Counsel for Commonwealth Plywood Co., Ltd.


By: _____     Dated: _____, 2006
**Joel R. Junker**
Joel R. Junker & Associates
1191 Second Avenue
Suite 1800
Seattle, WA 98101

Counsel for Delta Cedar Products Ltd., Kispiox Forest Products; Millco Wood Products Ltd., Olympic Industries Inc.; Patrick Lumber Company; Sauder Industries Ltd., Sauder Mouldings, Inc. (Ferndale), Sunbury Cedar Sales Ltd.; and W.I. Woodtone Industries Inc.


By: _____     Dated: _____, 2006
**Charles Owen Verrill, Jr.**

Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C. 20006

Counsel for Western Forest Products Inc.


By: _____   Dated: _____, 2006
**Gracia M. Berg**
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW.
Suite 900
Washington, DC 20036-5306

Counsel for Doman Industries Limited, Doman Forest Products Limited, and Doman Western Lumber Ltd. (now doing business as Western Forest Products Inc. and its subsidiaries, WFP Forest Products Limited, WFP Western Lumber Ltd., and WFP Lumber Sales Limited), Millar Western Forest Products Ltd., Tolko Industries Ltd., Weldwood of Canada Limited, West Fraser Mills Ltd.


By: _____   Dated: _____, 2006
**Daniel J. Plaine**
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW.
Suite 900
Washington, DC 20036-5306

Counsel for Weldwood of Canada Limited, West Fraser Mills Ltd., WFP Forest Products Limited, WFP Lumber Sales Limited, Western Forest Products Inc.


By: _____   Dated: _____, 2006
**Daniel L. Porter**
Willkie, Farr & Gallagher, LLP
1875 K Street, NW.
Washington, DC 20006-1238

Counsel for Dunkley Lumber Ltd.


By: _____   Dated: _____, 2006
**Ned H. Marshak**
Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
399 Park Avenue
25th Floor
New York, NY 10022-4877

Counsel for East Fraser Fiber Co. Ltd. and Parallel Wood Products Ltd., Jackpine Group of Companies: Jackpine Forest Products Ltd., Jackpine Engineered Wood Products Inc., and Redwood Value Added Products Inc.


By: _____   Dated: _____, 2006
**Livingston Wernecke**
Betts, Patterson & Mines, PS

One Convention Place
701 Pike Street
Suite 1400
Seattle, WA 98101-3927

Counsel for Fred Tebb & Sons, Inc.


By: _____   Dated: _____, 2006
**Gregory C. Dorris**
Pepper Hamilton LLP
Hamilton Square, 600 Fourteenth Street, N.W.
Washington, District of Columbia 20005-2004

Counsel for Frontier Mills Inc., Landmark Truss & Lumber Inc.


By: _____   Dated: _____, 2006
**Matthew J. Clark**
Arent Fox Kintner Plotkin & Kahn, PLLC
1050 Connecticut Avenue, NW.
Washington, DC 20036-5339

Counsel for Gouvernement du Québec, Fontaine Inc., Kruger Inc. (and its affiliates Gerard Crete & Fils, Inc., Scierie Landrienne Inc., Scierie Gallichan, and P. Proulx Forest Products Inc.), and Scierie Nord-Sud


By: _____   Dated: _____, 2006
**Mark R. Sandstrom**
Law Offices of Mark R. Sandstrom
1400 Sixteenth Street, N.W.
Suite 400
Washington, D.C.

Counsel for Goodfellow Inc.


By: _____   Dated: _____, 2006
**Lawrence A. Schneider**
Arnold & Porter, LLP
555 Twelfth Street, NW.
Washington, DC 20004-1206

Counsel for Government of the Province of Alberta

By: _____   Dated: _____, 2006
**Spencer S. Griffith**
Akin, Gump, Strauss, Hauer & Feld, LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Counsel for Government of the Province of British Columbia


By: _____   Dated: _____, 2006
**Mark S. McConnell**
Hogan & Hartson, LLP
555 Thirteenth Street, NW.
Washington, DC 20004-1109

Counsel for Government of the Province of Ontario


By: _____   Dated: _____, 2006
**Michele Sherman Davenport**
Cameron & Hornbostel LLP
818 Connecticut Ave., N.W.
Washington, D.C. 20006-2722

Counsel for the Government of the Province of Manitoba and the Government of the Province of Saskatchewan


By: _____   Dated: _____, 2006
**J. E. Corette, III**
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW.
Washington, DC 20036-2412

Counsel for Governments of the Provinces of New Brunswick, Nova Scotia, Newfoundland and Labrador, and Prince Edward Island ("Maritime Provinces"), Maritime Lumber Bureau


By: _____   Dated: _____, 2006
**Paul C. Rosenthal**
Kelley Drye Collier Shannon
3050 K Street, N.W.
Suite 400
Washington, D.C. 20007-5108

Counsel for Idaho Timber Corporation, Louisiana Pacific Corporation

By: _____   Dated: _____, 2006
**Robert B. Luce**
General Counsel
Idaho Timber Corporation
5401 Kendall Street
P.O. Box 67
Boise, Idaho 83706

Idaho Timber Corporation


By: _____   Dated: _____, 2006
**Juliana M. Cofrancesco**
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, NW.
Washington, DC 20004-2402

Counsel for J.D. Irving, Limited, the Governments of the Provinces of New Brunswick, Nova Scotia, Newfoundland and Labrador, and Prince Edward Island ("Maritime Provinces"), Maritime Lumber Bureau


By: _____   Dated: _____, 2006
**William D. Kramer**
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW.
Washington, DC 20036-2412

Counsel for J.D. Irving, Limited


By: _____   Dated: _____, 2006
**Frank H. Morgan**
White & Case, LLP
701 Thirteenth Street, NW.
Washington, DC 20005-3807

Counsel for Leggett & Platt (B.C.) Ltd., Leggett & Platt, Inc., Leggett & Platt Canada Co., Leggett & Platt Ltd., Pleasant Valley Remanufacturing Ltd.


By: _____   Dated: _____, 2006
**Donald Harrison**
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW.
Suite 900
Washington, DC 20036-5306

Counsel for Lignum Ltd., Tolko Industries Ltd., and its affiliates, Gilbert Smith Forest Products Ltd., Compwood Products Ltd., and Pinnacle Wood Products Ltd., Tolko Marketing & Sales Ltd., Riverside Forest Products Ltd.


By: _____   Dated: _____, 2006

**C. Charles Lumbert**
P.O. Box 454
Jackman, Maine 40945

Moose River Lumber Company


**By:** _____   **Dated:** _____, 2006
**Richard Bennett**
Rt. 1
Box 2L
Grangeville, ID 83530

Shearer Lumber Products


**By:** _____   **Dated:** _____, 2006
**Charles Thomas**
PO Box 25
Shuqualak, MS 31069

Shuqualak Lumber Company


**By:** _____   **Dated:** _____, 2006
**M. Jean Anderson**
Weil, Gotshal & Manges, LLP
1300 Eye Street, NW.
Suite 900
Washington, DC 20005

Counsel for the Government of Canada and the Governments of the Northwest Territories and the Yukon Territory


**By:** _____   **Dated:** _____, 2006
**Seth P. Waxman**
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
1875 Pennsylvania Avenue, NW.
Washington, DC 20006-3642

Counsel for the Government of Canada


**By:** _____   **Dated:** _____, 2006
**W.J. Rusty Wood**
PO Drawer E
Perry, Georgia 31069

Tolleson Lumber Company, Inc.


**By:** _____   **Dated:** _____, 2006
**Pierre Moreau**

8000 Boulevard Langelier
Bureau 506
Saint-Léonard, Québec H1P 3K2

Uniforet Inc.


By: _____   Dated: _____, 2006
**Reginald T. Blades, Jr.**
U.S. Department of Justice
Commerical Litigation Branch - Civil Division
1100 L Street, NW.
8th Floor
Washington, DC 20530

Counsel for the United States in W*est Fraser v. United States* (Consol. Ct. No. 05-00079 (CIT)) and the cases consolidated therein


By: _____   Dated: _____, 2006
**Stephen C. Tosini**
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
1100 L Street, NW.
Room 12020
Washington, DC 20530
Counsel for the United States in *Tembec v. United States* (Consol. Ct. No. 05-00028 (CIT)) and the cases consolidated therein; *Ontario Forest Industries Association et al. v. United States* (Court No. 06-00156 (CIT)); *West Fraser v. United States* (Consol. Court No. 06-00157 (CIT)) and the cases consolidated therein; and *Ontario Forest Industries Association et al. v. Canada* (Court No. 06-168 (CIT))


By: _____   Dated: _____, 2006
**Alexander Kenneth Haas**
U.S. Department of Justice
20 Massachusetts Avenue, NW
Washington, D.C.

Counsel for the United States in *Tembec et al. v. United States* (Civil Action No. 05-2345 (U.S. District Ct. for the District of Columbia)); and *Ontario Forest Industries Association et al. v. Canada et al.* (Civil Action No. 06-989 (U.S. District Ct. for the District of Columbia))

By: _____    Dated: _____, 2006
**Douglas N. Letter**
Litigation Counsel
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue N.W.
Room 7513
Washington, D.C. 20530-0001

Counsel for the United States in *Coalition for Fair Lumber Imports Executive Committee v. United States* (Civil Action No. 05-1366 (D.C. Cir.)); *CLTA v. United States* (Civil Action No. 05-1369 (D.C. Cir.)); and *Ontario Forest Industries Association et al. v. United States* (Civil Action No. 06-1171 (D.C. Cir.))


By: _____    Dated: _____, 2006
**John D. McInerney**
U.S. Department of Commerce
14th & Constitution Avenue, N.W.
Room 3622
Washington, D.C. 20230

Counsel for United States Department of Commerce in *Certain Softwood Lumber Products from Canada (Original AD Investigation)*, Secretariat File No. USA-CDA-2002-1904-02; *Certain Softwood Lumber Products from Canada (Original CVD Investigation)*, Secretariat File No. USA-CDA-2002-1904-03; *Certain Softwood Lumber Products from Canada (CVD 1st Administrative Review)*, Secretariat File No. USA-CDA-2005-1904-01; *Certain Softwood Lumber Products from Canada (Section 129 AD Determination)*, Secretariat File No. USA-CDA-2005-1904-04; *Certain Softwood Lumber Products from Canada (AD 2nd Administrative Review)*, Secretariat File No. USA-CDA-2006-1904-01; *Certain Softwood Lumber Products from Canada (CVD 2nd Administrative Review)*, Secretariat File No. USA-CDA-2006-1904-02; and *Certain Softwood Lumber Products from Canada (Final Scope Ruling Regarding Entries Made Under HTSUS 4409.10.05)*, Secretariat File No. USA-CDA-2006-1904-05


By: _____    Dated: _____, 2006
**Andrea J. Menaker**
Chief, NAFTA Arbitration Division
Office of the Legal Adviser
U.S. Department of State
Washington, D.C.
Counsel for the United States with respect to the NAFTA Chapter 11 claim of *Tembec Inc., Tembec Investments Inc. and Tembec Industries Inc. v. United States of America* (collectively "Tembec"); and The *Consolidated Arbitration Pursuant to Article 1126 of the North American Free Trade Agreement (NAFTA) and the UNCITRAL Arbitration Rules between Canfor Corporation v. United States of America and Terminal Forest Products Ltd. v. United States of America*

By: _____  Dated: _____, 2006
**James M. Lyons**
Office of the General Counsel
USITC
500 E Street S.W.
Washington, D.C. 20436

Counsel for United States International Trade Commission in *Certain Softwood Lumber Products from Canada (Section 129 Threat-of-Injury Determination)*, Secretariat File No. USA-CDA-2005-1904-03


By: _____  Dated: _____, 2006
**William Busis**
Office of the United States Trade Representative
600 – 17th Street, N.W.
Washington, D.C. 20508

Counsel for the United States in *Certain Softwood Lumber Products from Canada*, Secretariat File No. ECC-2006-1904-01USA


By: _____  Dated: _____, 2006
**John R. Shane**
Wiley, Rein & Fielding, LLP
1776 K Street, NW.
Washington, DC 20006-2304

Counsel for Western Forest Products Inc.


By: _____  Dated: _____, 2006
**James B. Altman**
Miller & Chevalier Chartered
655 Fifteenth Street, NW.
Suite 900
Washington, DC 20005-5701

Counsel for Weyerhaeuser Company, Weyerhaeuser Company Limited, Weyerhaeuser Saskatchewan Limited