# International Centre for Settlement of Investment Disputes
1818 H Street, N.W., Washington, D.C. 20433 U.S.A.
Telephone: (202) 458-1534    Faxes:  (202) 522-2615 / (202) 522-2027
Website: http://www.worldbank.org/icsd

**By email**                                                                                                September 22, 2006

| | |
|---|---|
| **United States of America** | **Canfor Corporation and** |
| c/o Mr. Mark A. Clodfelter | **Terminal Forests Products, Ltd.** |
| *Assistant Legal Adviser* | c/o Mr. P. John Landry |
| *Office of the Legal Adviser* | DAVIS & COMPANY LLP |
| Ms. Andrea J. Menaker | 2800-666 Burrard Street |
| *Chief, NAFTA Arbitration Division* | Vancouver, British Columbia |
| Mr. Mark S. McNeill | Canada V6C 2Z7 |
| *Attorney Advisor* | and |
| Office of International Claims | Mr. Keith E. W. Mitchell |
| and Investment Disputes | HARRIS & COMPANY |
| UNITED STATES DEPARTMENT OF STATE | 1400 – 550 Burrard Street |
| 2430 E Street, N.W. | Vancouver, British Columbia |
| South Building, Suite 203 | Canada V6C 2B5 |
| Washington, DC 20037-2800 | |
| United States of America | |
| | **Tembec Inc., Tembec Investements** |
| | **Inc., and Tembec Industries, Inc.** |
| | c/o Mr. Elliot J. Feldman |
| | Mr. Mark A. Cymrot |
| | Mr. Michael S. Snarr |
| | Mr. Ronald J. Baumgarten |
| | BAKER & HOSTETLER LLP |
| | Washington Square, Suite 1100 |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036-5304 |
| | United States of America |

Re:  Canfor Corporation v. United States of America; Terminal Forest Products Ltd. v. United States of America

Dear Sirs and Madam,

The Tribunal has requested me to convey the following to you:

"Reference is made to:

– The Order on Consolidation of 7 September 2005, ¶ 226(3);

– The Order for the Termination of the Arbitral Proceedings with respect to Tembec *et al*. of 10 January 2006, ¶ 2;

– The Cost Submissions filed by Canfor, Terminal and the United States on 7 April 2006, a copy of which was sent to counsel for Tembec;

2                                                                                    September 22, 2006

–       The Decision on the Preliminary Question of 6 June 2006, ¶ 352(3); and

–       The press reports according to which the Softwood Lumber dispute is in the process of being settled.

Having regard to the foregoing, the Tribunal intends to render a decision on the costs of the proceedings.

The Tribunal assumes that Canfor, Terminal and the United States have sufficiently set out their position regarding the costs of the proceedings.

Tembec is invited to file its submissions on the costs of the proceedings on or before 6 October 2006.

The United States is at liberty to apply for the filing of a reply brief. If the Tribunal grants the application, Tembec will have the opportunity to file a rejoinder on the cost issue."

Sincerely yours,

Gonzalo Flores
Secretary of the Tribunal

c.c.:

Members of the Tribunal.