# Snarr, Michael

| | |
|---|---|
| **From:** | Alexander.Haas@usdoj.gov |
| **Sent:** | Thursday, October 12, 2006 5:49 PM |
| **To:** | Feldman, Elliot; Snarr, Michael |
| **Cc:** | Vincent.Garvey@usdoj.gov; Cymrot, Mark |
| **Subject:** | RE: Tembec v. US, 05-2345 (DDC) |

Same here.

-----Original Message-----
From: EFeldman@bakerlaw.com [mailto:EFeldman@bakerlaw.com]
Sent: Thursday, October 12, 2006 5:41 PM
To: Haas, Alexander (CIV); MSnarr@bakerlaw.com
Cc: Garvey, Vincent (CIV); MCymrot@bakerlaw.com
Subject: RE: Tembec v. US, 05-2345 (DDC)

Yes.  Thanks for working this language through with us.

-----Original Message-----
From: Alexander.Haas@usdoj.gov [mailto:Alexander.Haas@usdoj.gov]
Sent: Thursday, October 12, 2006 5:32 PM
To: Snarr, Michael; Feldman, Elliot
Cc: Vincent.Garvey@usdoj.gov; Cymrot, Mark
Subject: RE: Tembec v. US, 05-2345 (DDC)


Your suggestion:

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties herewith stipulate that this civil action brought by Tembec, Inc. Tembec Investments Inc., and Tembec Industries, Inc. (collectively Petitioners), against Respondent the United States of America is dismissed with prejudice, subject to the terms and conditions of the Softwood Lumber Agreement 2006. The parties agree that each will bear its own costs and attorneys fees.

works for us.

Do I have your permission to include the /s/[name] in the attached document and file at the appropriate time today?

Alex


-----Original Message-----
From: EFeldman@bakerlaw.com [mailto:EFeldman@bakerlaw.com]
Sent: Thursday, October 12, 2006 5:05 PM
To: Haas, Alexander (CIV); MSnarr@bakerlaw.com
Cc: Garvey, Vincent (CIV); MCymrot@bakerlaw.com
Subject: RE: Tembec v. US, 05-2345 (DDC)

Alexander --

We are trying to modify "with prejudice" to avoid confusion, and your formulation now has two consecutive "pursuant to" clauses which, at best, generates confusion.  The "pursuant to" clause you propose is, consequently, in the wrong place, and "pursuant" does not have the right meaning.  How about replacing "pursuant" with "subject," and moving the clause to right after "with prejudice?"  It would then read,

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties herewith stipulate that this civil action brought by Tembec, Inc. Tembec Investments Inc., and Tembec Industries, Inc. (collectively Petitioners), against Respondent the United States of America is dismissed with prejudice, subject to the terms and conditions of the Softwood Lumber Agreement 2006. The parties agree that each will bear its own costs and attorneys fees.

1

```
-----Original Message-----
From: Alexander.Haas@usdoj.gov [mailto:Alexander.Haas@usdoj.gov]
Sent: Thursday, October 12, 2006 4:54 PM
To: Snarr, Michael; Feldman, Elliot
Cc: Vincent.Garvey@usdoj.gov; Cymrot, Mark
Subject: RE: Tembec v. US, 05-2345 (DDC)
```

Elliot,

I took your suggestion to heart regarding the confusion that could occur to referring to particular portions of the Agreement and the various formulations of it. Therefore, my thinking was to state that the stipulation is pursuant to the entire agreement and all the terms and conditions in its final form. And that this would solve the problem of identifying particular language. But because my suggestion is pursuant to the terms and conditions, our view is that it would satisfy your interest.

Could you explain if you disagree?

Alexander

```
-----Original Message-----
From: EFeldman@bakerlaw.com [mailto:EFeldman@bakerlaw.com]
Sent: Thursday, October 12, 2006 4:40 PM
To: Haas, Alexander (CIV); MSnarr@bakerlaw.com
Cc: Garvey, Vincent (CIV); MCymrot@bakerlaw.com
Subject: RE: Tembec v. US, 05-2345 (DDC)
```

Alexander --

I don't understand what was wrong with our proposal. Could you explain why you think you need a different formulation, and what that different formulation is meant to do? Thanks.

```
-----Original Message-----
From: Alexander.Haas@usdoj.gov [mailto:Alexander.Haas@usdoj.gov]
Sent: Thursday, October 12, 2006 4:06 PM
To: Snarr, Michael; Feldman, Elliot
Cc: Vincent.Garvey@usdoj.gov; Cymrot, Mark
Subject: RE: Tembec v. US, 05-2345 (DDC)
```

Fair enough.

I think that this formulation is consistent with your suggestion, please let me know as soon as you're able:

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties herewith stipulate that, pursuant to the terms and conditions of the Softwood Lumber Agreement 2006, this civil action brought by Tembec, Inc. Tembec Investments Inc., and Tembec Industries, Inc. (collectively Petitioners), against Respondent the United States of America is dismissed with prejudice. The parties agree that each will bear its own costs and attorneys fees.

```
-----Original Message-----
From: EFeldman@bakerlaw.com [mailto:EFeldman@bakerlaw.com]
Sent: Thursday, October 12, 2006 1:22 PM
To: Haas, Alexander (CIV); MSnarr@bakerlaw.com
Cc: Garvey, Vincent (CIV); MCymrot@bakerlaw.com
Subject: RE: Tembec v. US, 05-2345 (DDC)
```

Alexander --

As you surely can tell, we are merely trying to preserve in the dismissal the principle in the Agreement, that dismissal, even with prejudice, does not connote prejudice as to any positions taken. We would prefer preserving only Tembec's positions, but the stipulation

2

is, after all, joint.

We cannot make sense of the reference you propose to "paragraphs 9 & 10" of the Agreement. There are several paragraphs with those numbers in the Agreement, and none seems to correspond to the point here. Moreover, we understand the Agreement has been amended, but we don't know how, and therefore we also don't know whether there has been any renumbering of paragraphs.

Our original suggestion incorporates appropriate language from the Agreement without having to guess where in the Agreement it may be, but perhaps an alternative, if you feel strongly the need for one, would be to add the phrase "provided, however, that the dismissal shall be subject to the terms and conditions of the Softwood Lumber Agreement," following the words, "with prejudice."

-----Original Message-----
From: Alexander.Haas@usdoj.gov [mailto:Alexander.Haas@usdoj.gov]
Sent: Thursday, October 12, 2006 11:53 AM
To: Snarr, Michael; Feldman, Elliot
Cc: Cymrot, Mark; Vincent.Garvey@usdoj.gov
Subject: RE: Tembec v. US, 05-2345 (DDC)


Elliot:

I'd suggest that instead of the sentence "This Termination Agreement is without prejudice to the position of any party on any issue in the Covered Actions" we simply cite the Agreement itself.  I'd propose the following language:

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties herewith stipulate to the dismissal of this civil action brought by Tembec, Inc. Tembec Investments Inc., and Tembec Industries, Inc. (collectively Petitioners), against Respondent the United States of America with prejudice.  See, e.g., Softwood Lumber Agreement Between the Government of the United States of America and the Government of Canada, paragraphs 9 & 10.  The parties agree that each will bear its own costs and attorneys fees.

-----Original Message-----
From: EFeldman@bakerlaw.com [mailto:EFeldman@bakerlaw.com]
Sent: Wednesday, October 11, 2006 5:18 PM
To: Haas, Alexander (CIV); MSnarr@bakerlaw.com
Cc: MCymrot@bakerlaw.com
Subject: RE: Tembec v. US, 05-2345 (DDC)

Alexander --

I have just been authorized to sign a stipulation as attached.  It adds a sentence taken directly from the Termination of Litigation Agreements fashioned by the two federal governments and already signed by Tembec, and then clarifies the question of fees.  Please confirm that you agree to this version of the stipulation.

Thanks.

-----Original Message-----
From: Alexander.Haas@usdoj.gov [mailto:Alexander.Haas@usdoj.gov]
Sent: Tuesday, October 10, 2006 5:39 PM
To: Snarr, Michael; Feldman, Elliot
Subject: Tembec v. US, 05-2345 (DDC)


Dear Counsel:

It is my understanding that your client has agreed to the dismissal of the above-referenced case. To that end, attached please find a draft stipulation of dismissal. I will file it if I have your permission to sign electronically for you.  I will only file it on the effective date of the agreement once the two governments have certified that the conditions precedent for entry into force have been met.

3

Cordially,


Alexander K. Haas
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave. N.W., Rm. 7328
Washington, D.C.  20530
Tel: (202) 307-3937
Fax: (202) 616-8470
alexander.haas@usdoj.gov
-----------------------------------------------------------

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law.  If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately

by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are present in this
email, or any attachment, that have arisen as a result
of e-mail transmission.
-----------------------------------------------------------
-----------------------------------------------------------


This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law.  If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately

by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are present in this
email, or any attachment, that have arisen as a result
of e-mail transmission.
-----------------------------------------------------------
-----------------------------------------------------------


This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law.  If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately

by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are present in this

email, or any attachment, that have arisen as a result
of e-mail transmission.
----------------------------------------------------------
----------------------------------------------------------


This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law.  If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately

by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are present in this
email, or any attachment, that have arisen as a result
of e-mail transmission.
----------------------------------------------------------
----------------------------------------------------------


This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law.  If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately

by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are present in this
email, or any attachment, that have arisen as a result
of e-mail transmission.
----------------------------------------------------------