

United States Department of State

*Washington, D.C.  20520*

November 3, 2006

*By Facsimile and E-Mail*

Dr. Albert Jan van den Berg
Mr. Davis R. Robinson
Prof. Armand de Mestral
c/o Mr. Gonzalo Flores
Senior Counsel, ICSID
1818 H Street, N.W.
Washington, D.C. 20433

    Re:    *Canfor Corp. v. United States of America*; and
             *Terminal Forest Products Ltd. v. United States of America*

Dear Members of the Tribunal:

    On behalf of respondent United States of America and in accordance with the Secretary's request, we write to confirm that we do not object to Canfor's withdrawal, by its letter of October 12, 2006, of its claim against the United States in this proceeding in accordance with Paragraph 1 of the Settlement of Claims Agreement (an executed copy of which is appended to the United States' letter to the Tribunal of October 13, 2006). The United States further confirms that, in accordance with Paragraph 8 of that agreement, Canfor and the United States have agreed not to seek from the other party costs and expenses incurred in this proceeding.

                                                     Respectfully submitted,

                                                     Andrea J. Menaker
                                                     Chief, NAFTA Arbitration Division
                                                     Office of International Claims and
                                                         Investment Disputes

Copies:
P. John Landry, Esq.
Keith E.W. Mitchell, Esq.



Office of the Legal Adviser
International Claims & Investment Disputes
2430 E Street NW
Suite 203, South Building
Washington, DC 20037-2800

(202) 776-8451
FAX: (202) 776-8481

# FAX

| | | | |
|---|---|---|---|
| DATE: | November 3, 2006 | | |
| TO: | Mr. Gonzalo Flores<br>Senior Counsel<br>ICSID | Fax: | 522-2615 |
| COPIES: | Elliot J. Feldman, Esq.<br>Mark Cymrot, Esq. | Fax: | 861-1783 |
| | P. John Landry, Esq.<br>Davis & Company | Fax: | 1-604-605-3588 |
| | Keith E.W. Mitchell, Esq.<br>Harris & Company | Fax: | 1-604-684-6632 |
| FROM: | Andrea Menaker, Chief, NAFTA Arbitration Division<br>Office of International Claims and Investment Disputes | | |
| RE: | *Canfor Corporation v. United States of America; Terminal Forest Products Ltd. v. United States of America* | | |
| PAGES: | 2 (including this cover page) | | |