UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEMBEC INC., TEMBEC INVESTMENTS INC., TEMBEC INDUSTRIES INC., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | No. 05-CV-2345 (RMC) |

**[Proposed] ORDER**

Upon consideration of the Petitioners' Notice of Reinstatement or, in the alternative, Motion to Set Aside the Judgment under Rule 60(b), and Respondent's Opposition thereto, it is hereby ORDERED that the motion to reopen the judgment is DENIED.

DATED: _____

_____
HON. ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE