Foreign Affairs and International Trade Canada/
Affaires étrangères et Commerce International Canada
Trade Law Bureau/
Direction générale du droit commercial international
125 Sussex Drive
Ottawa, ON K1A 0G2
CANADA

Office of the United States Trade Representative
600 17th Street, N.W.
Washington, D.C. 20508
U.S.A.

September 8, 2006

To: Participants in Softwood Lumber Litigation

Re: Termination of Litigation Agreement (TLA)

As you may be aware, the 2006 Softwood Lumber Agreement (SLA 2006) provides for the termination of all actions (the Covered Actions) set out in paragraph 1 of the Termination of Litigation Agreement (TLA) upon entry into force of the SLA 2006, and for participants in the Covered Actions, by signing the TLA, to consent in advance to termination of each Covered Action if certain conditions are met. (A copy of the SLA 2006 is available at http://www.dfait-maeci.gc.ca/trade/eicb/softwood/pdfs/SLA-en.pdf)."

You are either counsel for, or an authorized representative of, one or more parties or participants to one or more of the Covered Actions. The TLA, two copies of which are enclosed, therefore provides a designated line for your signature. We ask that you indicate your client's (or clients') agreement to the termination of the actions to which they are a party by signing and dating, on the line above your name, each copy of the TLA and returning your signature pages to the Government of Canada and the Government of the United States. (In accordance with paragraph 12 of the TLA, it is being signed in counterpart.)

Your signature pages should be sent by fax to Mr. Hugh Cheetham, Senior Counsel at the Trade Law Bureau (JLT) of the Government of Canada at 613-944-3213 and to Mr. Jeff Weiss, Assistant General Counsel at the Office of the United States Trade Representative (USTR) at 202-395-9672 by close of business on Wednesday, September 20, 2006.

A signed original of your signature page should also be sent by regular mail, by close of business on September 20, to each government, at the following addresses:

DFAIT/MAECI
Trade Law Bureau/
Direction générale du droit commercial international
125 Sussex Drive
Ottawa, ON K1A 0G2
CANADA
ATTN: Mr. Hugh Cheetham

2

Office of the United States Trade Representative
600 17th Street, N.W.
Washington, D.C. 20508
ATTN: Mr. Jeff Weiss

As provided in paragraph 3 of the TLA, the United States and/or Canada will file consent motions, notices, or stipulations of dismissal of the Covered Actions. The combination of the TLA and a letter from the United States certifying the full satisfaction of the preconditions to termination listed in paragraph 2 of the TLA shall constitute proof of consent to termination of the Covered Actions.

The United States Government and the Government of Canada will not file with any court, or with the NAFTA Secretariat, any document seeking to terminate any of the Covered Actions upon the basis of the TLA until the conditions provided for in paragraph 2 of the TLA have been satisfied.

Article II.1(c) of the SLA 2006 requires, as a condition for entry into force of the SLA 2006, that the U.S. Court of International Trade (CIT) has modified the injunctions against liquidation issued in *West Fraser v. United States* (Consol. Ct. No. 05-00079) to permit the United States to fulfill its obligations under Article III of the SLA 2006 or have confirmed that fulfilling those obligations is not inconsistent with the injunctions. The U.S. Department of Justice will shortly be contacting counsel to parties to that case regarding the process for seeking such modification or clarification of the injunctions from the court.

Thank you for your assistance in this matter. Should you have any questions prior to returning your signed and dated signature pages by September 20, 2006, please call either Hugh Cheetham at 613-944-7080 or Jeff Weiss at 202-395-4498.

Yours truly,

Meg Kinnear
General Counsel
JLT

James Mendenhall
General Counsel
USTR

*The pdf document at the referenced website, as of September 8, 2006, is a revised version of the text initialed by the Minister of International Trade David Emerson and United States Trade Representative Susan Schwab in Geneva on July 1, 2006. The revisions are a result of a "legal scrub" of the July 1 text. Readers should note that the text is being posted exceptionally for information purposes only and that minor revisions are ongoing. In particular, both Canada and the United States continue to review the concordance of the English and French texts.