**Haas, Alexander (CIV)**

| | |
|---|---|
| **From:** | EFeldman@bakerlaw.com |
| **Sent:** | Wednesday, October 11, 2006 11:01 AM |
| **To:** | Haas, Alexander (CIV); MSnarr@bakerlaw.com |
| **Subject:** | RE: Tembec v. US, 05-2345 (DDC) |

We have received no instructions from our client on this subject.

-----Original Message-----
From: Alexander.Haas@usdoj.gov [mailto:Alexander.Haas@usdoj.gov]
Sent: Tuesday, October 10, 2006 5:39 PM
To: Snarr, Michael; Feldman, Elliot
Subject: Tembec v. US, 05-2345 (DDC)


Dear Counsel:

It is my understanding that your client has agreed to the dismissal of the above-
referenced case. To that end, attached please find a draft stipulation of dismissal. I
will file it if I have your permission to sign electronically for you.  I will only
file it on the effective date of the agreement once the two governments have certified
that the conditions precedent for entry into force have been met.

Cordially,


Alexander K. Haas
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave. N.W., Rm. 7328
Washington, D.C.  20530
Tel: (202) 307-3937
Fax: (202) 616-8470
alexander.haas@usdoj.gov
-------------------------------------------------------

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law.  If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.
-------------------------------------------------------