# International Centre for Settlement of Investment Disputes
1818 H Street, N.W., Washington, D.C. 20433 U.S.A.
Telephone: (202) 458-1534    Faxes:  (202) 522-2615 / (202) 522-2027
Website: http://www.worldbank.org/icsd

**By email**                                                                                                                November 9, 2006

| | |
|---|---|
| **United States of America** | **Canfor Corporation and** |
| c/o Mr. Mark A. Clodfelter | **Terminal Forests Products, Ltd.** |
| *Assistant Legal Adviser* | c/o Mr. P. John Landry |
| *Office of the Legal Adviser* | DAVIS & COMPANY LLP |
| Ms. Andrea J. Menaker | 2800-666 Burrard Street |
| *Chief, NAFTA Arbitration Division* | Vancouver, British Columbia |
| Mr. Mark S. McNeill | Canada V6C 2Z7 |
| *Attorney Advisor* | and |
| Office of International Claims | Mr. Keith E. W. Mitchell |
| and Investment Disputes | HARRIS & COMPANY |
| UNITED STATES DEPARTMENT OF STATE | 1400 – 550 Burrard Street |
| 2430 E Street, N.W. | Vancouver, British Columbia |
| South Building, Suite 203 | Canada V6C 2B5 |
| Washington, DC 20037-2800 | |
| United States of America | |
| | **Tembec Inc., Tembec Investements** |
| | **Inc., and Tembec Industries, Inc.** |
| | c/o Mr. Elliot J. Feldman |
| | Mr. Mark A. Cymrot |
| | Mr. Michael S. Snarr |
| | Mr. Ronald J. Baumgarten |
| | BAKER & HOSTETLER LLP |
| | Washington Square, Suite 1100 |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036-5304 |
| | United States of America |

Re:    **Canfor Corp. v. United States of America; Terminal Forest Products Ltd.
       v. United States of America**

Dear Sirs and Madam,

I write to you in connection with:

- the Tribunal's letter of September 22, 2006 and letters and documents referenced therein;

- counsel for Tembec *et al*'s letter of October 6, 2006;

- Canfor Corporation's letter of October 12, 2006;

- the United States of America's letters of October 13 and November 3, 2006;

In this connection:

i. the Tribunal invites Canfor, Tembec *et al.* and the United States each to submit a certified copy of the Settlement Agreement on which they rely, by Thursday, **November 16, 2006;**

ii. the Tribunal invites counsel for Tembec *et al* to submit any observations they may have on the United States of America's letter of October 13, 2006, by Thursday, **November 16, 2006;**

iii. the Tribunal invites counsel for Terminal Forest Products Ltd. and the United States to agree on a schedule for the further conduct of the proceedings.

Sincerely yours,

Gonzalo Flores
Secretary of the Tribunal

c.c.:

Members of the Tribunal