November 20, 2006

*By E-Mail and Facsimile*

Dr. Albert Jan van den Berg
Mr. Davis R. Robinson
Prof. Armand de Mestral
c/o Mr. Gonzalo Flores
Senior Counsel, ICSID
1818 H Street, N.W.
Washington, D.C. 20433

    Re:    *Canfor Corp. v. United States of America*; and
               *Terminal Forest Products Ltd. v. United States of America*

Dear Members of the Tribunal:

     On behalf of respondent United States of America, we respectfully request the opportunity to respond to Tembec's letter to the Tribunal of November 16, 2006. Among other things, Tembec's letter is riddled with factual inaccuracies that demand rectification in order for the Tribunal to have a complete and correct understanding of the relevant circumstances surrounding the United States' request for costs in this arbitration.

                                                          Respectfully submitted,

                                                          _____
                                                          Andrea J. Menaker
                                                          Chief, NAFTA Arbitration Division
                                                          Office of International Claims and
                                                            Investment Disputes

Copies:
Elliot J. Feldman, Esq.