UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**TEMBEC INC., TEMBEC INVESTMENTS** )
**INC., TEMBEC INDUSTRIES INC.,**           )
                                            )
        **Petitioners,**                        )
                                            )
v.                                          )    No. 05-CV-2345 (RMC)
                                            )
**UNITED STATES OF AMERICA,**               )
                                            )
        **Respondent.**                         )
_____)


### PETITIONERS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

      Petitioners hereby move for leave from the Court to submit a supplemental brief in connection with Petitioners' Rule 60(b) Motion for Reinstatement.  This motion is necessary for the reasons provided in the accompanying Memorandum of Points and Authorities.

      Respectfully submitted,


      _____/s/_____
      Elliot J. Feldman (D.C. Bar No. 418501)
      Mark A. Cymrot (D.C. Bar No. 164673)
      Michael S. Snarr (D.C. Bar No. 474719)
      BAKER & HOSTETLER LLP
      1050 Connecticut Ave. N.W.
      Suite 1100
      Washington D.C. 20036-5304
      Tel: (202) 861-1679
      Fax: (202) 861-1783
Dated: January 30, 2007      *Counsel for Petitioners*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEMBEC INC., TEMBEC INVESTMENTS INC., TEMBEC INDUSTRIES INC., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | No. 05-CV-2345 (RMC) |

**PETITIONERS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

      Petitioners move for leave from the Court to submit a supplemental brief in connection with Petitioners' Rule 60(b) Motion for Reinstatement.  This motion is necessary because Petitioners have discovered new information relevant to the Motion for Reinstatement that (1) provides new evidence previously unavailable to Petitioners in support of their motion; and (2) warrants a correction to certain statements in Petitioners' moving papers.

      There would be no prejudice to the United States were the Court to accept Petitioners' supplemental brief as the Court has yet to rule on Petitioners' motion for reinstatement and the United States might be given opportunity to respond.  Petitioners, therefore, respectfully request that the Court grant their motion for leave to submit a supplemental brief, a copy of which is attached hereto as Attachment 1.

- 3 -

On January 30, 2007, counsel for Petitioners telephoned Mr. Alexander Haas, counsel for the United States, to confer as required under LCvR 7(m). Mr. Haas stated that the United States did not consent to the filing of this motion.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Elliot J. Feldman (D.C. Bar No. 418501)
                                              Mark A. Cymrot (D.C. Bar No. 164673)
                                              Michael S. Snarr (D.C. Bar No. 474719)
                                              BAKER & HOSTETLER LLP
                                              1050 Connecticut Ave. N.W.
                                              Suite 1100
                                              Washington D.C. 20036-5304
                                              Tel: (202) 861-1679
                                              Fax: (202) 861-1783
Dated: January 30, 2007                            *Counsel for Petitioners*