

# DAVIS & company LLP
LEGAL ADVISORS *since* 1892

*from the office of:*  P. John Landry
direct tel:   604.643.2935
direct fax:  604.605.3588
john_landry@davis.ca

January 22, 2007

*file number:*  63595-00056

*VIA FACSIMILE*

Professor Albert Jan van den Berg
Davis R. Robinson, Esq.
Professor Armand de Mestral
 care of
Mr. Gonzalo Flores
International Centre for Settlement of Investment Disputes
1818 H Street, N.W.
Washington, DC, 20433

Dear Sirs:

Re:   *Terminal Forest Products Ltd. ("Terminal") v. United States of America ("United States") - Chapter 11 NAFTA*

Further to my conversation with Mr. Flores, Terminal writes to notify the Tribunal that it has advised the United States that it no longer wishes to pursue its NAFTA Chapter Eleven claim. Accordingly, Terminal and the United States have agreed to terminate the Chapter Eleven proceedings with respect to Terminal, without costs to either party, and request that the Tribunal issue an order to that effect.

Yours truly,

DAVIS & COMPANY LLP

Per:

P. John Landry

PJL/sas
Encls.
cc: Ms. Andrea Menaker
cc: Bruce Shaw, Terminal

DAVIS & COMPANY LLP     2800 Park Place, 666 Burrard Street, Vancouver, BC Canada V6C 2Z7
www.davis.ca     VANCOUVER TORONTO MONTRÉAL CALGARY EDMONTON WHITEHORSE YELLOWKNIFE TOKYO

Davis:1599972.2