UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**TEMBEC INC., TEMBEC INVESTMENTS** )
**INC., TEMBEC INDUSTRIES INC.,**   )
                                    )
      **Petitioners,**         )
                                    )
**v.**                              )     No. 05-CV-2345 (RMC)
                                    )
**UNITED STATES OF AMERICA,**       )
                                    )
      **Respondent.**          )
_____)

**ORDER**

Upon consideration of Petitioners' Motion for Leave to File Supplemental Brief, and all other papers and proceedings in this action, it is hereby

**ORDERED**, that Petitioners' motion is granted, and that Petitioners' Supplemental Brief In Support Of Notice Of Reinstatement Of Action Or In The Alternative Rule 60(B) Motion To Set Aside Stipulation Of Dismissal, attached as Exhibit 1 to that motion, is accepted and deemed filed with the Court.

**SO ORDERED.**

Date:_____               _____
                                    ROSEMARY M. COLLYER
                                    United States District Judge