# Baker Hostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Elliot J. Feldman
direct dial: 202.861.1679
efeldman@bakerlaw.com

October 5, 2006

**ELECTRONIC FILING**

The Honorable Jane A. Restani
The Honorable Judith M. Barzilay
The Honorable Richard K. Eaton
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re:   *Tembec Inc., et al. v. United States, et al.*, Consol. Court No. 05-00028

Dear Chief Judge Restani, Judge Barzilay, and Judge Eaton

On June 2, 2006, the United States requested a 90-day stay of the above-referenced consolidated case to permit the Governments of the United States and Canada to finalize a settlement of the *softwood lumber* dispute. On June 14, 2006, the Court denied the United States' request, noting that "staying the case may cause the Private Plaintiffs to endure substantial economic harm, which might be avoided if they are successful on their claims, whether in whole or in part."

Tembec, along with the other Canadian parties, did prevail in part in the Court's decision of July 21, but continues to endure substantial economic harm unabated while awaiting the Court's decision on remedies. Alleged relief through imminent completion of a settlement has not come about.

Even though 120 days have elapsed since the United States requested a 90-day stay, no settlement has been finalized, and resolution of the remaining settlement issues is not imminent. The Governments of the United States and Canada have agreed on a settlement subject to a number of significant conditions precedent that remain unsatisfied. Although the two Governments had hoped that these pre-conditions would be met by October 1, 2006, they have now recognized and agreed that, at a minimum, at least another month will be required, a new timetable that may also prove to be optimistic.

*Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

The Honorable Judith M. Barzilay
The Honorable Richard K. Eaton
The Honorable Jane A. Restani
October 5, 2006
Page 2

We note that the Coalition for Fair Lumber Imports Executive Committee ("the Coalition"), the defendant-intervenor in this consolidated case, has brought a constitutional challenge to the NAFTA dispute resolution process that is pending before the D.C. Circuit. In that case, the Coalition recently requested that the D.C. Circuit proceed to decision on its normal timetable, noting "no softwood lumber-related proceedings have been stayed" in the months of discussions concerning a potential settlement. *See* attached letter dated Sep. 18, 2006. The Coalition, a strong supporter of the proposed settlement, has not suggested that proceeding with pending cases would disrupt the settlement process. For its part, the D.C. Circuit has shown no sign of deviating from its normal schedule due to the potential settlement, notwithstanding having received three FRAP Rule 28(j) submissions about settlement from the Department of Justice in the past two months (August 4, 23 and September 15).

In the meantime, Canadian producers, exporters, and importers continue to pay over one million dollars in cash deposits every day under the antidumping and countervailing duty orders imposed in May, 2002. That substantial economic harm continues for Tembec and other Canadian parties despite the Court's July 21, 2006 ruling that these orders are not supported by a valid injury determination.

Under these circumstances – the absence of and continuing delay in achieving a settlement; the absence of any relief despite the decision of July 21; the defendant-intervenor's active pursuit of a decision in another forum –, Tembec respectfully renews its request that the Court resolve the remedies issue as soon as it practicably can. A prompt decision on remedies would limit further prejudice to Canadian producers from orders that the Court already has found to be unlawful, and it would resolve vital questions of law that have implications for pending and future cases under the NAFTA binational panel system, both for softwood lumber and for other industries as well.

Respectfully submitted,

Elliot J. Feldman
Counsel for Plaintiff Tembec Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2006, a copy of the attached document, filed in Tembec Inc. v. United States, et al, Court of International Trade, Consolidated Court No.: 05-00028; was served by courier (or electronic service, where indicated by asterisk (*)) on the following parties:

**ON BEHALF OF THE UNITED STATES:**

Stephen C. Tosini
**U.S. DEPARTMENT OF JUSTICE**
Commercial Litigation Branch - Civil Division
1100 L Street, NW.
Room 12020
Washington, DC 20530

**ON BEHALF OF THE U.S. DEPARTMENT OF COMMERCE:**

John D. McInerney
Chief Counsel for Import Administration
**U S DEPARTMENT OF COMMERCE**
14th Street and Constitution Avenue, NW
Room 5870
Washington, DC 20230

**ON BEHALF OF THE OFFICE OF THE U.S. TRADE REPRESENTATIVE:**

James Mendenhall, Acting General Counsel
**OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE**
600 17th Street, N.W.
Washington, DC 20508

**\*ON BEHALF OF THE COALITION FOR FAIR LUMBER IMPORTS EXECUTIVE COMMITTEE:**

Kevin M. Dempsey
David Bentley
**DEWEY BALLANTINE, LLP**
1775 Pennsylvania Avenue, NW.
Washington, DC 20006-4605
kdempsey@deweyballantine.com
dbentley@dbllp.com

**\*ON BEHALF OF ABITIBI-CONSOLIDATED INC.:**

Michael T. Shor
**ARNOLD & PORTER, LLP**
555 Twelfth Street, NW.
Washington, DC 20004-1206
michael_shor@aporter.com

**\*ON BEHALF OF THE CANADIAN LUMBER TRADE ALLIANCE:**

Mark A. Moran
**STEPTOE & JOHNSON, LLP**
1330 Connecticut Avenue, NW.
Washington, DC 20036-1795
mmoran@steptoe.com

**\*ON BEHALF OF THE GOVERNMENT OF ONTARIO:**

Mark S. McConnell
**HOGAN & HARTSON, LLP**
555 Thirteenth Street, NW.
Washington, DC 20004-1109
msmconnell@hhlaw.com

**\*ON BEHALF OF THE GOUVERNEMENT DU QUEBEC:**

Keith R. Marino
**ARENT FOX KINTNER PLOTKIN & KAHN, PLLC**
1050 Connecticut Avenue, NW.
Washington, DC 20036-5339
marino.keith@arentfox.com

**\*ON BEHALF OF THE GOVERNMENT OF BRITISH COLUMBIA:**

Spencer S. Griffith
**AKIN, GUMP, STRAUSS, HAUER & FELD, LLP**
1333 New Hampshire Avenue, NW.
Suite 400
Washington, DC 20036-1564
sgriffith@akingump.com

**\*ON BEHALF OF THE GOVERNMENT OF CANADA:**

M. Jean Anderson
**WEIL, GOTSHAL & MANGES, LLP**
1501 K Street, NW.
Suite 100
Washington, DC 20005
jean.anderson@weil.com

**\*ON BEHALF OF CANFOR CORPORATION, CANADIAN FOREST PRODUCTS LTD., AND CANFOR WOOD PRODUCTS MARKETING LTD.**

Thomas Peele
Lisa A. Murray
**BAKER & MCKENZIE, LLP**
815 Connecticut Avenue, NW.
Suite 900
Washington, DC 20006-4078
thomas.peele@bakernet.com
lisa.a.murray@bakernet.com

**\*ON BEHALF OF GILBERT SMITH FOREST PRODUCTS LTD., MILLAR WESTERN FOREST PRODUCTS LTD., LIGNUM LTD., RIVERSIDE FOREST PRODUCTS LTD., TOLKO INDUSTRIES LTD., WELDWOOD OF CANADA LIMITED, AND WEST FRASER MILLS LTD.:**

Gracia M. Berg
**GIBSON, DUNN, & CRUTCHER, LLP**
1050 Connecticut Avenue, NW
Suite 900
Washington, DC 20036-5306
gberg@gibsondunn.com

Debra A. Stewart, Legal Secretary
Baker & Hostetler LLP

2