In the matter of consolidated proceedings pursuant to Article 1126 of the NAFTA in:

**(1) Canfor Corporation v. United States of America,**

**(2) Tembec *et al.* v. United States of America, and**

**(3) Terminal Forest Products Ltd. v. United States of America**

### ORDER FOR THE TERMINATION OF THE ARBITRAL PROCEEDINGS WITH RESPECT TO TEMBEC *ET AL.*

10 January 2006

**CONSIDERING :**

(A)  The Order of the Consolidation Tribunal of 7 September 2005;

(B)  Tembec's letter of 7 December 2005, advising that "Tembec removes its Statement of Claim from these Article 1126 arbitration proceedings, and is filing in U.S. District Court for the District of Columbia notice of motion to vacate the Tribunal's decision and order of September 7, 2005, which terminated Tembec's Article 1120 arbitration proceedings," and requesting that "the Tribunal order its Secretary to terminate the Article 1126 proceedings as to Tembec, and make a final accounting of arbitration fees and costs up until today's date;"

(C)  The Tribunal's letter of 8 December 2005 to Canfor, Terminal and the United States, inviting them to comment on Tembec's letter of 7 December 2005 by 13 December 2005;

(D)  The letters of 13 December 2005 from Canfor, Terminal and the United States, commenting on Tembec's letter of 7 December 2005, the letter of Canfor and Terminal having as attachment Tembec's "Petition to Vacate Arbitration Award" and "Notice of Motion to Vacate Arbitration Award both dated 7 December 2005;"

(E)  Tembec's second letter of 15 December 2005, received by the Tribunal on 16 December 2005, advising that "As the only claimant seeking court review of the

In the Consolidated Arbitration Pursuant to Article 1126
of the North American Free Trade Agreement (NAFTA)
and the UNCITRAL Arbitration Rules
between

**CANFOR CORPORATION**
v.
**UNITED STATES OF AMERICA**

AND

**TERMINAL FOREST PRODUCTS LTD.**
v.
**UNITED STATES OF AMERICA**

# DECISION ON PRELIMINARY QUESTION

Before the Arbitral Tribunal comprised of:

Professor Armand L.C. de Mestral, Arbitrator

Davis R. Robinson, Esq., Arbitrator

Professor Albert Jan van den Berg, Presiding Arbitrator

Secretary of the Tribunal: Mr. Gonzalo Flores, ICSID

Washington, D.C., 6 June 2006