# ATTACHMENT 1

## Feldman, Elliot

| | |
|---|---|
| **From:** | jean.anderson@weil.com |
| **Sent:** | Friday, March 16, 2007 4:23 PM |
| **To:** | Reginald.Blades@usdoj.gov |
| **Cc:** | bill.kramer@dlapiper.com; bward@dbllp.com; clark.matthew@arentfox.com; Claudia.Burke@usdoj.gov; dcameron@kayescholer.com; dharrison@gibsondunn.com; dorrisg@pepperlaw.com; dporter@velaw.com; Feldman, Elliot; fmorgan@washdc.whitecase.com; gberg@gibsondunn.com; getlan.myles@arentfox.com; ggrandison@steptoe.com; grt@tuttlelaw.com; jaltman@milchev.com; joel@jrjtradelaw.com; Michael_Shor@aporter.com; nmarshak@gdlsk.com; randolph.stayin@btlaw.com; robert.cassidy@wilmerhale.com; shaun.corette@dlapiper.com; thomas.peele@bakernet.com; alicia.cate@weil.com |
| **Subject:** | RE: Review and Signature Requested of Stipulation of Dismissal in West Fraser Mills Ltd. v. U.S. (CIT No. 05-00079) |

Reggie -- Good points.  We'll prepare the schedule and add the costs language and circulate both.  Thanks, Jeanie

M. Jean Anderson
Weil Gotshal & Manges LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Tel  202-682-7217
Fax  202-682-7215
jean.anderson@weil.com

| | | |
|---|---|---|
| "Blades, Reginald \(CIV\)" <Reginald.Blades@usdoj.gov> | | |
| 03/16/2007 04:12 PM | To | <alicia.cate@weil.com>, <gberg@gibsondunn.com>, <dharrison@gibsondunn.com>, <efeldman@bakerlaw.com>, <dcameron@kayescholer.com>, <shaun.corette@dlapiper.com>, <bill.kramer@dlapiper.com>, <randolph.stayin@btlaw.com>, <robert.cassidy@wilmerhale.com>, <clark.matthew@arentfox.com>, <getlan.myles@arentfox.com>, <thomas.peele@bakernet.com>, <dorrisg@pepperlaw.com>, <Michael_Shor@aporter.com>, <ggrandison@steptoe.com>, <dporter@velaw.com>, <joel@jrjtradelaw.com>, <jaltman@milchev.com>, <fmorgan@washdc.whitecase.com>, <nmarshak@gdlsk.com>, <grt@tuttlelaw.com>, <bward@dbllp.com> |
| | cc | <jean.anderson@weil.com>, "Burke, Claudia \(CIV\)" <Claudia.Burke@usdoj.gov> |
| | Subject | RE: Review and Signature Requested of Stipulation of Dismissal in West Fraser Mills Ltd. v. U.S. (CIT No. 05-00079) |

All,

I believe that we need to include a list of all of the cases.  We can do this on an attachment as indicated in the Court's Form 8A, and include the language "and those actions listed on the attached schedule."

Also, we should add to the language of the stipulation that each party will bear its own costs, fees, and expenses.

Thanks,
Reggie

**From:** alicia.cate@weil.com [mailto:alicia.cate@weil.com]
**Sent:** Thursday, March 15, 2007 12:41 PM
**To:** gberg@gibsondunn.com; dharrison@gibsondunn.com; efeldman@bakerlaw.com;
dcameron@kayescholer.com; shaun.corette@dlapiper.com; bill.kramer@dlapiper.com;
randolph.stayin@btlaw.com; robert.cassidy@wilmerhale.com; clark.matthew@arentfox.com;
getlan.myles@arentfox.com; thomas.peele@bakernet.com; dorrisg@pepperlaw.com; Michael_Shor@aporter.com;
ggrandison@steptoe.com; dporter@velaw.com; joel@jrjtradelaw.com; jaltman@milchev.com;
fmorgan@washdc.whitecase.com; nmarshak@gdlsk.com; grt@tuttlelaw.com; Blades, Reginald (CIV);
bward@dbllp.com
**Cc:** jean.anderson@weil.com
**Subject:** Review and Signature Requested of Stipulation of Dismissal in West Fraser Mills Ltd. v. U.S. (CIT No.
05-00079)

Based on the consents of counsel received, we have drafted the attached stipulation of dismissal in the *West
Fraser Mills Ltd. v. United States* case (CIT No. 05-00079).

We have endeavored to list all parties and associated info correctly, but cannot be certain that we have
succeeded, and, in a few cases (noted in bold in the attachment), counsel will need to supply lists of their
individual company clients.

At your earliest convenience and, if at all possible, no later than Friday, March 23, 2007, please review the draft
and your respective signature pages and correct as necessary (i.e., change counsel name(s), correct address,
phone number, e-mail, add/remove client(s), correct spelling of name(s), etc.).  Once you have corrected the
signature page, please e-mail an attachment of your respective signature page in .pdf format with your signature
back to me at alicia.cate@weil.com.  Please do not include page numbers in the .pdf document.

Should you have any questions, please do not hesitate to contact me at 202-682-7046.

Thank you!
Alicia Cate

Alicia Cate
Attorney
International Trade/Global Dispute Resolution
Weil, Gotshal & Manges LLP
1300 Eye Street NW, Suite 900
Washington, DC 20005
phone: 202-682-7046
fax: 202-682-7237
e-mail: alicia.cate@weil.com
firm website:  http://www.weil.com

< END >

< END >

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you


< END >

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you

3/29/2007

# ATTACHMENT 2

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:    THE HONORABLE JANE A. RESTANI, CHIEF JUDGE
           THE HONORABLE RICHARD K. EATON, JUDGE
           THE HONORABLE TIMOTHY C. STANCEU, JUDGE

---

|  |  |
|---|---|
| WEST FRASER MILLS LTD., | ) |
| Plaintiff, | ) |
| v. | )   Consolidated |
| UNITED STATES, | )   Court No. 05-00079 |
| Defendant, | ) |
| and | ) |
| THE COALITION FOR FAIR LUMBER IMPORTS EXECUTIVE COMMITTEE, | ) |
| Defendant-Intervenor. | ) |

---

DEFENDANT'S STATUS REPORT

Pursuant to the November 21, 2006 Order of the Court, we respectfully submit this status report.

As we have previously demonstrated, this case is moot. Defendant's motion to dismiss (October 18, 2006). On October 12, 2006, the underlying antidumping and countervailing duty orders were revoked, retroactively and without the possibility of reinstatement. See Certain Softwood Lumber Products From Canada, 71 Fed. Reg. 61,714 (ITA Oct. 19, 2006) (notice) (revoking antidumping duty order); Certain Softwood Products From Canada, 71 Fed. Reg. 61,714 (ITA Oct. 19, 2006) (notice) (revoking countervailing duty order). All of the pertinent entries of softwood lumber from Canada have been liquidated. This case should be dismissed as moot. See Tembec, Inc. v. United States, Consol. Ct. No. 05-00028, Slip Op. 07-28, at 13 (Ct. Int'l Trade

Feb. 28, 2007) (recognizing that, upon revocation of the orders and issuance of liquidation instructions on October 31, 2006, plaintiffs had gained complete relief in fact).

As the Court is also aware, because the United States and Canada committed in the Softwood Lumber Agreement to file a joint motion to dismiss, we respectfully requested that the Court allow us to withdraw the motion to dismiss that we had filed unilaterally on October 18, 2006. Defendant's motion to withdraw motion to dismiss (October 26, 2006). Instead of pursuing the filing of a joint motion to dismiss, however, counsel for the Government of Canada has been attempting to have all parties agree to a stipulation of dismissal. On March 15, 2007, counsel for Canada circulated among counsel for all parties a proposed stipulation of dismissal to be reviewed, corrected, and signed by March 23, 2007. On March 16, 2007, we proposed some changes, to which counsel for Canada agreed and indicated that she would circulate the revised draft. At this time, although the various counsel for the many parties have apparently indicated agreement with this approach, we are unable to advise the Court of when, or whether, that process will be completed. We note further that various counsel representing many of the plaintiffs have submitted a Form 18 terminating their access to business proprietary information in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

-2-

```
                                    s/ Jeanne E. Davidson
                                    JEANNE E. DAVIDSON
                                    Director

                                    s/ Reginald T. Blades, Jr.
OF COUNSEL:                         REGINALD T. BLADES, JR.
                                    Senior Trial Counsel
QUENTIN M. BAIRD                    CLAUDIA BURKE
Department of Commerce              Trial Attorney
Washington, D.C.                    U.S. Department of Justice
                                    Civil Division
                                    Commercial Litigation Branch
                                    1100 L Street, N.W.
                                    Washington, D.C.  20530
                                    Telephone: (202) 616-8257
                                    Facsimile:  (202) 307-0972

March 21, 2007                      Attorneys for Defendant
```

<u>CERTIFICATE OF SERVICE</u>

I certify under penalty of perjury that on this 21st day of March, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will electronically send notification of the filing of "DEFENDANT'S STATUS REPORT" to the following counsel:

Keith R. Marino, Esq.
Matthew J. Clark, Esq.
Arent Fox PLLC
1050 Connecticut Ave., N.W.
Washington, D.C. 20036

Bradford L. Ward, Esq
Dewey Ballantine LLP
1775 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006-4605

Gracia M. Berg, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036-5306

Donald B. Cameron, Esq.
Kaye Scholer LLP
901 Fifteenth Street, NW
Suite 1100
Washington, D.C. 20005-2327

Donald Harrison, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., NW
Washington, D.C. 20036-5306

Michael A. Hertzberg, Esq.
Howery Simon Arnold & White, LLP
1299 Pennsylvania Ave. NW
Washington, D.C. 20004-2402

M. Jean Anderson, Esq.
Weil, Gotshal & Manages LLP
1501 K Street, NW
Suite 100
Washington, D.C. 20005

W. George Grandison, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795

Elliot J. Feldman, Esq.
Baker & Hostetler LLP
1050 Connecticut Ave., NW
Washington Square, Suite 1100
Washington, D.C. 20036-5304

Thomas Peele, Esq.
Baker & McKenzie
815 Connecticut Avenue, NW
Washington, D.C.  20006-4078

Christopher F. Corr, Esq.
White & Case LLP
701 Thirteenth Street, NW
Washington, D.C. 20005

Paul F. Brinkman, Esq.
Alston & Bird LLP
601 Pennsylvania Ave., NW
North Bldg. 10th Floor
Washington, D.C. 20005-2601

Randolph J. Stayin, Esq.
Barnes & Thornburg
750 17th Street, NW
Suite 900
Washington, D.C. 20006

Matthew M. Nolan, Esq.
Miller & Chevalier Chartered
655 Fifteenth Street, NW
9th Floor
Washington, D.C. 20005-5701

J. E. Corette III, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Nineteenth Street, NW
Washington, D.C. 20036-2412

Joel R. Junker, Esq.
Joel R. Junker & Associates
1191 Second Ave., Suite 1800
Seattle, WA 98101

William D. Kramer, Esq.
DLA Piper Rudnick Gray Cary US LLP
1200 Ninetheenth Street,, NW
Washington, D.C. 20036-2412

Michael T. Shor, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, D.C. 20004-1206

Robert C. Cassidy, Esq.
Wilmer, Cutler Pickering Hale and Dorr
1899 Pennsylvania Avenue, NW
Washington, D.C. 20006

Gregory C. Dorris, Esq.
Pepper Hamilton LLP
600 Fourteenth Street, NW
Washington, D.C. 20005-2004

Daniel L. Porter, Esq.
Willkie Farr & Gallagher
1875 K Street, NW
Washington, D.C.  20006-1238

George R. Tuttle, Esq.
Law Office of George R. Tuttle
Three Embarcadero Center
Suite 1160
San Francisco, CA 94111

John R. Shane, Esq.
Wiley Rein & Fielding LLP
1776 K. St., NW
Washington, D.C. 20006

Ned H. Marshak, Esq.
Grunfeld, Desiderio, Lebowitz,
Silverman & Klestadt LLP
399 Park Avenue
25th Floor
New York, NY 10022-4877


                s/ Reginald T. Blades, Jr.

# ATTACHMENT 3

## UNITED STATES COURT OF INTERNATIONAL TRADE

**Before the Honorable Jane A. Restani, Chief Judge, Richard K. Eaton
and Timothy C. Stanceu, Judges**

|  |  |
|---|---|
| WEST FRASER MILLS LTD., | ) |
| | ) |
| Plaintiff, | )    Consol. Court No. 05-00079 |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| THE COALITION FOR FAIR LUMBER | ) |
| IMPORTS EXECUTIVE COMMITTEE | ) |
| | ) |
| Defendant-Intervenor. | ) |
| | ) |

## STIPULATION OF DISMISSAL

Please take notice that plaintiffs, pursuant to Rule 41(a)(1)(B) of the Rules of the

United States Court of International Trade, having filed a stipulation of dismissal signed by all

parties who have appeared in this action and those actions listed on the attached schedule

(Schedule to Stipulation of Dismissal), hereby dismiss this action and those actions listed on the

attached schedule, with each party to bear its own costs, expenses and attorney fees.


Date:  March [XX], 2007

Respectfully submitted,

## UNITED STATES COURT OF INTERNATIONAL TRADE

**Before the Honorable Jane A. Restani, Chief Judge, Richard K. Eaton and Timothy C. Stanceu, Judges**

| | |
|---|---|
| **WEST FRASER MILLS LTD.,** ) | |
| ) | |
| **Plaintiff,** ) | **Consol. Court No. 05-00079** |
| ) | |
| v. ) | |
| ) | |
| **UNITED STATES,** ) | |
| ) | |
| **Defendant,** ) | |
| ) | |
| and ) | |
| ) | |
| **THE COALITION FOR FAIR LUMBER** ) | |
| **IMPORTS EXECUTIVE COMMITTEE** ) | |
| ) | |
| **Defendant-Intervenor.** ) | |
| ) | |

### ORDER OF DISMISSAL

This action and those actions listed on the attached schedule (Schedule to Stipulation of Dismissal), having been voluntarily stipulated for dismissal by all parties having appeared in this action, are dismissed, with each party to bear its own costs, expenses and attorney fees.

Clerk, U.S. Court of International Trade

By: _____
                    Deputy Clerk

Dated: _____