UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TEMBEC INC.**, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-2345 (RMC) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Petitioners' Notice of Reinstatement of Action or in the Alternative Rule 60(b) Motion to Set Aside Stipulation of Dismissal [Dkt. # 26] is **DENIED**. This is a final appealable order. Fed. R. App. P. 4.

**SO ORDERED**.

Date: April 19, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge