UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TEMBEC INC., TEMBEC INVESTMENTS     )
INC., TEMBEC INDUSTRIES INC.,       )
                                    )
           Petitioners,             )
                                    )   No. 05-CV-2345 (RMC)
     v.                             )   No. 07-CV-1905 (JDB)
                                    )
UNITED STATES OF AMERICA, et al.,   )
                                    )
           Respondents.             )
_____)

**NOTICE OF RELATED CASE**

Pursuant to Local Rule 40.5(b)(b)(3), Respondent, the United States of America, hereby notifies the Court of the existence of a related case, Civil Action No. 05-2345 (RMC), brought by Petitioners, Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc. (collectively, "Tembec"). After the related case was voluntarily dismissed, and after the Court denied Tembec's motion to reopen or set aside the Stipulation of Dismissal, Tembec filed the present case, Civil Action No. 07-1905 (JDB). Because the two cases "involv[e] the same parties and relat[e] to the same subject matter," see LR 40.5(a)(4); Collins v. Pension Benefit Guarantee Corp.; 126 F.R.D. 3, 7 (D.D.C. 1989), the present case should be reassigned to Judge Collyer, as "the judge having the earlier case." See LR 40.5(c)(2).

**The Related Case and the Present Case**

Tembec commenced the related case on December 7, 2005, and that case was assigned to Judge Collyer. A copy of the Petition to Vacate Arbitration Award filed by Tembec in the related case ("First Petition") is attached hereto as Exhibit A. (Docket No. 1 in C.A. No. 05-2345). By Order dated October 17, 2006, Judge Collyer approved the Stipulation of Dismissal With Prejudice of the related case. (Docket No. 25). By Memorandum Opinion dated April 19,

2007, Judge Collyer denied Tembec's motion to reopen or set aside the Stipulation of Dismissal. (Docket No. 35). A copy of the Memorandum Opinion is attached hereto as Exhibit B.

Tembec commenced the present case on October 19, 2007, and the case was assigned to Judge Bates. A copy of the Petition to Vacate Arbitration Award filed by Tembec in the present case ("Second Petition") is attached hereto as Exhibit C. (Docket No. 1 in C.A. No. 07-1905).

### THE TWO CASES INVOLVE THE SAME PARTIES AND RELATE TO THE SAME SUBJECT MATTER

Both the related case and the present case involve the same parties, namely Tembec and the United States. See Ex. A (First Petition) ¶ 1; Ex. C (Second Petition) ¶ 1. Both cases also relate to the same subject matter, see Collins v. Pension Benefit Guarantee Corp., 126 F.R.D. at 7, namely Tembec's challenge to a September 2005 Consolidation Order by a tribunal constituted under Article 1126 of the North American Free Trade Agreement ("NAFTA tribunal"), which consolidated three similar arbitrations under Chapter Eleven of NAFTA brought against the United States by Canadian softwood lumber companies, including Tembec. See Ex. A ¶ 2; Ex. C ¶ 2; Ex. B (April 19, 2007 Mem. Op.) at 1-2. Tembec's NAFTA Chapter Eleven claim sought to recover "more than $200 million" in compensation, see Ex. A ¶ 6; Ex. C ¶ 8, for harm alleged to have arisen from antidumping, countervailing duty and other determinations by the United States Department of Commerce and the International Trade Commission. See Ex. A ¶¶ 4-6; Ex. C ¶¶ 5-8; Ex. B at 1-2.

In the related case, Tembec sought a court order vacating the NAFTA tribunal's Consolidation Order. See Ex. A ¶¶ 13-16. After the Settlement of Claims Agreement of the Softwood Lumber Agreement 2006 ("SLA") was executed on September 12, 2006, Tembec and the United States filed a Stipulation of Dismissal With Prejudice of the related case on October

12, 2006, which was approved by this Court on October 17, 2006. (Docket No. 25 in C.A. No. 05-2345). See Ex. C ¶ 23. As a result of the SLA, Tembec received $242 million in connection with the dispute underlying its Chapter Eleven claim. See Ex. B at 2; NAFTA Tribunal Order dated July 19, 2007 (copies of relevant portions are attached hereto as Exhibit D) at 4, 15; Ex. C ¶ 21.

After the United States sought legal fees and tribunal costs totaling approximately $270,000 in the NAFTA arbitration proceedings, see Ex. D at 4, 89-90; Ex. C ¶ 27, Tembec filed a motion to reopen or set aside the Stipulation of Dismissal in the related case on November 9, 2006, which was denied by the Court on April 19, 2007. See Ex. B at 1, 9; Ex. C ¶ 29. The NAFTA tribunal then issued an Order dated July 19, 2007, requiring Tembec to pay fees and costs to the United States. See Ex. D at 4, 90; Ex. C ¶ 27.

The Second Petition seeks a court order vacating the NAFTA tribunal's award, "and all of the tribunal's orders leading up to the final arbitration award." Ex. C ¶ 34. The present case and Tembec's First Petition and motion to reopen or set aside the Stipulation of Dismissal in the related case involve Tembec's challenges (a) to the NAFTA tribunal's September 2005 Consolidation Order, (b) the selection of Davis Robinson as one member of the NAFTA Tribunal, and (c) the NAFTA tribunal's authority to award fees and costs to the United States. See Ex. C ¶¶ 9-14, 21-34; Ex. A ¶¶ 7-16; Ex. B at 1-9. Both cases are thus based upon the same underlying facts regarding the arbitration proceedings and the execution of the SLA.

Because both cases involve the same parties and relate to the same subject matter, the present case should be reassigned to Judge Collyer, as "the judge having the earlier case." See LR 40.5(a)(4), 40.5(c)(2); Collins v. Pension Benefit Guarantee Corp., 126 F.R.D. at 8 (ordering reassignment under LR 40.5(a)(4) where the same subject matter was present in both cases).

**CONCLUSION**

For these reasons, the United States respectfully requests that the present case be reassigned to Judge Collyer.

Dated: November 14, 2007                                              Respectfully submitted,

                                                                                              PETER D. KEISLER
 Of Counsel:                                                                         Assistant Attorney General

                                                                                              JEFFREY A. TAYLOR
                                                                                              United States Attorney

ANDREA J. MENAKER                                                    VINCENT M. GARVEY
*Chief, NAFTA Arbitration Division*                            Deputy Branch Director
*Office of International Claims and*
 *Investment Disputes*                                                       /s/ Peter T. Wechsler
                                                                                              PETER T. WECHSLER (MA 550339)
United States Department of State                              Trial Attorney
Washington, D.C. 20520                                              U.S. Department of Justice, Civil Division
Office of the Legal Adviser                                          Federal Programs Branch
2201 C. Street, N.W.                                                      Post Office Box 883
Suite 5519                                                                        Washington, D.C.  20044
                                                                                              Tel: (202) 514-2705  Fax: (202) 616-8470
                                                                                              *Attorneys for the United States*

           CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that on November 14, 2007, a true copy of the foregoing was sent to Mark A. Cymrot, BAKER & HOSTETLER LLP, via ECF, and to counsel for Canfor Corporation and Terminal Forest Products Ltd. by first-class mail to:

   P. John Landry                                          Keith Mitchell
   DAVIS & & COMPANY                            HARRIS & COMPANY
   666 Burrard Street                                   555 Burrard Street
   Suite 2800 Park Place                             14th Floor Bentall 5
   Vancouver, BC                                         Vancouver, BC
   Canada V6C 2Z7                                    Canada V6C 2Z7

                                                                       /s/ Peter T. Wechsler
                                                                      Peter T. Wechsler