UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| In the Matter of the Arbitration between | ) |
| | ) |
| TEMBEC INC., TEMBEC INVESTMENTS INC., and TEMBEC INDUSTRIES INC. | ) |
| | ) |
| | )   Case No. 05-CV-2345 (RMC) |
| Petitioners, | )   Case No. 07-CV-1905 (JDB) |
| and | ) |
| | ) |
| THE UNITED STATES OF AMERICA; CANFOR CORPORATION; and TERMINAL FOREST PRODUCTS LTD. | ) |
| | ) |
| Respondents. | ) |

_____

### RESPONSE TO UNITED STATES' NOTICE OF RELATED CASE

The United States requests that this case be assigned to Judge Collyer on the premise that it is related to Civil Action No. 05-2345. Petitioners, Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc. (collectively "Tembec"), note that this case is an action to vacate an arbitration award that, as the United States recognizes, did not exist until after Case No. 05-2345 already had been dismissed, and therefore could not have been the subject matter of that litigation. *See* Notice of Related Case at 3. Nevertheless, Tembec does not object to the United States' statement that the cases fit the definition of a related case.

Respectfully submitted,

_____/s/_____
Elliot J. Feldman (D.C. Bar No. 418501)
Mark A. Cymrot (D.C. Bar No. 164673)
Michael S. Snarr (D.C. Bar No. 474719)
BAKER & HOSTETLER LLP

|  |  |
|---|---|
| Dated: November 21, 2007 | 1050 Connecticut Ave. N.W., Suite 1100<br>Washington D.C. 20036-5304<br>Tel: (202) 861-1679<br>Fax: (202) 861-1783<br>Counsel for Petitioners, Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc. |

## CERTIFICATE OF SERVICE

I certify that I caused true and correct copies of the foregoing to be served via ECF to:

**For the United States:**
Andrea J. Menaker
U.S. Department of State
Office of the Legal Adviser

Peter Wechsler
U.S. Department of Justice, Civil Division

and, via first-class mail to:

**For Canfor Corporation and Terminal Forest Products Ltd.:**

P. John Landry
DAVIS & COMPANY
Suite 2800 Park Place
666 Burrard Street
Vancouver, BC
Canada
V6C 2Z7

Keith Mitchell
HARRIS & COMPANY
555 Burrard Street
14th Floor Bentall 5
Vancouver, BC
Canada  V6C 2Z7

on this 21st day of November, 2007.

_____/s/_____
Elliot J. Feldman